

**07 CV 930**

Jonathan Zavin (JZ-1846)
Christian D. Carbone (CC-6502)
John A. Piskora (JP-1224)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

*Attorneys for Plaintiffs Spanski Enterprises, Inc. and Poltel International L.L.C.*



RECEIVED FEB 0 8 2007 U.S.D.C. S.D N.Y. CASHIERS

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
SPANSKI ENTERPRISES, INC. and                               :
POLTEL INTERNATIONAL L.L.C.,                                :
                                                            :
                      Plaintiffs,                           :
                                                            :
          -against-                                         :   **RULE 7.1 STATEMENT**
                                                            :
TELEWIZJA POLSKA, S.A., ANNA                                :
MILEWSKA, KRZYSZTOF SZTANDERA,                              :
MARCIN BOCHENEK, JOHN DOES 1-10,                            :
                                                            :
                      Defendants.                           :
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Southern District of New York to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiffs Spanski Enterprises, Inc. and Poltel International L.L.C. certify that the said Plaintiffs have no parents, subsidiaries, or affiliates that are publicly held.

NY553803.1
20988110003
02/08/2007

Dated: New York, New York
February 8, 2007

                        LOEB & LOEB LLP

                        By: _____
                        Jonathan Zavin (JZ-1846)
                        Christian D. Carbone (CC-6502)
                        John A. Piskora (JP-1224)
                        345 Park Avenue
                        New York, New York 10154
                        (212) 407-4000

                        *Attorneys for Plaintiffs*