# EXHIBIT 7

## Aneks

### z dnia 4 listopada 1999 r.

do umowy z dnia 14 grudnia 1994r. pomiędzy Telewizją Polską S.A. a Spanski Enterprises Inc.

Telewizja Polska-Spółka Akcyjna z siedzibą w Warszawie, zwana dalej „TVP", reprezentowana przez Prezesa Zarządu Roberta Kwiatkowskiego

a·

Spanski Enterprises Inc. z siedzibą w Mississauga, Ontario, Kanada, zwana dalej „SEI", reprezentowaną przez Prezesa Bogusława M. Spanskiego

postanawiają wspólnie, co następuje:

### § 1

W umowie pomiędzy stronami, zawartej dnia 14 grudnia 1994r., wprowadza się następujące zmiany:

1. W § 1 dodaje się pkt.f) w brzmieniu:
   „Korporacja-oznacza podmiot gospodarczy utworzony na Terytorium i według prawa obowiązującego na Terytorium".
2. W § 2 ust. 3 otrzymuje brzmienie:
   „TVP udziela S E I wyłącznego prawa do jednorazowego wykorzystywania Audycji TV Polonia w ramach Programu w sieci internetu."
3. W § 2 dodaje się ust.4 w następującym brzmieniu:
   „ W celu realizacji ust. 2 i 3 TVP udziela S E I wyłącznego prawa do odbioru i wykorzystania Sygnału na Terytorium."
4. W § 3 ust.2 po słowie „zwyczajami" kropkę zastępuje się przecinkiem, a dalsza część tego ustępu otrzymuje brzmienie:
   „ zaś SEI zobowiązuje się powiadamiać TVP z 30 dniowym wyprzedzeniem o pasmach w ramówce TV Polonia, w których będzie nadawać audycje i reklamy wyprodukowane na Terytorium".

Za zgodność
z oryginałem

Biuro Prawne Telewizji Polskiej SA

Magdalena Staniszewska
radca prawny

**SEI 000013**

5 . W § 3 dodaje się ust. 6 i 7 w następującym brzmieniu:

„6. TVP udziela   S E I  prawa do wykorzystania układu ramowego TV Polonia w układzie ramowym Programu.

7. TVP ustanawia   S E I   swoim przedstawicielem na Terytorium uprawnionym do zapobiegania naruszeń i ochrony praw TVP. Wszelkie czynności prawne dokonywane w imieniu TVP, w szczególności powodujące ponoszenie kosztów, mogą być podejmowane wyłącznie za jej uprzednią zgodą. TVP będzie udzielać stosownego wsparcia działaniom  S E I  w tym zakresie."

6. § 7 ust. 2 otrzymuje brzmienie:

„TVP przysługuje prawo do przeprowadzania na własny koszt, raz w roku i jedynie w stosunku do przychodów, o których mowa w § 6 ust.1, za ubiegły rok kalendarzowy, kontroli finansowej SEI, przeprowadzonej przez upełnomocnioną przez TVP osobę, zobowiązaną do bezwzględnego przestrzegania tajemnicy handlowej, której celem będzie jedynie sporządzenie informacji o zgodności danych przekazywanych w kwartalnych sprawozdaniach . W przypadku naruszenia tajemnicy handlowej przez TVP, w tym również jedynie przez osobę upełnomocnioną przez TVP, prawo do kontroli finansowej może być przez S E I  jednostronnie  i z efektem natychmiastowym anulowane."

7. W § 7 ust. 3 otrzymuje brzmienie:

„TVP zobowiązuje się uprzedzać wspomniane wyżej podmioty o zamiarze przeprowadzenia kontroli finansowej lub audytu finansowego opisanego w ust. 4 z wyprzedzeniem 60 dni."

8. § 7 ust. 4 otrzymuje brzmienie:

„W przypadku stwierdzenia w toku kontroli finansowej, o której mowa w ust. 2, nieprawidłowości i braku akceptacji wyników tej kontroli ze strony S E I , TVP może na własny koszt dokonać audytu finansowego S E I przeprowadzonego przez jedną z międzynarodowych firm audytorskich obejmującego zakres tejże kontroli."

9. W § 7 dotychczasowe ust. 4 i 5 otrzymują numerację ust. 5 i 6.

10. § 8 otrzymuje brzmienie:

„1. SEI oświadcza i TVP zgadza się, że w celu realizacji niniejszej umowy założy strukturę korporacyjną w państwach na Terytorium , zaś na jedną z zgodność z oryginałem

Biuro Prawne Telewizji Polskiej SA

Magdalena Staniszewska
radca prawny

SEI 000014

korporacji przeleje wszelkie prawa, zobowiązania i wierzytelności wynikające z niniejszej umowy z prawem ich cesji w całości lub części na inne korporacje tejże struktury.

2. Zadaniem struktury korporacyjnej, o której mowa w ust. 1 będzie tworzenie Programu oraz jego emisja na Terytorium.

3. SEI zobowiązuje się, że korporacje, o których mowa w ust. 1, będą prowadziły działalność wyłącznie w zakresie związanym z tworzeniem i emitowaniem Programu oraz jego promocją.

4. SEI zobowiązuje się niezwłocznie powiadomić TVP o założeniu korporacji, o których mowa w ust. 1 oraz przedstawić kopie odpowiednich dokumentów założycielskich tych korporacji, a także dokumentów poświadczających przejęcie praw, zobowiązań i wierzytelności będących przedmiotem niniejszej Umowy.

5. W stosunku do korporacji, o których mowa w ust. 1 ma w całości zastosowanie § 7 Umowy.

6. SEI zapewni możliwość udziału w charakterze gościa w posiedzeniach rad nadzorczych korporacji, o których mowa w ust. 1, osoby wyznaczonej przez TVP i zaakceptowanej przez S E I. W stosunku do powyższej osoby obowiązywać będzie zobowiązanie bezwzględnego przestrzegania tajemnicy handlowej, której naruszenie automatycznie anuluje zapis paragrafu 8 ust. 6."

11. W § 9 ust. 4 dodaje się zdania:

„ O zmianie w programie, TVP zawiadomi S E I najpóźniej na 14 dni przed jej dokonaniem, a o pozostałych zmianach najpóźniej na 90 dni przed ich dokonaniem. Termin 14 dniowy nie dotyczy zmian w programie spowodowanych sytuacjami nieprzewidywalnymi."

§ 2

Aneks sporządzono w dwóch jednobrzmiących egzemplarzach po jednym dla każdej ze stron.

§ 3

Aneks wchodzi w życie z dniem podpisania a jego skutki prawne rozciągają się na cały okres obowiązywania umowy.

Za zgodność
z oryginałem
Biuro Prawne Telewizji Polskiej S.A

Magdalena Staniszewska
radca prawny

Robert Kwiatkowski

Bogusław M. Spanski

SEI 000015

# EXHIBIT 8

**Amendment**

of November 4, 1999
to the Agreement of December 14, 1994 between Telewizja Polska S.A. and Spanski Enterprises Inc.

Telewizja Polska-S.A. with headquarters in Warsaw, hereinafter "TVP", represented by Board President Robert Kwiatkowski

and

Spanski Enterprises Inc. with headquarters in Mississauga, Ontario, Canada, hereafter "SEI" represented by Boguslaw M. Spanski, President

agree as follows:

## § 1

The following changes are made to the agreement between the parties affected on December 14, 1994:

1. To § 1, Section f) is added as follows:
   "Corporation – refers to a company established on the Territory in accordance with the law of the Territory"
2. § 2 Section 3 will read as follows:
   "TVP grants SEI the exclusive right to use TV Polonia Shows in its programming on the Internet."
3. Section 4 is added to § 2 as follows:
   "In order to implement Sections 2 and 3, TVP gives SEI exclusive right to receive and use the signal on the Territory."
4. In § 3 Section 2, after the word "customs", a comma is substituted for the period and the following phrase is added:
   "SEI is obligated to notify TVP 30 days in advance about the scheduled bandwidth in which TV Polonia will be broadcasting shows and advertisements produced in the Territory."

**This is a true copy of the original**

Legal Office of Telewizja Polska
[signature]
Magdalena Staniszewska
Legal Counsel

5. Sections 6 and 7 are added to § 3 as follows:
   "6. TVP authorized SEI to use the framework schedule of TV Polonia in the framework schedule of the Program.
   7. TVP designates SEI as its representative in the Territory, authorized to prevent any violations and to protect TVP rights. Any legal action on behalf of TVP, in particular incurring costs, may be undertaken only by prior approval by TVP. TVP will provide appropriate support to SEI actions in this regard."

6. § 7 Section 2 will read:
   "TVP has the right to implement at its own cost, once per year and only with regard to revenues referred to in § 6 Section 1, for the previous calendar year, financial review of SEI by an entity authorized by TVP, obligated to absolute confidentiality, with the sole purpose of developing information regarding compatibility of data forwarded in quarterly statements. If confidentiality is breached by TVP, including by the entity authorized by TVP only, the right to financial review may be waived by SEI unilaterally and with immediate effect."

7. § 7 Section 3 will read:
   "TVP undertakes to notify the above-mentioned subjects of its intention to carry out financial review or a financial audit described in Section 4 with 60 days notice."

8. § 7 Section 4 will read:
   "If the financial review referred to in Section 2 finds irregularities and if SEI refuses to accepts the results of such control, TVP may at its own cost have a financial audit of SEI performed by one the international auditing firms covering the scope of such financial review."

9. In § 7, former sections 4 and 5 are now numbered 5 and 6.

10. § 8 will read:

    "1. SEI represents and TVP agrees that:
    - in order to implement this Agreement it will set up a corporate structure in a countries in the Territory,

                                            **This is a true copy of the original**

                                            Legal Office of Telewizja Polska
                                            [signature]
                                            Magdalena Staniszewska
                                            Legal Counsel

and it will assign all rights, obligations and liabilities hereunder thereto, with the right to assign all or a part of them to other corporations within such structure.

2. The corporate structure referred to in Section 1 will create the Program and broadcast it in the Territory.

3. SEI undertakes to make the corporations referred to in Section 1 to do business only consisting in creation and broadcast of the Program, as well as its promotion.

4. SEI undertakes to notify TVP immediately that the corporations referred to in Section 1 have been set up and to present copies of the relevant incorporation documents as well as of documents certifying that the rights, obligations and liabilities hereunder have been assumed by them.

5. § 7 of the Agreement fully applies to corporations referred to in Section 1.

6. SEI will invite a person designated by TVP and accepted by SEI as a guest to the Meetings of the Boards of Directors of the corporations referred to in Section 1. This person will be obligated to maintain absolute confidentiality; his non-compliance will automatically make this § 8 Section 6 null and void."

11. The following statements are added to § 9 Section 4:
"TVP will notify SEI no later than 14 days in advance of programming changes and no later than 90 days in advance of all other changes. 14 days notice does not apply to programming changes caused by unpredictable circumstances."

## § 2

This amendment was made in two identical copies, one for each party.

## § 3

This amendment comes into effect on the day of its changes, and its ramifications extend to the whole term of the Agreement.

**This is a true copy of the original**

Legal Office of Telewizja Polska
[signature]
Magdalena Staniszewska
Legal Counsel

Robert Kewiatkowski                    Boguslaw M. Spanski
[signature]                            [signature]

City of New York, State of New York, County of New York

I, Piotr Graff, hereby certify that the following document ("Amendment of November 4, 1999 to the Agreement of December 14, 1994 between Telwizja Polska S.A. and Spanski Enterprises Inc.") is, to the best of my knowledge and belief, a true and accurate translation from Polish into English.

_____
Piotr Graff

Sworn to before me this

15th day of March 2007

_____
Signature, Notary Public
Regina Chaney Graff
Windham Co. VERMONT
My commission expires 2/10/09

_____
Stamp, Notary Public

# EXHIBIT 9

do Umowy z dnia 14 grudnia 1994 r. między Telewizją Polską SA w Warszawie a Spanski Enterprises Inc. w Mississauga, Ontario, Kanada, zmienionej Aneksem z dnia 4 listopada 1999 r.,

zawarty dnia **29. 04.** 2002 r. w Warszawie

pomiędzy

Telewizją Polską S.A. z siedzibą w Warszawie wpisaną do rejestru handlowego prowadzonego przez Sąd Rejonowy dla m. Warszawy XVI Wydział Rejestrowy pod nr RHB 39135, o kapitale akcyjnym 266596500 zł i Zarządzie w składzie: Prezes Zarządu Robert Kwiatkowski, Członkowie: Czesław Jermanowski, Jarosław Pachowski, Tomasz Posadzki, Tadeusz Skoczek;

reprezentowaną przez Prezesa Zarządu Pana Roberta Kwiatkowskiego.

a

Spanski Enterprises Inc. z siedzibą w Mississauga, Ontario, Kanada,

reprezentowaną przez Prezesa Pana Bogusława M. Spanskiego.

Kierując się wolą rozwijania wzajemnej współpracy, a w szczególności chęcią zapewnienia Polakom zamieszkałym na Terytorium dostępu do audycji telewizyjnych w języku polskim Strony postawiają, co następuje:

## § 1

W Umowie pomiędzy Stronami, zawartej dnia 14 grudnia 1994 r., zmienionej Aneksem z dnia 4 listopada 1999 r., wprowadza się następujące zmiany:

1) w § 1 lit. a i b otrzymują brzmienie:
„a) „TV Polonia i TVP 3 Regionalna" · · oznacza programy telewizyjne produkowane i emitowane przez TVP,
b) „Sygnał" - oznacza sygnały programów „TV Polonia" i „TVP 3 Regionalna",
2) w § 2 ust. 1 i 2 po wyrazach „TV Polonia" dodaje się wyrazy: „i TVP 3 Regionalna",
3) w § 3 ust. 1, 2, 3, 4 i 6 po wyrazach „TV Polonia" dodaje się wyrazy: „i TVP 3 Regionalna",
4) w § 4 ust. 3 po wyrazach „TV Polonia" dodaje się wyrazy „i TVP 3 Regionalna";

Za zgodność
z oryginałem

Biuro Prawne Telewizji Polskiej SA

*Magdalena Staniszewska*
radca prawny

**SEI 000025**

5) w § 9 ust. 1 i 4 po wyrazach: „TV Polonia" dodaję się wyrazy: „i TVP 3 Regionalna",

## § 2

1. Od dnia podpisania niniejszego Aneksu S E I zobowiązuje się do emisji Programu na całym Terytorium.

2. W przypadkach szczególnie uzasadnionych, za zgodą TVP, S E I może ograniczyć obszar emisji do części Terytorium obejmującego co najmniej Amerykę Północną. O zaistnieniu takich szczególnych okoliczności S E I powiadomi pisemnie TVP. TVP może odmówić zgody na ograniczenie obszaru emisji tylko i wyłącznie wówczas kiedy wykaże, że nie zaistniały szczególne okoliczności uzasadniające ograniczenie obszaru emisji. Zgoda TVP na ograniczenie obszaru emisji jest równoznaczna z rozwiązaniem umowy w części dotyczącej terytorium objętego ograniczeniem.

## § 3

S E I ma prawo do jednorazowego wykorzystania Audycji TVP 3 Regionalnej tylko i wyłącznie w okresie emisji Programu na Terytorium, z zastrzeżeniem § 2 ust. 2.

## § 4

W razie zaprzestania przez TVP produkcji i emisji programu TVP 3 Regionalna Umowa wygasa w części dotyczącej prawa do wykorzystania Audycji TVP 3 Regionalnej, z dniem pisemnego zawiadomienia S E I o takim zdarzeniu. TVP nie ponosi z powodu zaprzestania produkcji i emisji jakiejkolwiek odpowiedzialności.

TVP powiadomi o zaprzestaniu produkcji i emisji co najmniej z 120 dniowym wyprzedzeniem, z wyjątkiem sytuacji gdy zaprzestanie będzie wynikiem zmian ustawowych.

## § 5

1. Prawo do jednorazowego wykorzystania Audycji TVP 3 Regionalnej nie obejmuje audycji telewizyjnych, w tym filmów, emitowanych na podstawie licencji albo praw obejmujących wyłącznie terytorium Rzeczypospolitej Polskiej, a nie obejmujących obszaru Terytorium. Dyrektor WOT – TVP 3 Regionalnej będzie przekazywać S E I z co najmniej 90 dniowym wyprzedzeniem informację dotyczącą pasm, w których będą emitowane audycje i filmy, których powyższe ograniczenie dotyczy. Za ewentualne naruszenie praw osób trzecich odpowiedzialność ponosi S E I.

2. W razie naruszenia ograniczenia określonego w ust. 1 przez i z przyczyn bieżących po stronie SEI, które to naruszenie spowoduje konsekwencje finansowe dla TVP, SEI zobowiązuje się do pełnego pokrycia

Za zgodność
z oryginałem

Biuro Prawne Telewizji Polskiej S/

*Magdalena Staniszewska*
radca prawny

**SEI 000026**

poniesionych przez TVP kosztów i strat spowodowanych takim naruszeniem. W przypadku powtarzania się takich naruszeń, TVP ma prawo do rozwiązania umowy ze skutkiem natychmiastowym jedynie w części dotyczącej udostępnienia sygnału TVP 3 Regionalnej.

### § 6

Umowa w części dotyczącej wykorzystania Audycji TVP 3 Regionalnej w Programie zostaje zwarta na okres lat 10 poczynając od dnia podpisania niniejszego Aneksu.

### § 7

Strony zobowiązują się do niezwłocznego wzajemnego informowania się na piśmie o zmianach dotyczących adresu ich siedziby oraz o wszelkich czynnościach dokonanych na podstawie § 8 ust. 1 Umowy. Zaniedbanie tego obowiązku skutkować będzie uznaniem za doręczoną wszelkiej korespondencji wysłanej na ostatnio wskazany adres.

### § 8

Umowa podlega prawu Stanu Nowy Jork Stanów Zjednoczonych Ameryki Północnej, a wszelkie spory rozstrzygać będą Sądy Federalne w mieście Nowy Jork.

### § 9

Zmiana Umowy wymaga formy pisemnej pod rygorem nieważności.

### § 10

Aneks został sporządzony w czterech jednobrzmiących egzemplarzach, po dwa dla każdej Strony.

### § 11

Aneks wchodzi w życie z dniem podpisania.

Telewizja Polska S.A.:

PREZES ZARZĄDU
TELEWIZJA POLSKA S.A.
Robert Kwiatkowski

Sparian Enterprises Inc.:

Za zgodność
z oryginałem

Biuro Prawne

Magdalena Staniszewska
radca prawny

**SEI 000027**

# EXHIBIT 10

**Amendment No. 2**

to the Agreement of December 14, 1994 between Telewizja Polska S.A. in Warsaw and Spanski Enterprises Inc. in Mississauga, Ontario Canada, Amendment of November 4, 1999,

Effected on *04/29/2002* in Warsaw

between Telewizja Polska S.A. with headquarters in Warsaw entered in the business registry in the District Court in Warsaw, Section XVI Business Registry as No. RIIIB 39135 with equity capital of 266596500 PLN and management as follows: President Robert Kwiatkowski, Board: Czeslaw Jermanowski, Jaroslaw Pachowski, Tomasz Posadzki, Tadeusz Skoczek;
represented by Robert Kwiatkowski, Board President

and

Spanski Enterprises Inc. with headquarters in Mississauga, Ontario Canada
represented by Boguslaw Spanski, President

Motivated by the commitment to develop mutual collaboration and in particular by the desire to provide the Polish audience in the Territory with access to television programming in Polish, the parties agree as follows:

§ 1

The following changes are made in the Agreement between the parties affected on December 14, 1994 as changed by the Amendment of November 4, 1999:

    1)   in § 1, Sections a and B shall read:
"a) "TV Polonia and TVP 3 Regional" … refers to the television programs produced by TVP and broadcast by TVP
b) "Signal" refers to programs of "TV Polonia" and "TVP 3 Regional"
2) In § 2 Section 1 and 2 after the phrase "TV Polonia" the phrase will be added "and TVP 3 Regional",
3) In § 3 Sections 1, 2, 3, 4 and 6 after the phrase "TV Polonia" the phrase will be added "and TVP 3 Regional",
4) In § 4 Section 3 after the phrase "TV Polonia" the phrase will be added "and TVP 3 Regional",

**This is a true copy of the original**

Legal Office of Telewizja Polska
[signature]
Magdalena Staniszewska
Legal Counsel

[illegible signature]

5) In § 9 Section 1 and 4 after the phrase "TV Polonia" the phrase will be added "and TVP 3 Regional".

## § 2

1. From the date of signing of this Amendment, SEI undertakes to broadcast the Program in the whole Territory.
2. In especially justified cases and with the approval of TVP, SEI may limit the coverage of its broadcast to the part of the Territory covering at least North America. SEI will notify TVP in writing whenever such special circumstances exist. TVP may refuse to approve the limitation of broadcast coverage only if it proves that no special circumstances justifying such limitation of coverage exist. Approval by TVP to limit broadcast coverage amounts to termination of the Agreement in its part regarding the Territory no longer covered.

## § 3

SEI has the right to one-time use of TVP 3 Regional Shows and only during broadcast of the Program in the Territory except as described in § 2 Section 2.

## § 4

In the event that TVP ceases to produce and broadcast the TVP 3 Regional Program, this Agreement expires in its part regarding the right to use the Programs of TVP 3 Regional as of the date of notification in writing by SEI of such event. TVP has no responsibility whatsoever for the discontinuation of production and broadcast.
TVP will notify SEI of discontinuation of production and broadcasting at least 120 days in advance except in situations when the discontinuation is the result of changes in law.

## § 5

1. The right to one-time use of TVP 3 Regional Shows does not include television shows, including movies, broadcast under license or rights pertaining only to the territory of the Republic of Poland and not including the Territory. Director of WOT -- TVP 3 Regional will notify SEI at least 90 days in advance of bandwidth in which Shows and movies to which this limitation applies are broadcast. SEI will be responsible for any infringement of a third party's rights.
2. If the limitation described in Section 1 is violated by and through the fault of SEI and if such violation will cause financial consequences to TVP, SEI obligates itself to cover in full

**This is a true copy of the original**

Legal Office of Telewizja Polska
[signature]
Magdalena Staniszewska
Legal Counsel

[illegible signature]

any costs and losses incurred by TVP. If such violations are recurrent, TVP has the right to terminate the Agreement immediately only in the part regarding availability of TVP 3 Regional's signal.

### § 6

The Agreement in its part regarding TVP 3 Regional's Shows in the Program will be valid for 10 years starting from the date of signing of this Amendment.

### § 7

The Parties undertake to notify each other immediately in writing of any changes in their addresses and any actions performed under § 8 Section 8 of the Agreement. If they fail to do so, any correspondence sent to them to the most recent designated address will be regarded as delivered.

### § 8

The Agreement is subject to the law of the State of New York, USA, and all disputes will be regulated by the Federal Court in New York City.

### § 9

Any change to the Agreement must be made in writing to be valid.

### § 10

This Agreement has been made in four original copies, two for each party.

### § 11

The Amendment becomes valid on the date of signing.

Telewizja Polska S.A.                              Spanski Enterprises Inc.
[stamp]                                            [illegible signature]
BOARD PRESIDENT
TELEWIZJA POLSKA S.A.
[signature]
*Robert Kwiatkowski*

                                        **This is a true copy of the original**

                                        Legal Office of Telewizja Polska
                                                        [signature]
                                              Magdalena Staniszewska
                                                      Legal Counsel

City of New York, State of New York, County of New York

I, Dr. Piotr Graff, hereby certify that the following document ("April 29, 2002 Amendment No. 2") is, to the best of my knowledge and belief, a true and accurate translation from Polish into English.


_____
Dr. Piotr Graff

Sworn to before me this


22nd   day of March 2007


_____
Signature, Notary Public

PAUL D. RALSTON
otary Public, State of New Yo
No. 01RA6023867
Qualified in Queens County
mmission Expires May 3  2007

_____
Stamp, Notary Public

# EXHIBIT 11

**From:**    B.M. (Bob) Spanski [spanski@tvpolonia.com]
**Sent:**    Wednesday, March 27, 2002 9:51 PM
**To:**    Antoni.Bartkiewicz@waw.tvp.pl
**Subject:**    Aneks
**Importance:** High

Drogi Antoni,
Nic jeszcze nie otrzymalem od P. Ryszarda Swiderskego, a tu mamy powazny problem. Pare chwil temu
zostalem poinformowany, ze nasz kontrahent w dosyle sygnalu do Ameryki Poludniowej, Atlanta DTH,
rozprowadzajcy w Ameryce Poludniowej miedzy innymi cztery kanaly telewizji Chinskiej, nie sfinalizuje umowy, a
tym samym nie dosle sygnalu, bez zmiany zapisu w umowie podstawowej (TVP-SEI) o obowiazywaniu prawa z
polskiego na amerykanskie. (umowa na dosyl sygnalu do Ameryki Poludniowej "wtorna", zawierana jest
na podstawie umowy podstawowej TVP-SEI)
Niezly klops, gdyz nie ma sily abym byl w stanie zorganizowac innego, doswiadczonego dostawce, a juz na
pewno nie na czas. Poza tym nie ma gwarancji ze z innym nie pojawi sie takie samo wymaganie. Przy wszystkich
zawieranych uprzednio umowach z np. AT&T, EchoStar czy Time Warner mielismy z tym zawsze problem,
niemniej udawalo mi sie z niego jakos wybrnac i nie wystepowalem z postulatem zmiany w Warszawie. Tym
razem niestety nie. Nie przyjmuja zadnych argumentow.
Cala nadzieja w Tobie, Zarzadzie i P. Swiderskim.
Sprawa bedzie zalatwiona jesli w przygotowanym i jak rozumiem zatwierdzonym Aneksie do Umowy (dotyczacym
TVP3) znajdzie sie nastepujacy zapis:

**Paragraf 11 ust. 1. otrzymuje nastepujace brzmienie: "Niniejsza Umowa podlega prawu Stanow
Zjednoczonych Ameryki Polnocnej"**
**Paragraf 11 Ust.2. otrzymuje nastepujace brzmienie "Wszelkie spory wynikle na tle niniejszej Umowy
beda rozpatrywane wedlug prawa Stanu Nowy York, przez Sady Federalne miasta New York City"**

Jestem niezle zajezony na Atlanta DTH, ze w tym momencie ich dziel prawny wykrecil mi taki numer, niemniej
mam nadzieje ze po stronie TVP bedzie zrozumienie, ze nie jest to zadna istotna zmiana warunkow umowy, a
jedynie sprawa techniczna. Sadzic sie nie bedziemy, a juz na pewno nie po rozruchu Ameryki Poludniowej.
Amerykanskie firmy za zadna cene nie chca podpisywac zanych kontraktow, gdy pojawia sie jakiekolwiek inne
prawodawstwo niz ich wlasne, amerykanskie.
Na zlagodzenie Twojego stresu, zafundujemy konsulatom w Sao Paulo i w Curitibie systemy satelitarne do TV
Polonia. Oczywiscie jesli ruszymy.
Daj prosze znac czy bedziemy mieli "zielone swiatlo". Sprawa jest niezwykle pilna!!! W przyszlym tygodniu w
Atlancie mielismy instalowac caly sprzet, dekodery, odbiorniki, multiplexery itd, a wszystko mialo "chulac" pod
koniec przyszlego tygodnia.
Pozdrawiam,
Bogdan

SEI 000058

# EXHIBIT 12

Aneks –3-27-2002

From:       B.M. (Bob) Spanski [spanski@tvpolonia.com]
Sent:       Wednesday, March 27, 2002 9:51 PM
To:         Antoni.Bartkiewicz@waw.tvp.pl
Subject:    Addendum
Importance: High

I still have not received anything from Mr. Richard Swiderski, and we have a
serious problem here. Just a few minutes ago I was advised that Atlanta DTH,
our contracting party in the broadcasting of the signal to South America, who
among other things broadcasts four channels of programming of Chinese-
language television, will neither finalize the agreement, and by the same token,
will not broadcast the signal, without an amendment to the provisions of basic
contractual Agreement (between TVP and SEI) as regards Polish law governing
to American law governing  (the "secondary" agreement concerning the
broadcasting of the signal to South America is being entered into based on the
underlying contractual Agreement between TVP and SEI).

This is quite a fiasco, since there is absolutely no way that I am able to locate
any other, experienced programming provider, and in any event, not within the
deadline. Moreover, there is no guarantee that the same demand would not
come up all over again with another provider.  In connection with all of the other
agreements entered into earlier, for example, those with AT&T,
EchoStar or Time Warner this has always been an issue, yet we had always
somehow managed to work around it, and so I did not propose any changes as
regards this issue when in Warsaw.  This time it cannot be avoided. They are not
accepting any of our arguments.

The only remaining hope is that you, the management board and Mr. Swiderski.
The deal can be finalized if in the language of the already drafted, and I
understand correctly, the already-approval Addendum to the contractual
Agreement (that pertain to TVP 3), the following language can be incorporated:

Subparagraph (1) of § 11 shall read as follows; „This Agreement shall be
governed by the laws of the United States of America".

  Subparagraph (2) of § 11 shall read as follows:
"Any disagreements arising under the instant Agreement shall be resolved in
accordance with the law of the State of New York, by the Federal Court of the
City of New York".

I am extremely annoyed with Atlanta DTH on account of their legal department at
this point in time having pulled such a number on me, nonetheless, I am hopeful
that on TVP's part it will be understood that this does not comprise a material
change to the terms of the Agreement, but is only a technicality.  We are not
going to be litigating in the future, and definitely not litigating once South America
is launched.  American companies do not want under any circumstances to sign

any contracts that would place them under the jurisdiction of another legal system other than their own, American legal system.

So as to mitigate your stress with this matter, we will make a gift of satellite systems to be able to view TV Polonia to both of the consulates in Sao Paolo and Kuritiba. Of course, only in the event that this moves forward.

Please let me know if we are going to be given the „green light". This matter is incredibly urgent!!!!  Next week in Atlanta we were all set to install all of the equipment, the decoders, the receivers, the multiplexers, etc., and it was all supposed to be up and running great by the end of next week.

Best regards,
Bogdan

# translations

March 30, 2007

I,   Anne Wagner-Findeisen , Polish-English translator, engaged to this effect by and on behalf of Affordable Translations, Inc., certify that I am fully versed in the Polish and English languages, and that the attached is, to the best of my ability, knowledge, judgment and belief, a true and correct translation of the following documents:

Aneks –3-27-2002 [email]

Aneks—4-3-2002 [email]
Aneks Nr2 TVP SA, revised

Re:Aneks—3-29-2002 [email]

Aneks Nr.2 4-13-2002 [email]
Aneks Nr 2 TVP SA,revised2-9

FW.Aneks Nr. 2 — 4-18-2002 [email]
Aneks Nr2 TVP SA,revised2-10

*Anne Wagner-Rein*
**Anne Wagner-Findeisen**

*March 30, 2007*
**Date**

Sworn to before me this 30th day of March, 2007

*Annette K. Guerra*
**ANNETTE K. GUERRA**
**NOTARY PUBLIC NEW JERSEY**
**MY COMMISSION EXPIRES**
**AUGUST 26, 2011**

# EXHIBIT 13

**From:**     Antoni.Bartkiewicz@waw.tvp.pl
**Sent:**     Thursday, March 28, 2002 10:11 AM
**To:**       spanski@tvpolonia.com
**Cc:**       Prezes@tvp.pl; Sekretariat.J.Pachowskiego@tvp.pl; Ryszard.Swiderski@waw.tvp.pl
**Subject:** aneks

Bogdanie!
Rozumiem Twój problem. Tylko nie rozumiem dlaczego go zg³aszasz na 5 minut
przed 12? I to do mnie.
Sprawa aneksu. W porozumieniu z dyrektorem R. Œwiderskim aneks nr 2
przefaksujê do Ciebie.

W sprawie Twojej kolejnej sugestii zmiany  paragrafu 11 umowy w aneksie:
Twój e-mail przekaza³em do wiadomoœci Kierownictwu Spó³ki TVP SA.

Biuro Prawne TVP SA nie widzi ¿adnych podstaw do zmiany prawa rz¹dz¹cego
umow¹ z polskiego na amerykañskie. W szczególnoœci podstaw¹ tak¹ nie mo¿e
byæ - uwa¿a Biuro Prawne - zawarcie umowy z operatorem na transmisjê
sygna³u, gdy¿ ta umowa nie ma ¿adnego zwi¹zku merytorycznego z umow¹
dotycz¹c¹ wykorzystania sygna³u programów TVP SA.

W œwietle powy¿szego stanowiska BP TVP SA  rozumiem, ¿e wszystkie
dotychczasowe ustalenia miêdzy Twoj¹ firm¹ a TVP SA dotycz¹ce uruchomienia
sygna³u TV Polonia 8 kwietnia br. s¹ aktualne.
Antoni

SEI 000059

Subject: addendum

From: Antoni.Bartkiewicz@waw.tvp.pl

Date: 3/28/2002 10:11 AM

To: spanski@tvpolonia.com

Cc: Prezes@tvp.pl; Sekretariat.J.Pachowskiego@tvp.pl, Ryszard.Swiderski@waw.tvp.pl

Bogdan,
I understand your problem. Only I don't understand why you're reporting it at the very last minute? And to me, at that. The issue of the addendum. Upon consulting with Director R. Swiderski, I'm faxing Addendum 2 to you.

Regarding your next suggestion to change Paragraph 11 of the Agreement in the addendum:
I sent your e-mail to the management of TVP SA for their information.

The TVP SA Legal Office doesn't feel there is any basis to change the law of jurisdiction for the agreement from Polish to American law. In particular, the Legal Office feels that making an agreement with the operator to broadcast the signal can't be such as basis, since the agreement has no substantive connection with the agreement on using the TVP SA programs' signal.

In light of the TVP SA Legal Office's position above, I understand that everything your company has agreed upon to-date with TVP SA with regard to launching the TV Polonia

signal on April 8 of this year still applies.
Antoni

# translations

March 19, 2007

I, Gerard Majka, Polish-English translator, engaged to this effect by and on behalf of Affordable Translations, Inc., certify that I am fully versed in the Polish and English languages, and that the attached is, to the best of my ability, knowledge, judgment and belief, a true and correct translation of the following documents:

"Emails1: 3.18.2002 through 4.22.2002"
"Emails 2:1 4-25-2002 through 4-30-2002"
"Emails 2:2 2-2-02 through 10-2-02"
"Spanski Internet Files 1 through 5"
"Aneks Nr 2"
"Bartkiewicz,20marca,02"
"Bartkiewicz2,20marca,02"
"Prezes50dezyderat4"


*Gerard M. Majka*
Gerard Majka

*MARCH 19, 2007*
Date

*Lillian B. Cramsey*

Commonwealth of Pennsylvania
NOTARIAL SEAL
LILLIAN B. CRAMSEY, Notary Public
Spring Township, County of Berks
My Commission Expires January 30, 2010

654 Warren Street. • Brooklyn, NY 11217
Phone: (212) 864-4872 • Fax: (212) 658-9184