UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                          :

SPANSKI ENTERPRISES, INC. and
POLTEL INTERNATIONAL L.L.C/,        :

              Plaintiffs,        :    07 Civ. 930 (GEL)

              v.              :    DECLARATION OF
                                            PIOTR GRAFF Ph.D
TELEWIZJA POLSKA, S.A., ANNA        :
MILEWSKA, KRYZYSTOF SZTANDERA,
MARCIN BOCHENEK, JOHN DOES 1 - 10,   :

              Defendants.       :
-------------------------------------------------------- X

       I, PIOTR GRAFF Ph.D, hereby declare as follows:

       1.      I am a Polish to English/English to Polish translator with over 30 years of experience.  My curriculum vitae is attached as **Exhibit 1.**

       2.      I hold both a masters and a doctorate degree in philosophy from the Warsaw University, Poland.  Thereafter, I attended the Institute of Philosophy and Sociology at the Polish Academy of Science in Warsaw for additional post-doctorate studies.

       3.      I am a certified member of Stowarzyszenie Tlumaczy Polskich (the Polish Translators Association, Warsaw), and have been accredited for English to Polish translation by the American Translators Association.

       4.      In January 2007, I was hired by TransPerfect Translations to translate certain documents from Polish to English.  Among the documents forwarded to me for translation were: (a) the Agreement, dated August 26, 1996 (effective 1994), attached hereto in the original Polish as **Exhibit 2** as well as my certified translation to English as

**Exhibit 3**; (b) the Amendment, dated November 4, 1999, attached hereto in the original Polish as **Exhibit 4** as well as my certified translation to English as **Exhibit 5**; and (c) the Amendment No. 2, dated April 29, 2002, attached hereto in the original Polish as **Exhibit 6** as well as my certified translation to English as **Exhibit 7**.

5.      Each of the attached translations (**Exhibits 3, 5 and 7**), is, to the best of my knowledge, belief, and ability, a true and accurate translation from Polish to English.

6.      In regard to Amendment No 2 (**Exhibits 6 (Polish) and 7 (English)**), I translated section 8 thereof as follows: "The Agreement is subject to the law of the State of New York, USA, and all disputes will be regulated by the Federal Court in New York City." The word "rozstrzygać" is better translated in the context of this sentence as "resolved," although "regulated" is also an accurate translation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of March 2007.

_____
Dr. Piotr Graff

2