Jonathan Zavin (JZ-1846)
Christian D. Carbone (CC-6502)
John A. Piskora (JAP-1224)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
212-407-4000

Attorneys for Plaintiffs
Spanski Enterprises, Inc. and
Poltel International L.L.C.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
SPANSKI ENTERPRISES, INC. and                              :
POLTEL INTERNATIONAL L.L.C. ,                              :

                       Plaintiffs,                         :

                  -against-                                :

TELEWIZJA POLSKA S.A., ANNA                                :   07 Civ 930 (GEL) (GWG)
MILEWSKA, KRZYSZTOF SZTANDERA,
MARCIN BOCHENEK, JOHN DOES 1-10,                           :   NOTICE OF MOTION

                  Defendants,                              :

TELEWIZJA POLSKA U.S.A. INC.,                              :
TELEWIZJA POLSKA CANADA INC. and
BOGUSLAW M. SPANSKI,                                       :

                  Third Party Defendants.                  :
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Tomasz

Brudkowski, with exhibit, dated July 18, 2007, the Declaration of John A. Piskora, with

exhibits, dated July 18, 2007 and the accompanying memorandum of law, Plaintiffs

Spanski Enterprises, Inc. ("SEI") and Poltel International L.L.C. ("Poltel"), by its

counsel, Loeb & Loeb LLP, will move this Court before the Honorable Gabriel W.

Gorenstein, on July 27, 2007, or as soon thereafter as counsel may be heard, at the

Courthouse located at 500 Pearl Street, New York, New York 10007 for an Order

pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, compelling the

production of information that has been redacted from Defendant Telewizja Polska,

S.A.'s ("TVP") document production.

   PLEASE TAKE FURTHER NOTICE that, opposition papers, if any, shall

be served by July 24, 2007.


Dated: New York, New York
   July 19, 2007


           LOEB & LOEB LLP


           By:_____

           Jonathan Zavin (JZ-1846)
           Christian D. Carbone (CC-6502)
           John A. Piskora (JP-1224)
           345 Park Avenue
           New York, New York 10154-1895
           (212) 407-4000

           Attorneys for Plaintiffs


TO:  James Jacob, Esq.
    Baker & McKenzie LLP
    1114 Avenue of the Americas
    New York, NY 10036

    Attorneys for Defendants