# EXHIBIT A

# ECHOSTAR

ECHOSTAR COMMUNICATIONS CORPORATION

June 14, 2002

VIA FASCIMILE +48-22-547-5617
Mr. ▓▓▓
President
TVP S.A.
ul. J.P. Woronicza 17
00-950 Warszawa
Poland

Dear Mr. ▓▓▓,

My name is ▓▓▓ and I am the Director of International Programming for DISH Network, a direct-to-home satellite television platform in the United States.

As you are aware from Mr. ▓▓▓ previous correspondence to you, DISH Network unfortunately no longer carries the TV Polonia channel, previously licensed to us by TVP USA Inc.

If appropriate, I would like to explore the opportunity of licensing other Polish programming directly from TVP S.A. for which ▓▓▓ does not have the exclusive rights.

I look forward to hearing from you. I can be reached at ▓▓▓ or via email at ▓▓▓

Sincerely,

▓▓▓
Director of International Programming

TP5000228

26/09 '02 13:28 FAX 48 22 5478375        B.ZARZADU TV         48 22 5478375         ☒01

# ≡TVP 3
## Regionalna

▬▬▬▬▬▬▬▬
*Dyrektor*

Warszawa, 19 września 2002 r.

XAA/5406/2002

Pan
▬▬▬▬▬▬▬
Prezes Zarządu TVP S.A.

Szanowny Panie Prezesie,

Przedstawiam poniżej informację dotyczącą możliwości nadawania sygnału TVP3 na terenie Ameryki Północnej i Południowej.

1. Na mocy Aneksu nr 2 do umowy zawartej pomiędzy TVP S.A. a firmą Spanski Enterprices Inc. program TVP3 Regionalnej może być nadawany na terenie obu Ameryk. Ważny jest fakt, że na program TVP3 emitowany w Polsce składają się zarówno audycje produkowane przez nas, jak i audycje objęte ochroną licencyjną (np. filmy). W przypadku nadawania tego programu na terytorium innym niż Polska zachodzi konieczność dokonywania zmian w programie polegających na zastępowaniu audycji objętych ograniczeniami licencyjnymi audycjami, które takich ograniczeń nie mają.

2. 22 maja br. odbyłem robocze spotkanie z Panem ▬▬▬▬▬ w obecności Dyrektora Biura Prawnego TVP S.A. Pana ▬▬▬▬▬. W trakcie tego spotkania Pan Spanski zaproponował, żeby to TVP3 przygotowywała gotowy program do emisji w USA (tzn. dokonywała zamiany programów podlegających ograniczeniom licencyjnym oraz tworzyła program całodobowy – w dwóch dwunastogodzinnych blokach).

3. Propozycja Pana ▬▬▬ wzbudziła moje wstępne zainteresowanie, ale i wątpliwości dotyczące strony prawnej takiego działania. W tej sytuacji 23 maja br. skierowałem pismo do Pana Prezesa z prośbą o wskazówki w tej sprawie.

4. 12 czerwca br. otrzymałem od Pana Prezesa opinię prawną dotyczącą nadawania programu TVP3 na terenie Ameryki Północnej i Południowej. Opinia ta wyklucza możliwość produkcji przez TVP3 programu dla SEI, ponieważ "stanowiłoby to w rzeczywistości utworzenie odrębnego od TV Polonia kanału dla zagranicznego odbiorcy", a to "wykracza zdaniem radcy prawnego poza uprawnienia TVP wynikające ze statutu".

TVP 3 Regionalna: 00-054 Warszawa, ul. Jasna 14/16
tel. (0..22) 547 62 81, 547 63 81; fax: (0..22) 547 43 38; www.rvp.pl/regionalna

TP 4000248

Od tego czasu, respektując zasadę, że kontakty z Panem ▮▮▮▮ utrzymuje dyrekcja TV Polonia, nie prowadziłem dalszych rozmów z firmą Spanski Enterprices Inc.

5. 9 września br. Pan ▮▮▮▮ ponowił swoją propozycję z 22 maja, żeby to TVP3 Regionalna dokonywała niezbędnych modyfikacji i przygotowywała gotowy program do emisji w USA. Na razie nie udzieliłem w tej sprawie żadnej odpowiedzi.

Ze swej strony widzę potrzebę wprowadzenia do oferty Telewizji Polskiej skierowanej do odbiorców za granicą, programu TVP3 Regionalnej, ze względu na duże zainteresowanie naszym programem wśród Polonii i Polaków za granicą.

Z wyrazami szacunku,



do wiadomości:
Pan ▮▮▮▮ - Członek Zarządu TVP S.A.
Pan ▮▮▮▮ - Dyrektor Generalny TVP S.A.

TP 4000249

09/26 [illegible] FAX 48 22 5478375   Office of the Board TV [illegible]  48 22 5478375 [symbol] 01

[logo:] TVP 3
Regional

XXXXXXXX
Director                                          Warsaw, September 19, 2002

XAA/5406/2002

XXXXXXXXX

                                            Mr.
                                            XXXXXXXXXXXXXX
                                            President of the Board of Directors TVP S.A.

[illegible handwriting, with illegible stamp]

Dear Mr. President,

Below please find information concerning the possibility of broadcasting of the signal of TVP3 on the territory of North and South America.

1.     Based on Annex no. 2 to the contract signed between TVP S.A. and the firm Spanski Enterprises Inc., the program of TVP3 Regional can be broadcast on the territory of both Americas. However, it is important to point out that the TVP3 program broadcast in Poland includes programs produced by us as well as programs covered by license protection (for example: movies). If this program is broadcast outside of the territory of Poland, it is necessary to make changes in the programming to substitute programs covered by license restrictions with programs which do not have such restrictions.

2.     On May 22nd of this year, I had a working meeting with Mr. XXXXXX, in the presence of the Director of the Legal Office of TVP S.A., Mr. XXXXXXX. During this meeting, Mr. Spanski suggested that TVP3 could put together a program ready to be broadcast in the USA (that is, carry out the substitution of programs under license restrictions and create a 24-hour program – in two twelve-hour blocks).

3.     Mr. XXXXXX's proposal initially interested me but also raised doubts concerning the legal aspects of such an undertaking. In this situation, on May 23rd of this year, I sent you a letter with a request for guidance in this matter.

4.     On June 12th, I received from you a legal opinion concerning the broadcasting of TVP3's program on the territory of North and South America. This opinion rules out the possibility of TVP3 producing a program for SEI, because "in reality, it would constitute the creation of a channel separate from TV Polonia for a foreign recipient," and this, "in the opinion of the legal advisors, exceeds the rights of TVP under its statute".

---

TVP 3 Regional; 00-054 Warsaw, ul. Jasna 14/16
Tel.: (0..22) 547 62 81, 547 63 81; fax (0..22)547 43 38; www.tvp.pl/regionalna3

[illegible date stamp]     [date stamp:] Rec'd - Secretariat of the Broadcasting Center TVP: 2002-09-26, 453/401-80/02

TP 4000248

09/26 '02 15:28 FAX 48 22 5478375   Office of the Board TVP S.A.   48 22 5478375 [illegible]

From that time on, respecting the principle that the contacts with Mr. XXXXXX are through the management of TV Polonia, I have not had any further conversations with the firm Spanski Enterprises Inc.

5. On September 9th of this year, Mr. XXXXXX renewed his suggestion of May 22 that TVP3 Regional could make the necessary modifications and prepare a program ready for broadcast in the USA. For the time being, I have not given any answer in this matter.

From my own point of view, I see a need to introduce the program of TVP3 Regional as part of Telewizja Polska's offerings directed at a foreign audience because of the great interest in our program among the Polonia and Poles abroad.

Sincerely,

XXXXXXXXXX

CC:
Mr. XXXXXXXX – Member, Board of Directors, TVP S.A.
Mr. XXXXXXXXX – Director General, TVP S.A.

TP 4000249