# EXHIBIT B

B.W.M. i H.



**TELEWIZJA POLSKA**

**Site navigation**

● ● ● ● ● ● ● ● ● ● ● ● ● ●

**Languages:**

● Polish

SEARCH

ADVANCED SEARCH
LOG IN REGISTER

PRODUCTS:
(0)

DOCUMENTS:
(0)

Case 1:07-cv-00930-GEL-GWG   Document 32-3   Filed 07/19/07   Page 3 of 25

- CONTACT US
- 

Home Page > Signal Distribution > Contact >

- **INDEX**
- **LINKS**
- **SERVICE MAP**
- **FAQ**
- **About us**
- **Offer**
- **TVP in Poland and world-wide**
- **Contact**
- **RSS channels**

**ARTICLE**

# CONTACTS

**The head of Department: Dr. Krzysztof Sztandera**

B.W.M. i H.

e-mail: krzysztof.sztandera@waw.tvp.pl

ph.: + 48 22 547-75-21

fax: + 48 22 547-77-97

Marek Jamiński

Technical Adviser

e-mail: marek.jaminski@waw.tvp.pl

tel. 48 22 547 60 69
fax:48 22 547 77 97

Jerzy Romański

Domestic and international trade fairs, exhibitions and conferences

e-mail: jerzy.romanski@waw.tvp.pl

tel: 48 22 547 67 08
fax: 48-22 547 77 97

**RETRANSMISSION FOR :**

Krzysztof Sztandera - digital platforms

e-mail: krzysztof.sztandera@waw.tvp.pl
ph.: + 48 22 547-75-21

fax: + 48 22 547-77-97

B.W.M. i H.

Marta Wojciechowska - TV cable networks

e-mail: marta.wojciechowska@waw.tvp.pl

ph.: + 48 22 547-78-50

fax: + 48 22 547-77-97

**RETRANSMISSION FOR ABROAD**

Agnieszka Krakowska - Western Europe (German- speaking countries)

e-mail: agnieszka.krakowska@waw.tvp.pl

ph.:+48 22 547-53-49

fax: + 48 22 547-77-97

Artur Jaworski - Eastern Europe
e-mail: artur.jaworski@waw.tvp.pl, (Russian- and Spanish- speaking countries)

ph.: + 48 22 547-81-36

fax: + 48 22 547-77-97

Joanna Świątkowska - Australia (+ French-speaking countries)

e-mail: joanna.swiatkowska@waw.tvp.pl

ph.: 48 22 547-60-69

http://dystrybucja.tvp.pl/index.php?nid=328&pid=4

B.W.M. i H.

fax: 48 22 547-77-97

Page 5 of 8

7/17/2007

http://dystrybucja.tvp.pl/index.php?nid=328&pid=4

**TRAILERS**

   

**PRODUCTS**

B.W.M. i H.

# MOST POPULAR



## JOHN PAUL II

A spectacular series on Karol Wojtyla and John Paul II shown in historical, social and moral contexts.



## SOLIDARITY, SOLIDARITY, THE

A feature Solidarność, Solidarność (the Solidarity, Solidarity) is being made in order to commemorate the 25th anniversary of the birth of the union.



### SECRETS OF THE VATICAN

This documentary series is the largest in the world production made in the area of the Vatican.



### LIPPY & MESSY and LIPPY & MESSY ABC

Lippy & Messy is educational entertainment which, through amusing and memorable situations, rhymes and songs, teaches children simple words, phrases and structures in English, as well as good pronunciation.



### SAGA ON AN ANCIENT FOREST, THE

The first in Telewizja Polska history series of such a prestigious character, describing still wild nature in Central and Eastern Europe.

B.W.M. i H.

- LEGAL NOTICE
- PRIVACY POLICY
- WEBMASTER

*Telewizja Polska S.A. with the seat in Warsaw at 17, J. P. Woronicza St. registered in the Business Register of the National Court Register kept at the Regional Court for the capital city of Warsaw 13th Business Division of the National Court Register under the number KRS 0000100679 with tax identity number NIP 521-04-12-987 and with initial capital paid in whole in the total of PLN 266 596 500,00*

- TVP 1
- TVP 2
- TVP 3
- TVP KULTURA
- TVP POLONIA
- TVP SPORT
- TVP HISTORIA

B.W.M. i H.



**Site navigation**

●  ●  ●  ●  ●  ●  ●  ●  ●  ●  ●  ●  ●  ●

**Languages:**

● <u>Polish</u>

SEARCH

<u>ADVANCED SEARCH</u>
<u>LOG IN REGISTER</u>

PRODUCTS:
(0)

DOCUMENTS:
(0)

- CONTACT US
-

Home Page >  About the Office >  Contact >

- **INDEX**
- **LINKS**
- **SERVICE MAP**
- **FAQ**
- **About us**
- **Head Office**
- **Our tasks**
- **Where we are**
- **Contact**
- **RSS channels**

## ARTICLE

# CONTACTS

**MANAGEMENT TEAM**

B.W.M. i H.

e-mail: bwz@tvp.pl
ph.: (48-22) 547 8501, (48-22) 547 8515
fax: (48-22) 547 4248

**Maria Nadolna – Deputy Managing Director**

e-mail: bwz@tvp.pl
ph.: (48-22) 547 8501, (48-22) 547 8515
fax: (48-22) 547 4248

INTERNATIONAL CO-PRODUCTIONS

**Agata Pietkiewicz – Deputy Director, International Affairs**

e-mail: bwz@tvp.pl
ph.: (48-22) 547 8501, (48-22) 547 8515
fax: (48-22) 547 4248

DVD SALES

**Maria Nadolna – Deputy Director, Production & Finance**

e-mail: bwz@tvp.pl
ph.: (48-22) 547 8501
fax: (48-22) 547 4248

**INTERNATIONAL SALES**

**Sławomir Cyra – Deputy Director of Programme Acquisitions & Sales**

e-mail: bwz@tvp.pl
ph.: (48-22) 547 8501

B.W.M. i H.

fax: (48-22) 547 4248

**Licensing:**

**Katarzyna Bojarska – Territory manager (Western Europe)**

e-mail: katarzyna.bojarska@waw.tvp.pl
ph.: (48-22) 547 5585
fax: (48-22) 547 4219

**Malgorzata Cup – Territory manager (Asia, Africa, South America, Australia)**

e-mail: malgorzata.cup@waw.tvp.pl; sales@waw.tvp.pl
ph.: (48-22) 547 6139
fax: (48-22) 547 7583

**Michał Wierusz-Kowalski Ph.d. – Territory manager (Central and Eastern Europe)**

e-mail: Michal.Kowalski@waw.tvp.pl
ph.: (48-22) 547 6139
fax: (48-22) 547 7583

**Territory manager (North America)**

e-mail:
ph.: (48-22) 547 xxxx
fax: (48 22) 547 xxxx

**Slawomir Nowotarski – Territory manager (Poland)**

e-mail: slawomir.nowotarski@waw.tvp.pl

http://www.dystrybucja.tvp.pl/?nid=286&pid=4

7/17/2007

B.W.M. i H.

ph.: (48-22) 547 6716
fax: (48-22) 547 4219

## INTERNATIONAL UNIT

**Grażyna Baczyńska - Manager**

e-mail: grazyna.baczynska@waw.tvp.pl
ph.: (48-22) 547 6021
fax: (48-22) 547 4248

## INTERNATIONAL DISTRIBUTION OF THE TVP SIGNAL

**Krzysztof Sztandera - Manager**

e-mail: krzysztof.sztandera@waw.tvp.pl
ph.: (48-22) 547 7521
fax: (48-22) 547 4248

# TRAILERS



Page 6 of 9

B.W.M. i H.



## PRODUCTS



## MOST POPULAR



B.W.M. i H.

### JOHN PAUL II

A spectacular series on Karol Wojtyla and John Paul II shown in historical, social and moral contexts.



### SOLIDARITY, SOLIDARITY, THE

A feature Solidarność, Solidarność (the Solidarity, Solidarity) is being made in order to commemorate the 25th anniversary of the birth of the union.



### SECRETS OF THE VATICAN

This documentary series is the largest in the world production made in the area of the Vatican.



## LIPPY & MESSY and LIPPY & MESSY ABC

Lippy & Messy is educational entertainment which, through amusing and memorable situations, rhymes and songs, teaches children simple words, phrases and structures in English, as well as good pronunciation.



## SAGA ON AN ANCIENT FOREST, THE

The first in Telewizja Polska history series of such a prestigious character, describing still wild nature in Central and Eastern Europe.

- LEGAL NOTICE
- PRIVACY POLICY
- WEBMASTER

*Telewizja Polska S.A. with the seat in Warsaw at 17, J. P. Woronicza St. registered in the Business Register of the National Court Register kept at the Regional Court for the capital city of Warsaw 13th Business Division of the National Court Register under the number KRS 0000100679 with tax identity number NIP 521-04-12-987 and with initial capital paid in whole in the total of PLN 266 596 500,00*

Case 1:07-cv-00930-GEL-GWG   Document 32-3   Filed 07/19/07   Page 18 of 25

B.W.M. i H.

- HISTORIA

Case 1:07-cv-00930-GEL-GWG   Document 32-3   Filed 07/19/07   Page 19 of 25

B.W.M. i H.



**TELEWIZJA POLSKA**

**Site navigation**

• • • • • • • • • • • •

**Languages:**

• Polish

ADVANCED SEARCH
LOG IN REGISTER

SEARCH

PRODUCTS:
(0)

DOCUMENTS:
(0)



http://dystrybucja.tvp.pl/index.php?mid=367&pid=4

7/17/2007

- CONTACT US
- 

Home Page > Sales > Contact >

- **INDEX**
- **LINKS**
- **SERVICE MAP**
- **FAQ**
- **About Us**
- **Tasks of Sales Department**
- **Awards**
- **Catalogue**
- **Forthcoming**
- **Contact**
- **RSS channels**

**ARTICLE**

# CONTACT

**SLAWOMIR CYRA**
**Deputy Director**
Tel.: (48-22) 547 8501
Fax: (48-22) 547 4248
e-mail: bwz@tvp.pl

## INTERNATIONAL SALES

**Licensing:**
**Katarzyna Bojarska – Territory manager (Western Europe)**
e-mail: katarzyna.bojarska@waw.tvp.pl
tel.: (48-22) 547 5585
fax: (48-22) 547 4219

**Malgorzata Cup – Territory manager (Asia, Africa, South America, Australia)**
e-mail: malgorzata.cup@waw.tvp.pl; sales@waw.tvp.pl
tel.: (48-22) 547 6139
fax: (48-22) 547 7583

**Michal Wierusz-Kowalski Ph. D. – Territory manager (Central and Eastern Europe)**
e-mail: Michal.Kowalski@waw.tvp.pl
tel.: (48-22) 547 6139
fax: (48-22) 547 7583

**Territory manager (North America)**
e-mail:
tel.: (48-22) 547 xxxx
fax: (48 22) 547 xxxx

**Slawomir Nowotarski – Territory manager (Poland)**
e-mail: slawomir.nowotarski@waw.tvp.pl
tel.: (48-22) 547 6716
fax: (48-22) 547 4219

# TRAILERS

B.W.M. i H.

**PRODUCTS**

**MOST POPULAR**



B.W.M. i H.



### JOHN PAUL II

A spectacular series on Karol Wojtyła and John Paul II shown in historical, social and moral contexts.



### SOLIDARITY, SOLIDARITY, THE

A feature Solidarność, Solidarność (the Solidarity, Solidarity) is being made in order to commemorate the 25th anniversary of the birth of the union.



## SECRETS OF THE VATICAN

This documentary series is the largest in the world production made in the area of the Vatican.



## LIPPY & MESSY and LIPPY & MESSY ABC

Lippy & Messy is educational entertainment which, through amusing and memorable situations, rhymes and songs, teaches children simple words, phrases and structures in English, as well as good pronunciation.



## SAGA ON AN ANCIENT FOREST, THE

The first in Telewizja Polska history series of such a prestigious character, describing still wild nature in Central and Eastern Europe.

## Poll

Have You ever bought TVP products,services, licences?

○ Yes -often
○ Yes- occasionally
○ No

[Vote]

B.W.M. i H.

- LEGAL NOTICE
- PRIVACY POLICY
- WEBMASTER

*Telewizja Polska S.A. with the seat in Warsaw at 17. J. P. Woronicza St. registered in the Business Register of the National Court Register kept at the Regional Court for the capital city of Warsaw 13th Business Division of the National Court Register under the number KRS 0000100679 with tax identity number NIP 521-04-12-987 and with initial capital paid in whole in the total of PLN 266 596 500,00*

- **TVP 1**
- **TVP 2**
- **TVP 3**
- **TVP KULTURA**
- **TVP POLONIA**
- **TVP SPORT**
- **TVP HISTORIA**