UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SPANSKI ENTERPRISES, INC. and                                :
POLTEL INTERNATIONAL L.L.C.,                                 :
                                                             :
    Plaintiffs,                                             :
                                                             :
        -against-                                          :
                                                             :
TELEWIZJA POLSKA, S.A., ANNA                                 :
MILEWSKA, KRZYSZTOF SZTANDERA,                               
MARCIN BOCHENEK, JOHN DOES 1-10,          :       07 CIV 930 (GEL)

    Defendants and Counterclaim Plaintiffs,   :       **AFFIRMATION OF**
                                                          **JAMES DAVID JACOBS**
        -against-

SPANSKI ENTERPRISES, INC., POLTEL
INTERNATIONAL L.L.C., TELEWIZJA
POLSKA U.S.A. INC., TELEWIZJA
POLSKA CANADA INC. and BOGUSLAW
M. SPANSKI,

    Counterclaim Defendants.
------------------------------------------------------------ X

      JAMES DAVID JACOBS, an attorney duly admitted to practice law before the U.S. District Court for the Southern District of New York, hereby affirms under the penalty of perjury:

      1.    I am a principal with the firm of Baker & McKenzie LLP, counsel to Defendant and Counterclaim Plaintiff Telewizja Polska, S.A. ("TVP") in this action.

      2.    Annexed hereto as Exhibit A is a true and correct copy of TVP's Amended Answer with Counterclaims, dated April 9, 2007.

      3.    Annexed hereto as Exhibit B is a true and correct copy of plaintiffs' Complaint, dated February 8, 2007.

4.   Annexed hereto as Exhibit C is a true and correct copy of an electronic mail message from Christian Carbone, counsel for plaintiffs and counterclaim defendants, to James David Jacobs, counsel for defendants and counterclaim plaintiffs, dated July 5, 2007.

5.   Annexed hereto as Exhibit D is a true and correct copy of an electronic mail message from Christian Carbone, counsel for plaintiffs and counterclaim defendants, to James David Jacobs, counsel for defendants and counterclaim plaintiffs, dated March 16, 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2007.

_____
James David Jacobs