UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SPANSKI ENTERPRISES, INC. and
POLTEL INTERNATIONAL L.L.C.,            :

        Plaintiffs,            :

  -against-            :

TELEWIZJA POLSKA, S.A., ANNA            :    07 CIV 930 (GEL)
MILEWSKA, KRZYSZTOF SZTANDERA,
MARCIN BOCHENEK, JOHN DOES 1-10,            :    **ORDER FOR THE ISSUANCE OF LETTER OF REQUEST**

        Defendants,            :

TELEWIZJA POLSKA U.S.A. INC.,            :
TELEWIZJA POLSKA CANADA INC. and
BOGUSLAW M. SPANSKI,            :

        Third Party Defendants.            :
-------------------------------------------------------------X

        Upon filing and reading the attached declaration of Christian D. Carbone, dated July 1, 2007, and it appearing that the testimony of Marcin Bochenek, Bronislaw Borkowski, Adam Brodziak, Anna Milewska, Jaroslaw Pachowski and Krzysztof Sztandera, all residents of Poland, as witnesses is material and necessary to the issues and claims raised in this action and that the testimony of a witness located within the United States of America may be taken by parties pursuant to a subpoena issued by the Clerk of the Court,

        NOW, upon the motion of plaintiffs Spanski Enterprises, Inc. and Poltel International L.L.C. for an order pursuant to Federal Rule of Civil Procedure 28(b) directing issuance of a letter of request for the taking of the deposition upon oral examination of Marcin Bochenek, Bronislaw Borkowski, Adam Brodziak, Anna Milewska, Jaroslaw Pachowski and Krzysztof Sztandera, it is hereby ordered as follows:

NY395852.1

1. The Clerk of this Court shall issue a letter of request for the taking of the deposition upon oral examination of each of the following witnesses in this action: Marcin Bochenek, Bronislaw Borkowski, Adam Brodziak, Anna Milewska, Jaroslaw Pachowski and Krzysztof Sztandera.

2. The appropriate judicial authority in Poland is hereby authorized to take and record the depositions of Marcin Bochenek, Bronislaw Borkowski, Adam Brodziak, Anna Milewska, Jaroslaw Pachowski and Krzysztof Sztandera and shall have the power by virtue of the letters of request to administer any necessary oaths and to take and record the testimony.

3. Plaintiffs are authorized to transmit the letter of request on behalf of this Court to the appropriate judicial authority in Poland.

SO ORDERED.

Dated: New York, New York
July 16, 2007

_____
United States Magistrate Judge

Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York

NY655415.1

2