UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

SPANSKI ENTERPRISES, INC.,                          :
POLTEL INTERNATIONAL L.L.C.,

                                                    :    ORDER
             Plaintiffs,                                 07 Civ. 930 (GEL) (GWG)

                                                    :

      -v.-
                                                    :

                                                    :

TELEWIZJA POLSKA S.A., ANNA MILEWSKA,
KRZYSZTOF SZTANDERA, MARCIN                         :
BOCHENEK et al.,
             Defendants.                            :

---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      For the reasons stated today on the record, the motion to compel the production of
information that has been redacted from defendant Telewizja Polska S.A.'s document production
(Docket #30) is granted.

      The undredacted materials shall be produced on or before August 7, 2007.   These
portions of the documents will be subject to the protective order already signed by the parties in
this matter and shall be used only for purposes of this litigation.

      Any failure to comply with this order will result in sanctions, but such sanctions shall not
include contempt.

      SO ORDERED.

Dated: July 27, 2007
       New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge