UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                        :

SPANSKI ENTERPRISES, INC. and
POLTEL INTERNATIONAL L.L.C.,           :

    Plaintiffs,                                          :

       -against-                               :

TELEWIZJA POLSKA, S.A., ANNA       :
MILEWSKA, KRZYSZTOF SZTANDERA,
MARCIN BOCHENEK, JOHN DOES 1-10,  :     07 CIV 930 (GEL)

    Defendants and Counterclaim Plaintiffs,  :     AFFIRMATION OF
                                                             VASILIS F.L. PAPPAS

       -against-                               :

SPANSKI ENTERPRISES, INC., POLTEL
INTERNATIONAL L.L.C., TELEWIZJA
POLSKA U.S.A. INC., TELEWIZJA
POLSKA CANADA INC. and BOGUSLAW
M. SPANSKI,

    Counterclaim Defendants.
-------------------------------------------------------- X

       VASILIS F.L. PAPPAS, an attorney duly admitted to practice law before the U.S. District Court for the Southern District of New York, hereby affirms under the penalty of perjury:

       1.    I am associated with the firm of Baker & McKenzie LLP, counsel to Defendant and Counterclaim Plaintiff Telewizja Polska, S.A. ("TVP") in this action.

       2.    Annexed hereto as Exhibit 1 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises, Inc. dated December 14, 1994.

       3.    Annexed hereto as Exhibit 2 is a true and correct copy of an agreement

between Spanski Enterprises Inc. and Poltel International L.L.C dated March 7, 1995.

4. Annexed hereto as Exhibit 3 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises Inc. dated November 4, 1999.

5. Annexed hereto as Exhibit 4 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises Inc. dated April 29, 2002.

6. Annexed hereto as Exhibit 5 is a true and correct copy of an agreement between Poltel International L.L.C. and Telewizja Polska U.S.A. Inc. dated March 14, 1995.

7. Annexed hereto as Exhibit 6 is a true and correct copy of an agreement between Poltel International L.L.C. and Telewizja Polska Canada Inc. dated March 14, 1995.

8. Annexed hereto as Exhibit 7 is a true and correct copy of an agreement between Spanski Enterprises Inc. and Telewizja Polska USA Inc. dated July 17, 1999.

9. Annexed hereto as Exhibit 8 is a true and correct copy of an agreement between Spanski Enterprises Inc. and Telewizja Polska Canada Inc. dated July 27, 1999.

10. Annexed hereto as Exhibit 9 is a true and correct copy of an agreement between Spanski Enterprises Inc. and EuroVu S.A. dated April 30, 2002.

11. Annexed hereto as Exhibit 10 is the Complaint filed by Spanski Enterprises Inc. and Poltel International L.L.C. dated February 8, 2007.

12. Annexed hereto as Exhibit 11 is an Opinion and Order entered by this Court on April 23, 2007.

13.     Annexed hereto as Exhibit 12 is the Answer with Affirmative Defenses filed by Telewizja Polska, S.A., Anna Milewska, Krysztof Sztandera, and Marcin Bochenek on March 19, 2007.

14.     Annexed hereto as Exhibit 13 is Telewizja Polska S.A.'s Amended Answer with Counterclaims and Third Party Claims filed on April 9, 2007.

15.     Annexed hereto as Exhibit 14 is an e-mail from Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, to Vasilis F.L. Pappas, counsel to Telewizja Polska, S.A., dated July 25, 2007.

16.     Annexed hereto as Exhibit 15 is an e-mail from Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, to James D. Jacobs and Vasilis F.L. Pappas, counsel to Telewizja Polska, S.A., dated July 25, 2007.

17.     Annexed hereto as Exhibit 16 is an e-mail from Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, to James D. Jacobs, counsel to Telewizja Polska, S.A., dated July 30, 2007.

18.     Annexed hereto as Exhibit 17 is an e-mail from Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, to James D. Jacobs, counsel to Telewizja Polska, S.A., dated July 31, 2007.

19.     Annexed hereto as Exhibit 18 is an e-mail from James D. Jacobs, counsel to Telewizja Polska, S.A., to Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel

International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, dated July 25, 2007.

20. Annexed hereto as Exhibit 19 is letter from James D. Jacobs, counsel to Telewizja Polska, S.A., to Jonathan Zavin, counsel for Spanski Enterprises, Inc., Poltel International L.L.C., Telewizja Polska USA Inc., Telewizja Polska Canada Inc., and Boguslaw M. Spanski, dated August 3, 2007.

21. Annexed hereto as Exhibit 20 is Telewizja Polska S.A.'s proposed Seconded Answer with Counterclaims.

22. Annexed hereto as Exhibit 21 is an English translation and Polish original of a letter from Aleksandra Zieleniewska of CEC Government Relations to Robert Rynkun-Werner of Telewizja Polska S.A. dated July 17, 2007.

23. Annexed hereto as Exhibit 22 is a Notice of Rule 30(b)(6) Deposition dated August 27, 2007.

24. Annexed hereto as Exhibit 23 is a Notice of Rule 30(b)(6) Deposition dated August 27, 2007.

25. Annexed hereto as Exhibit 24 is a Notice of Rule 30(b)(6) Deposition dated August 27, 2007.

26. Annexed hereto as Exhibit 25 is a Notice of Rule 30(b)(1) Deposition dated August 28, 2007.

27. Annexed hereto as Exhibit 26 is a document comparing Telewizja Polska S.A.'s Amended Answer with Counterclaims dated April 9, 2007 and Telewizja Polska's proposed Second Amended Answer with Counterclaims.

- 5 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 12, 2007.

                                            /s/ Vasilis F.L. Pappas
                                              Vasilis F.L. Pappas