UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPANSKI ENTERPRISES, INC. and POLTEL
INTERNATIONAL L.L.C.,

    Plaintiffs,

       -against-

TELEWIZJA POLSKA S.A.,

Defendant and Counterclaim Plaintiff,

       -against-

SPANSKI ENTERPRISES, INC., POLTEL
INTERNATIONAL L.L.C., TELEWIZJA
POLSKA U.S.A. INC., TELEWIZJA
POLSKA CANADA INC., BOGUSLAW M.
SPANSKI, and EUROVU, S.A.,

    Counterclaim Defendants.

------------------------------------------------------------X

07 CIV 930 (GEL)

**DECLARATION OF STEVEN SKULNIK**

    Steven Skulnik declares under the penalty of perjury as follows:

    1.    I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P., attorneys for Telewizja Polska, S.A.

    2.    I submit this declaration in support of TVP's Motion for Partial Summary Judgment.

    3.    Annexed hereto as Exhibit 1 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises Inc. dated December 14, 1994.

4. Annexed hereto as Exhibit 2 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises Inc. dated November 4, 1999.

5. Annexed hereto as Exhibit 3 is a true and correct copy of a certified English translation and Polish original of an agreement between Telewizja Polska, S.A. and Spanski Enterprises Inc. dated April 29, 2002.

6. Annexed hereto as Exhibit 4 is the Complaint filed by Spanski Enterprises Inc. and Poltel International L.L.C. dated February 8, 2007.

7. Annexed hereto as Exhibit 5 is the Declaration of Boguslaw Spanski dated April 2, 2007 (without exhibits).

8. Annexed hereto as Exhibit 6 is the Stipulation and Order dated September 17, 2007.

9. Annexed hereto as Exhibit 7 is the Stipulation and Order dated January 2, 2008.

10. Annexed hereto as Exhibit 8 is Telewizja Polska, S.A.'s Second Amended Answer with Counterclaims dated January 4, 2008.

11. Annexed hereto as Exhibit 9 are the cited excerpts from the deposition of Boguslaw Spanski, taken on April 17, 2008 and April 18, 2008.

12. Annexed hereto as Exhibit 10 are the cited excerpts from the deposition of Piotr Dmochowski-Lipski, taken on October 26, 2007.

Executed on July 22, 2008 in New York, New York.

_____
STEVEN SKULNIK