

**EXHIBIT 7**



Egzemplarz nr

**PROJEKT**

Tylko do użytku służbowego

# PROTOKÓŁ KONTROLI DORAŹNEJ

nadzoru sprawowanego przez kierownictwo TVP S.A. nad realizacją umowy z dnia 14 grudnia 1994r. na kolportaż programu TV Polonia w USA i Kanadzie

przeprowadzanej na polecenie Prezesa Zarządu TVP - Roberta Kwiatkowskiego z dnia 14 grudnia 1998r.

Kontrolę przeprowadzili w okresie - 15.12.98 - 01.02.99r.:
- specjalista Biura Kontroli TVP S.A. -      Mariusz Borowiec      (E - 25 187) na podstawie upoważnienia Nr 48/1/98
- główny specjalista Biura Kontroli TVP S.A. -   Janusz Grabowski,    (E - 26 339) na podstawie upoważnienia Nr 48/2/98
- główny specjalista Biura Kontroli TVP S.A. -   Tomasz Pałaszewski, (E - 26 349) na podstawie upoważnienia Nr 48/98 - kierujący zespołem

Kontrolą objęto:
      okres:            od 1 września 1994 r. do 31 grudnia 1998 r.
            jednostki organizacyjne:   Biuro Współpracy z Zagranicą (wcześniej Biuro Handlu i Współpracy z Zagranicą);
                        Program Satelitarny TV Polonia

W kontrolowanym okresie:
- funkcję Dyrektora Funkcję Dyrektora Biura Handlu i Współpracy z Zagranicą, a następnie Biura Współpracy z Zagranicą TVP S.A. pełni p. Jerzy Romański;
- funkcję Zastępcy Dyrektora Biura Handlu i Współpracy z Zagranicą, a następnie Biura Współpracy z Zagranicą pełni p. Marta Suchodolska - Bruszewska;
- funkcję Dyrektora Programu Satelitarnego TV Polonia pełni p. Leszek Wasiuta;
- funkcję Zastępcy Dyrektora Programu Satelitarnego TV Polonia pełnił p. Robert Terentiew;
- funkcję Zastępcy Dyrektora ds. ekonomicznych Programu Satelitarnego TV Polonia pełni p. Marek Kraśnicki;

Zakres tematyczny kontroli:

1. Realizacja umowy,
2. Nadzór Zarządu TVP S.A.,
3. Nadzór Biura Handlu i Współpracy z Zagranicą i Biura Współpracy z Zagranicą,
4. Nadzór Programu Satelitarnego TV Polonia.

W toku kontroli ustalono, co następuje:

I

Egzemplarz nr

## Realizacja umowy

### 1. Elementy prawno - finansowe

#### Podmioty prawne umowy

§8 umowy stwierdza:
*„....SEI oświadcza...że ...założy korporację...na którą przeleje wszelkie prawa, zobowiązania i wierzytelności wynikające z niniejszej umowy...".*

W dniu 17 lutego 1995r. p.B.M.Spanski założył Firmę „Poltel International" L.L.C.,(własność „Pomian Trust" i p.B.M.Spanskiego) której umową cesji z dnia 07 marca 1995r., za sumę 1 dolara, przekazał *„swoje wszystkie prawa, tytuły i udział w ramach umowy i do umowy"*, zaś firma „Poltel International" wyraziła zgodę na *"...zrekompensowanie strat i zwolnienie Cedenta od jakiejkolwiek wszelkiej odpowiedzialności, na jaką niżej podpisani mogą zostać narażeni w ramach umowy... "*(zał.10)

Jak poinformował p.B.M.Spanski firma „Poltel International" nie posiada żadnego majątku, a nawet konta bankowego i służy jedynie do uniknięcia przez p.B.M.Spanskiego jakichkolwiek procesów sądowych.

W dniu 14 marca 1995r. umową licencyjną (zał.10),„Poltel International" udzielił Telewizji Polskiej USA Inc(własność SEI) prawa *„....do używania wyżej wyszczególnionego programu telewizyjnego na terenie USA...". „Licencja nie daje..prawa do...telewizyjnego nadawania filmów, które mogą być odbierane jedynie przez osoby wnoszące za to ...opłatę, lub w miejscach, gdzie pobierana jest taka opłata...", „...Licencjobiorca będzie wywiązywał się ze wszystkich niefinansowych zobowiązań Licencjonodawcy w ramach umowy Nadrzędnej..."*

W dniu 14 marca zawarto również analogiczną umowę (zał.10) pomiędzy „Poltel International" a Telewizją Polską Canada Inc.(własność SEI) obejmującą obszar Kanady.

W dniu 10.03.95 Prezes TVP S.A. W.Walendziak i członek Zarządu TVP S.A. A.Brodziak podpisali „Oświadczenie" (zał.6) o posiadaniu przez firmę Telewizja Polska Canada Inc. wyłącznego prawa do odbioru i rozpowszechniania na terenie Kanady programu satelitarnego Telewizji Polskiej S.A. o nazwie TV Polonia.

W dniu 21.07.95 p.J.Borowski - zastępca Dyrektora Biura Prawno - Organizacyjnego poinformował p.J.Romańskiego - Dyrektora BHiWzZ, iż p.B.M.Spanski wypełnił ciążący na nim , zgodnie z umowa z dnia 14.12.94, obowiązek założenia korporacji do emisji programu TV Polonia.(zał.63)

Ocena:

2

Egzemplarz nr

Kontrolujący są zdania, iż w umowie brak precyzyjnego określenia podmiotów prawnych ponoszących odpowiedzialność za realizację umowy ze strony SEI. Biuro Prawno - Organizacyjne (bądź też zewnętrzna Kancelaria Prawna) powinno jeszcze raz przeanalizować, czy odpowiednikiem „Korporacji" z umowy z dnia 14.12.94r. nie jest firma „Poltel International", biorąc pod uwagę, iż umowa pomiędzy „Poltel..." a TP USA Inc. oraz TP Canada Inc. jest umową licencyjną i przekazującą tylko część praw do rozpowszechniania sygnału TV Polonia posiadanych przez „Poltel..". Ewentualna opinia wskazująca na „Poltel.." jako umowną „Korporację", stwarza sytuację groźną dla powodzenia projektu retransmisji sygnału TV Polonia na teren Ameryki Płn., ale też daje argumenty do nakłonienia p. B.M.Spanskiego do renegocjacji umowy.

<u>Opłaty</u>

Na podstawie §6 umowy (zał.3) z dnia 14.12.94r. SEI zobowiązane jest do odprowadzania na rzecz TVP S.A. 8% przychodów uzyskanych w danym kwartale z tytułu:
     a) stałych opłat subskrybentów Programu;
     b) emisji reklam w ramach Programu;
    oraz przekazywania informacji o wysokości swych kwartalnych przychodów w ciągu 60 dni po zakończeniu każdego kwartału.

Na podstawie §7, SEI zobowiązane jest w ciągu 60 dni po zakończeniu danego kwartału przekazywać sprawozdania finansowe oraz pisemną informację dotyczącą liczby subskrybentów i zasięgu emisji Programu.

Do dnia 31 grudnia 1998r. TP Canada nie złożyła żadnego sprawozdania finansowego.

Przychody TP USA Inc. od początku funkcjonowania umowy, według informacji przekazanych przez TP USA Inc., przedstawiały się następująco (kwoty w USD):

|  |  |
|---|---|
| 1995 - | 10.996,00 USD |
| 1996 - | 146.228,90 USD |
| 1997 - | 153.112,00 USD |
| II kw.1998 - | 5.917,00 USD |
| II kw. 1998 - | 9.207,75 USD |

z tego TVP S.A. otrzymała:

|  |  |
|---|---|
| 1995 - | 879,68 USD |
| 1996 - | 11.703,01 USD |
| 1997 - | 12.248,96 USD |
| II kw. 1998 - | 473,36 USD |
| III kw. 1998 - | 736,62 USD |

Dopiero ostatnie sprawozdanie za III kwartał 1998r. (zał.73) zawierało dane, do których przekazywania TP USA Inc. jest zobowiązana §7 umowy, tj .informacji o ilości subskrybentów (na dzień 21.09.98 - 2479) i zasięgu Programu. Wcześniej dane te były podawane jako dopiero planowane, bądź niemożliwe do ustalenia z przyczyn jak wyżej.

Ocena:

3

TP 7005849

Egzemplarz nr

Zdaniem kontrolujących strategia działań kierownictwa TP USA Inc. od początku funkcjonowania umowy polegała na:

■ retransmisji sygnału TV Polonia przez satelitę na teren USA i sprzedaż zestawów do odbioru sygnału satelitarnego umożliwiającego odbiór TV Polonia. Od tych przychodów TP USA jest zobowiązane odprowadzać 8% na rzecz TVP S.A.; (Wynegocjowaną wysokość opłat na rzecz TVP S.A. należy uznać za dobrą.)

■ w początkowym okresie, w celu uniknięcia opłat na rzecz TVP S.A., w cenę zestawu do odbioru sygnału satelitarnego TV Polonia wliczano 12-miesięczny abonament, co kwalifikowano jako wpływ ze sprzedaży urządzenia, a więc nie podlegający rozliczeniu z TVP S.A.

## 2. Rozpowszechnianie

Program

§1 umowy stwierdza;

„...."Program" - oznacza polskojęzyczny program telewizyjny stworzony przez SEI i emitowany na Terytorium...".

§3 umowy stwierdza:

„....Program składać się będzie z Audycji TV Polonia oraz - w miarę możliwości - z Audycji produkowanych na Terytorium i z reklam...",

„.....TVP wyraża zgodę na przygotowywanie przez SEI Programu zgodnie z przyjętymi na Terytorium normami obyczajowymi i zwyczajami..."

W ocenie kontrolujących daje to możliwość ingerencji w retransmitowany program TV Polonia nie tylko w postaci reklam (o nielimitowanym umową czasie), ale także w postaci własnych bądź cudzych programów tv (np. na podstawie sponsoringu). W zebranej dokumentacji brak jest informacji o ilości ingerencji w Program TV Polonia poza reklamami, które zostały sprzedane w:

III kw. 1996 - na kwotę 34.073,90- USD;
IV kw. 1996 - na kwotę 17.000,00-
I kw. 1997 - na kwotę 14.572,67-
II kw. 1997 - na kwotę 14.868,23-
III kw. 1997 - na kwotę 12.908,00-
IV kw. 1997 - na kwotę  3.772,50-
II kw. 1998 - na kwotę  1.500,00-
III kw. 1998 - na kwotę  4.462,00-.

co przy uwzględnieniu informacji p.B.M.Spanskiego, przekazanej na posiedzeniu Rady Nadzorczej TP USA Inc. w dniu 22.11.98, iż cena 30'' reklamy wynosi ok.100 USD odpowiada czasowi od 5 sek. do 1 min 55 sek. reklam dziennie.

Ocena:

4

Egzemplarz nr

Założeniem negocjatorów umowy było stworzenie warunków do powstawania w ramach retransmitowanego programu TV Polonia lokalnych audycji, tworzonych przez SEI które uczyniłyby program bardziej aktualnym. Umowa stwarza jednak możliwość ingerencji w układ programu TV Polonia, a TVP S.A. nie posiada narzędzi do regulowania zawartości retransmitowanego programu TV Polonia, co w obecnej chwili skutkuje brakiem „amerykańskich" akcentów, zaś w przyszłości, teoretycznie może być przyczyną zbyt dużych ingerencji w program.

### Misja Publiczna

W dniu 13.07.95 na posiedzeniu Zarządu TVP S.A. p.Adam Wójcik - Dyrektor Biura Prawno - Organizacyjnego zwrócił uwagę, iż umowa ze „Spanski..." blokuje przekazywanie programów informacyjnych innym stacjom polonijnym.(zał.11)

W dniu 14.07.95 p.J.Romański - Dyrektor BHiWzZ poinformował pisemnie (zał12.) p.Andrzeja Kościelniaka - asystenta Członka Zarządu TVP S.A. o stanie realizacji umowy ze „Spanski...", a m.in.:

- inauguracja emisji planowana jest na dzień 05.09.95 w Ambasadzie RP w Waszyngtonie
- ilość „zdeklarowanych subskrybentów" będzie znana pod koniec sierpnia 1995 r.

W dniu 28.09.95r. p.B.M..Spanski przesłał do Zarządu TVP S.A. list (zał.16), w którym informuje o rozpowszechnianiu sygnału TV Polonia przez:

- satelitę - potencjalny odbiór 300.000 osób - przekaz bezpłatny,
- od 1 października w sieci kablowej „Prime Cable" - potencjalny odbiór 475.000 abonentów.

W dniu 14.11.95r. p.K.Kamyszew - Dyrektor Generalny TP USA Inc. przesłał do Prezesa TVP S.A. p.W.Walendziaka raport (zał.18) o rozwoju TV Polonia w USA, informując, iż pełny rozruch retransmisji sygnału TV Polonia nastąpi w czerwcu 1996, zaś na koniec roku 1996 ilość „zarejestrowanych odbiorców" wyniesie 250.000.

W dniu 26.01.96 na posiedzeniu Zarządu TVP S.A. p. B.Borkowski - członek Zarządu poinformował o wpłynięciu pisemnego oświadczenia p.B.M.Spanskiego o wykonaniu zobowiązań wynikających z umowy z dnia 14.12.95 r. uzyskania w 1995 r. ok.50 tys .*"zdeklarowanych subskrybentów"*. Zarząd zaakceptował oświadczenie.(zał.19)

W dniu 05.02.96r. Prezes TVP S.A. p.W.Walendziak wysłał do p.B.M.Spanskiego list (zał.20)z informacją, iż Zarząd zaakceptował wypełnienie przez TP Canada i TP USA Inc. obowiązku pozyskania 50 tys. *„zdeklarowanych subskrybentów"*.

W dniu 3 czerwca 1996 p.K.D.Kamyszew - Dyrektor Generalny TP USA Inc. przesłał do Zarządu TVP S.A. „Raport kwartalny Dyrektora Generalnego TVP USA #2/96"(zał.22) informując, iż TV Polonia jest osiągalna:

- przez satelitę,
- bezpłatne programy telewizji kablowej w aglomeracjach o dużym skupisku Polaków (Chicago),
- pilotażowo w 136 sieciach kablowych i satelitarnych na terenie USA.

5

TP 7005851

Egzemplarz nr

- lista odbiorców TV Polonia obejmuje 59.000 nazwisk,
- celem podejmowanych działań jest osiągnięcie w pierwszym roku nadawania w sieciach DBS 50.000 płatnych abonentów;

W dniu 20 grudnia 1996r. p.B.M.Spanski przekazał listownie (zał.30) Prezesowi TVP S.A. p.R.Miazkowi informację o rozpoczęciu od dnia 01.01.97 retransmisji TV Polonia poprzez satelitę Orion Atlantic.

W dniu 27 marca 1997 p.B.M.Spanski poinformował pisemnie (zał.36) Prezesa TVP S.A. p.R.Miazka, iż z dniem 25.03.97 rozpoczęto emisję TV Polonia w systemie DBS na terenie Ameryki Płn. oraz o oferowanych zestawach do odbioru TV Polonia (w cenie abonament TV Polonia przez 12 miesięcy za darmo);

Zaproszony na posiedzenie Zarządu TVP S.A. w dniu 06.05.97 p.B.M.Spanski poinformował:
- od momentu inauguracji emisji TV Polonia na terenie USA program był dostępny z satelity Panamsat (drogi sprzęt do odbioru);
- od 25.03.97 TV Polonia dostępna jest 24 godziny na dobę w systemie DBS, (zał.37)

W dniu 8 stycznia 1998r. Ambasador RP w USA p.J.Koźminski przesłał do Polski „Claris" (zał.39) zaadresowany m.in. do Prezesa TVP S.A. R.Miazka oraz Dyrektorów L.Wasiuty z TV Polonia oraz Dyr.J.Romańskiego z BWzZ informując, iż w związku z podwyżką opłat za retransmisję „Wiadomości TVP" wstrzymane zostało ich nadawanie przez Telewizję WNVC. Ambasador Koźmiński negatywnie ocenił działalność TP USA Inc., która nie wykazuje dobrej woli osiągnięcia kompromisu z WNVC i nie jest - zdaniem ambasadora - zainteresowana, ze względu na dystrybucję zestawów do odbioru TV satelitarnej, w udostępnianiu programu TV Polonia sieciom kablowym.

W dniu 13 stycznia 1998r. p.B.M.Spanski w liście (zał.40) do Prezesa TVP S.A. p.R.Miazka ustosunkował się do informacji podanych przez Ambasadora RP w Waszyngtonie, informując m.in., iż nie jest możliwe rozpowszechnianie TV Polonia w sieciach kablowych w wymiarze 24 godzinnym oraz, iż kontrakt WNVC wygasł 31.10.97., zaś koszty miesięczne retransmisji TV Polonia na terenie USA wynoszą 300,000 USD;

W dniu 05.03.98r Prezes TVP S.A. Ryszard Miazek wystosował do p.B.M.Spanskiego poufne pismo (zał.44), w którym stwierdza , iż w związku z zaprzestaniem z dniem 5 lutego 1998r emisji TV Polonia w systemie DBS, TVP S.A. uważa takie działanie za istotne naruszenie postanowień umowy oraz, iż czyni ją to bezskuteczną, a także wezwał do usunięcia tego naruszenia w terminie 90 dni.

Na posiedzeniu Zarządu TVP S.A w dniu 19 marca 1998r.., zaproszony na nie p., B.M.Spanski poinformował (zał.46) m.in.:
- zawieszono emisję w systemie DBS, co objęło 481 abonentów.
- Niemożliwe jest określenie dokładnej ilości odbiorców, gdyż sygnał z jednego z satelitów jest niekodowany
- ze względów technicznych niemożliwe jest emitowanie TV Polonia przez 24 godziny;

6

TP 7005852

Egzemplarz nr

16.04.98 Dyrektor Sprzedaży Satelitarnej Orion Network System wydał oświadczenie (zał.74), iż program TV Polonia transmitowany jest 24 godziny na dobę, 7 dni w tygodniu w systemie niekodowanym z satelity Orion I.

W dniu 30.05.98r. p.B.M.Spanski poinformował Prezesa TVP S.A. o rozpoczęciu nadawania TV Polonia w systemie DBS Echo Star.(zał.50);

Na posiedzeniu Zarządu TVP S.A. w dniu 04.06.98 p.J.Romański złożył sprawozdanie z przebiegu posiedzenia Rady Nadzorczej TP USA Inc. w dniu 25 maja 1998, informując m.in., iż TP Canada Inc. rozpocznie działalność przed końcem 1998 r. i pierwsze przychody z działalności odnotuje w roku przyszłym. Zarząd przyjął sprawozdanie z posiedzenia Rady Nadzorczej TP USA Inc.(zał.51)

W dniu 5 listopada 1998r. p.B.M.Spanski przesłał p.J.Romańskiemu informację o rozwoju i stanie obecnym TP USA Inc. Pan B.M.Spanski wymienia wszystkie satelity oraz sieci kablowe, w których był od 1995r. bądź jest obecny w chwili obecnej., w różnych wymiarach czasowych program TV Polonia, podając do ilu domów dana sieć dociera. Nie ma w sprawozdaniu informacji z jakich źródeł pochodzili subskrybenci, których opłaty składały się na podawane, do III kwartału b.r., przez B.M.Spanskiego kwoty wpływów. Obecnie jedynie odbiorcy sygnału z satelity Echo Star  (na dzień 21.09.98 w ilości 2.479) stanowią zidentyfikowaną grupę odbiorców TV Polonia.(zał.75);

Ocena:

Podjęcie w 1994 r. działań zmierzających do rozpowszechniania programu TV Polonia na terenie Ameryki Płn. było słuszne i podyktowane chęcią wypełniania ustawowych zadań telewizji publicznej.

Oddanie wyłączności, bez dodatkowych zabezpieczeń, na retransmisję sygnału na teren USA i niemożność kontroli tego może ograniczać wzrost ilości subskrybentów, co może skutkować nieprawidłowym wypełnianiem misji telewizji publicznej.

Umowa jest nieprecyzyjna w §5 gdy stwierdza: „....SEI zobowiązuje się do uzyskania 25.000 zdeklarowanych subskrybentów przed rozpoczęciem emisji Programu", nie daje również możliwości przeprowadzenia kontroli rozpowszechniania sygnału TV Polonia o ile nie wiąże się to z wpływami finansowymi.

Zdaniem kontrolujących, porównując z analogicznymi działaniami telewizji niemieckiej i japońskiej, w zakładanych planach rozwoju przedsięwzięcia nastąpiło przeszacowanie pojemności rynku odbiorców. Wymienione telewizje po 10 latach funkcjonowania na rynku USA zgromadziły ok. 40.000 subskrybentów.

## Nadzór Zarządu TVP S.A.

1. Umocowania Organizacyjno - Prawne

A) Statut Spółki

7

TP 7005853

Egzemplarz nr

§ 14:
*„Do składania oświadczeń i podpisywania w imieniu spółki upoważniony jest:*
*a/ Prezes Zarządu samodzielnie,*
*b/ dwóch członków Zarządu łącznie".*

B) <u>Regulamin Zarządu Spółki:</u>
§27
*„ 1. Zarząd ponosi odpowiedzialność za funkcjonowanie Spółki zgodnie z przepisami*
*prawa i uchwałami władz Spółki...."*

C) <u>nadzór członków Zarządu nad jednostkami organizacyjnymi Spółki:</u>

⦿ nadzór nad Programem Satelitarnym TV Polonia sprawowali;
| | |
|---|---|
| od 31 grudnia 1993r. | - Członek Zarządu p.Stanisław Nowak, |
| od 25 kwietnia 1996r. | - Członek Zarządu p.Janusz Daszczyński, |
| od 3 lutego 1998r. | - Członek Zarządu p.Andrzej Kwiatkowski; |
| od 1 lipca 1998r. | - Prezes Zarządu p.Robert Kwiatkowski |

⦿ nadzór nad Biurem Handlu i Współpracy z Zagranica, a następnie nad Biurem Współpracy
z Zagranicą sprawowali:
| | |
|---|---|
| od 31 grudnia 1993r. | - Członek Zarządu p.Stanisław Nowak, |
| od 25 kwietnia 1996r. | - Prezes Zarządu p.Ryszard Miazek |
| od 1 lipca 1998r. | - Członek Zarządu p.Jarosław Pachowski |

**2. Realizacja czynności nadzorczych.**

W okresie objętym kontrolą, miały miejsce m.in. następujące zdarzenia, bezpośrednio
dotyczące nadzoru Zarządu TVP S.A. nad realizacją umowy z „Spanski Enterprises Inc".:

W dniach 13/14 września 1994 r. Zarząd TVP S.A. na swym posiedzeniu podjął Uchwałę nr
165/94 udzielając pełnomocnictwa p.Jerzemu Romańskiemu - dyrektorowi Biura Handlu i
Współpracy z Zagranica, do przeprowadzenia negocjacji z „Spanski Enterprises Inc"
zobowiązując do złożenia sprawozdania oraz opracowania i przedłożenia w terminie do dnia
15.10.94 projektu umowy w zakresie retransmisji Programu TV Polonia na terytorium Kanady
i USA.(zał.1)

29.11.94 r. p.Jerzy Romański - Dyrektor Biura Handlu i Współpracy z Zagranicą przekazał
p.St.Nowakowi - członkowi Zarządu TVP S.A. projekt umowy z firmą „Spanski Enterprises
Inc." Wraz z pismem przewodnim, w którym zaproponował jej podpisanie w dniu 13.12.94 w
Warszawie.(zał.2)

14.12.94 r. Prezes TVP S.A. Wiesław Walendziak oraz członek Zarządu Bronisław
Borkowski podpisali umowe z firmą „Spanski Enterprises Inc" reprezentowaną przez Prezesa
Bogusława M.Spanskiego.(zał.3)
Na posiedzeniu Zarządu TVP S.A. w dniach 22/23.12.94, Prezes TVP S.A. W.Walendziak
poinformował Zarząd o podpisaniu umowy z „Spanski...", „która gwarantuje wprowadzenie
TV Polonii na rynek amerykański (Ameryka Płn. I Płd.) w połowie przyszłego roku".(zał.4)

TP 7005854

Egzemplarz nr

W dniu 08.02.95 p. J.Romański poinformował faksem p.B.M.Spanskiego o planowanej w dniach 5-8.04.95 wizycie pobycie Prezesa TV p W.Walendziaka i Wiceprezesa A.Brodziaka w Toronto w celu sprawdzenia stanu przygotowań do retransmisji TV Polonia oraz uzgodnienia składu władz „nowopowstałej spółki".(zał.5)

W dniu 10.03.95 Prezes TVP S.A. W.Walendziak i członek Zarządu TVP S.A. A.Brodziak podpisali „Oświadczenie" o posiadaniu przez firmę Telewizja Polska Canada Inc. wyłącznego prawa do odbioru i rozpowszechniania na terenie Kanady programu satelitarnego Telewizji Polskiej S.A. o nazwie TV Polonia.(zał.6)

W dniu 15.03.95 p.M.Suchodolska - zastępca Dyrektora BHiWzZ przekazała p.Zbigniewowi Niezgodzie - dyrektorowi Biura Zarządu TVP S.A. projekt listu Prezesa TVP S.A. - W.Walendziaka do p.E.Moskala - Prezesa Kongresu Polonii Amerykańskiej z informacją o podpisaniu w dniu 14.12.94 umowy o retransmisji TV Polonia oraz, iż TP Canada Inc i TP USA Inc posiadają wyłączne prawo do odbioru i rozpowszechniania na terenie Ameryki Północnej programu TV Polonii.(zał.7)

W dniu 25.03.95 p.J.Romanski - Dyrektor BHiWzZ przekazał Prezesowi TVP S.A. notatkę sporządzoną w Konsulacie Generalnym RP w Chicago w dniu 21.03. 95 przez konsula - Tadeusza Żylińskiego dotyczącą emisji TV Polonia na terenie aglomeracji chicagowskiej, wskazującą na brak informacji o firmie TP USA, brak badań marketingowych oraz sugerując rozpoczęcie transmisji TV Polonia po wakacjach;(zał.8)

W dniu 26.04.95 p.Robert Terentiew przekazał p.St.Nowakowi - członkowi Zarządu TVP S.A., p.L.Wasiucie - Dyrektorowi TV Polonia, Biuru Handlu i Współpracy z Zagranicą pisemne sprawozdanie z pobytu w dniach 5-12 kwietnia 1995 r. w USA wraz z Prezesem TVP S.A. W.Walendziakiem.(zał.9)

W dniu 01.07.95 p.B.M.Spanski przekazał drogą faksową przekazał dokumenty założycielskie TP Canada Inc. z 01.02.95, TP USA Inc 08.02.95,.Poltel International L.L.C.z 01.02.95, umowę licencyjną pomiędzy Poltel International LCC i TP Canada Inc. Z 14.03.95, umowę z dnia 07.03.95 pomiędzy „Spanski Enterprises Inc." I „Poltel International LLC" o przekazaniu praw wynikających z umowy z dnia 14.12.94 pomiędzy „Spanski International Inc." i TVP S.A.(zał.10)

W dniu 13.07.95 na posiedzeniu Zarządu TVP S.A. p.Adam Wójcik - dyrektor Biura Prawno - Organizacyjnego zwrócił uwagę, iż umowa ze „Spanski..." blokuje przekazywanie programów informacyjnym innym stacjom polonijnym.(zał.11)

W dniu 14.07.95 p.J.Romański poinformował pisemnie p.Andrzeja Kościelniaka - asystenta Członka Zarządu o stanie realizacji umowy ze „Spanski..."(zał.12):
- przekazano 22 kasety z 1800' programu TV Polonia,
- - przekazano filmy promocyjne w wersji angielskiej i polskiej,
- - otrzymano dokumenty założycielskie korporacji, zgodnie z § 8 umowy,
- - inauguracja emisji planowana jest na dzień 05.09.95 w Ambasadzie RP w Waszyngtonie,
- - ilość „zdeklarowanych subskrybentów" będzie znana pod koniec sierpnia 1995 r.

W dniu 26.07.95 p.B.M.Spanski poinformował pisemnie p.J.Romańskiego o składach Rad Nadzorczych TP USA Inc. i TP Canada Inc., wyjaśnił przyczyny zmiany, na 12 września

TP 7005855

Egzemplarz nr

1995, terminu inauguracji emisji (życzenie p.L.Wasiuty - dyrektora TV Polonia), odmówił wglądu w podpisane umowy z sieciami kablowymi.
Na piśmie odręczny dopisek: p.Suchodolska - proszę poinformować Dyrekcje TV Polonia. 27.07.95" Podpis nieczytelny.(zał.13)

W dniu 28.07.95 pismem przewodnim p.J.Romański przekazał faks od p.B.M.Spanskiego z poprzedniego dnia - p. L.Wasiucie - Dyrektorowi TV Polonia oraz p. Zb.Niezgodzie-Dyrektorowi Biura Zarządu TVP S.A.(zał.14)

W dniu 21.08.95 informację dla Zarządu TVP S.A. o wprowadzeniu sygnału TV Polonia na terytoria USA i Kanady podpisali J.Romański - Dyrektor BHiWzZ oraz p.R.Terentiew - zastępca Dyrektora TV Polonia. Informacja dotyczyła trybu wyboru kontrahenta, władz TP USA Inc. I TP Canada oraz planowanego terminu inauguracji nadawania TV Polonia na terenie USA;(zał.15)

W dniu 28.09.95 p.B.M.Spanski przesłał do Zarządu TVP S.A. list (zał.16) w którym:
-ustosunkowuje się do listu nadawców polonijnych z USA do Zarządu TVP;
-informuje o rozpowszechnianiu sygnału TV Polonia przez:
    a) satelitę - potencjalny odbiór 300.000 osób - przekaz bezpłatny
    b) od 1 października w sieci kablowej „Prime Cable" - potencjalny odbiór 475.000 abonentów.
    c) informuje o podejmowanych negocjacjach z innymi operatorami satelitarnymi;

W dniu 09.10.95 Prezes TVP S.A. W.Walendziak wystosował pismo do Polsatv - DBS i Polvision, informujące, w odpowiedzi na list, iż projekt emisji TV Polonia w USA I Kanadzie przebiega zgodnie z harmonogramem.(zał.17)

W dniu 14.11.95 p.K.Kamyszew - dyrektor generalny TP USA Inc. przesłał do Prezesa TVP S.A. W.Walendziaka raport o rozwoju TV Polonia w USA, opisujący dotychczasowe sposoby rozpowszechniania TV Polonia na terenie USA oraz prowadzone negocjacje z operatorami kablowymi i satelitarnymi oraz podejmowane działania promocyjne i marketingowe, a także informując, iż pełny rozruch retransmisji sygnału TV Polonia nastąpi w czerwcu 1996, zaś na koniec roku 1996 ilość „zarejestrowanych odbiorców" wyniesie 250.000.(zał.18)

W dniu 26.01.96 na posiedzeniu Zarządu TVP S.A. p. B.Borkowski - członek Zarządu poinformował o wpłynięciu pisemnego oświadczenia p.B.M.Spanskiego o wykonaniu zobowiązań wynikających z umowy z dnia 14.12.95 r. uzyskania w 1995 r. ok.50 tys."zdeklarowanych subskrybentów". Zarząd zaakceptował oświadczenie, a Prezes TVP S.A. zwrócił się do członków Zarządu TVP S.A. - B.Borkowskiego i A.Brodziaka , będących również członkami Rad Nadzorczych TP Canada Inc. i TP USA Inc. o zwołanie posiedzeń tych Rad dla sprawdzenia rezultatu finansowego.(zał.19)

W dniu 05.02.96 r. Prezes TVP S.A. W.Walendziak wysłał do p.B.M.Spanskiego list z informacją, iż Zarząd zaakceptował wypełnienie przez TP Canada i TP USA Inc. obowiązku pozyskania 50 tys. „zdeklarowanych subskrybentów".(zał.20)

TP 7005856

Egzemplarz nr

W dniu 3 maja 1996 r. p.Krzysztof D.Kamyszew - Dyrektor Generalny TP USA Inc. Skierował do Zarządu TVP S.A. pismo informujące, iż w I kwartale 1996 całkowite wpływy z retransmisji TV Polonia wyniosły 20.430,- USD;(zał.21)

W dniu 3 czerwca 1996 p.Krzysztof D.Kamyszew - Dyrektor Generalny TP USA Inc. Przesłał do Zarządu TVP S.A. „Raport kwartalny Dyrektora Generalnego TVP USA #2/96" (zał.22) informując, iż

- TV Polonia jest osiągalna przez satelitę, bezpłatne programy telewizji kablowej w aglomeracjach o dużym skupisku Polaków (Chicago), oraz pilotażowo w 136 sieciach kablowych i satelitarnych na terenie USA.
- lista odbiorców TV Polonia obejmuje 59.000 nazwisk,
- celem podejmowanych działań jest osiągnięcie w pierwszym roku nadawania w sieciach DBS 50.000 płatnych abonentów;

W dniu 03.07.96 r. Prezes TVP S.A. Ryszard Miazek udzielił pisemnych wyjaśnień Ministrowi Spraw Zagranicznych RP Dariuszowi Rosati o dostępności programów TV Polonia w Kanadzie i USA. (zał.23)

W dniu 5 sierpnia 1996 r. Dyrektor Generalny TP USA Inc. P. K.D.Kamyszew w piśmie do Zarządu TVP S.A. poinformował, iż całkowite wpływy z retransmisji TV Polonia na terenie USA wyniosły w II kwartale 44.785,- USD;(zał.24)

Na posiedzeniu Zarządu TVP S.A. w dniach 19 i 24 września 1996 r. p.A.Brodziak poinformował, iż nie odbyły się jeszcze posiedzenia Rad Nadzorczych TP Canada Inc. i TP USA Inc.(zał.25)

W dniu 24 października 1996 r. p.B.M.Spanski skierował do Zarządu TVP S.A. list podsumowujący odbyte poprzedniego dnia spotkanie z Prezesem TVP S.A., i Członkiem Zarządu TVP S.A. A.Brodziakiem, proponując m.in. podpisanie aneksu do umowy, zmniejszającego wpływy TVPS.A. z tytułu wpływów z retransmisji TV Polonia z 8% do 4%.(zał.26)

Na posiedzeniu Zarządu TVP S.A. w dniach 24/25.10.96.:

- Prezes TVP S.A. R.Miazek oraz członek Zarządu A.Brodziak przedstawili relację z rozmowy w dniu 23.10.96. z p.B.M.Spanskim i jego propozycje dotyczące rezygnacji przez TVP S.A. z 50% wpływów z TP USA Inc. tytułem umowy z 14.12.94.
- Zarząd, w związku z tym, iż sprawozdania finansowe z działalności TVP USA Inc. nie mają sformalizowanego charakteru, brak jest udokumentowanych informacji na temat warunków handlowych wejścia TP USA Inc. na system DBS, odmówił zmiany warunków umowy.
- negocjacje możliwe będą dopiero po potwierdzeniu liczby „zdeklarowanych subskrybentów, dostępności programu TV Polonia na terenie USA i przedstawieniu projektu uruchomienia nadawania TV Polonia na terenie Ameryki Płd.,
- wyznaczono Program Satelitarny TV Polonia jako jednostkę odpowiedzialna w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacja umowy zawartej w dniu 14.12.94 z firmą „Spanski Enterprises Inc."
(zał.27)

11

Egzemplarz nr

W dniu 31 października 1996 r. Prezes TVP S.A skierował do p.B.M.Spanskiego odpowiedź na propozycje zawarte w liście z 24 października 1996r., zgodnie z decyzjami Zarządu TVP S.A. w dniu 24/25.10.96. (zał.28)

W dniu 03.12.96 na posiedzeniu Zarządu TVP S.A. członek Zarządu - p.A.Brodziak omówił propozycje p.B.M.Spanskiego dotyczące rezygnacji przez TVP S.A. z opłat licencyjnych wynikających z umowy z dnia 14.12.94 oraz propozycję udzielenia przez TVP S.A. TP USA Inc. gwarancji finansowych. Zarząd TVP wyraził możliwość rezygnacji z opłat licencyjnych pod warunkiem m.in. podpisania aneksu do umowy, umożliwiającego otrzymywanie przez TVP S.A. pełnego rocznego sprawozdania finansowego lub rocznego sprawozdania podatkowego z działalności TP USA Inc. i polecił dyrektorowi TV Polonia oraz Dyrektorowi Biura Prawno - Organizacyjnego przygotowanie w terminie do 9 grudnia 1996 r. projektu stosownego aneksu. (zał.29)

W dniu 20 grudnia 1996r. p.B.M.Spanski przekazał listownie Prezesowi TVP S.A. p.R.Miazkowi informację o rozpoczęciu od dnia 01.01.97 retransmisji TV Polonia poprzez satelitę Orion Atlantic.(zał.30)

Na posiedzeniu Zarządu TVP S.A. w dniu 23.01.97 :
- p.A.Brodziak, w związku z opinią prawną Biura Prawno
- Organizacyjnego złożył rezygnację z członkostwa w Radzie Nadzorczej firmy TP USA Inc.;
- p.A.Brodziak omówił projekt aneksu do umowy z dnia 14.12.94 r. z „Spanski..." stwierdzając, iż nie spełnia on oczekiwań Zarządu TVP S.A.
(zał.31)

W dniu 27.01.97 p.R.Terentiew - zastępca Dyrektora TV Polonia - p. Januszowi Daszczyńskiemu, a p.M.Staszak - Dyrektor Biura Prawno - Organizacyjnego - p.A.Brodziakowi przekazali kolejny projekt aneksu do umowy z „Spanski...".(zał.32)

W dniu 10.02.97 Dyrektor TV Polonia -p.L.Wasiuta zwrócił się do Prezesa Zarządu TVP S.A. R.Miazka z prośbą o zdjęcie z TV Polonia odpowiedzialności za realizację umowy z „Spanski..." argumentując to zakazem prowadzenia rozeznania dotarcia z programem na terytorium Ameryki Płd. inną drogą niż „Spanski..." oraz odsunięciem TV Polonia od negocjacji aneksu do umowy z 14.12.94 r.(zał.33)

Na posiedzeniu Zarządu w dniu 20.02.97 nie przyjęto projektu aneksu do umowy z „Spanski..." zobowiązując Dyrektora Biura Prawno - Organizacyjnego do jego ponownego opracowania.(zał.34)

Na posiedzeniu Zarządu TVP S.A. w dniu 06.03.97. przyjęto projekt aneksu do umowy z „Spanski..." oraz upoważniono Dyrektora TV Polonia L.Wasiute do przekazania go firmie „Spanski Enterprises Inc.". Zarząd upoważnił Dyrektora TV Polonia p.L.Wasiutę do przekazania projektu aneksu p.B.M.Spanskiemu; (zał.35)
W dniu 27 marca 1997 p.B.M.Spanski poinformował pisemnie Prezesa TVP S.A. p.R.Miazka, iż z dniem 25.03.97 rozpoczęto emisję TV Polonia w systemie DBS na terenie Ameryki Płn. Oraz o oferowanych w sprzedaży zestawów do odbioru TV Polonia (w cenie abonament TV Polonia przez 12 miesięcy za darmo); (zał.36)

TP 7005858

Egzemplarz nr

Na posiedzeniu Zarządu TVP S.A. w dniu 06.05.97 zaproszony na posiedzenie p.B.M.Spanski poinformował:

- od momentu inauguracji emisji TV Polonia na terenie USA program był dostępny z satelity Panamsat (drogi sprzęt do odbioru);
- od 25.03.97 TV Polonia dostępna jest 24 godziny na dobę w systemie DBS,
- TP USA Inc. posiada do TVP S.A. roszczenia na sumę ok.30 tys. USD za zakupione artykuły reklamowe, tytułem strat wynikających z niezapowiedzianej zmiany logo TV Polonia.,
- nie wyraził zainteresowania podpisaniem aneksu do umowy.

(zał.37)

Na posiedzeniu Zarządu TVP S.A. w dniu 16.12.97 omówiono sprawę roszczeń TP USA Inc. z tytułu strat wynikających z zakupienia dużych ilości materiałów reklamowych z logo TV Polonia, które zostało zmienione bez powiadomienia. Główny Księgowy Spółki - p.R.Pamuła zgłosił wiele zastrzeżeń do przedstawionej przez B.M.Spanskiego dokumentacji z tym związanej. (zał.38)

W dniu 8 stycznia 1998r. Ambasador RP w USA Koźminski przesłał do Polski „Claris" zaadresowany m.in. do Prezesa TVP S.A. R.Miazka oraz Dyrektorów L.Wasiuty z TV Polonia oraz Dyr.J.Romańskiego z BWzZ informując, iż w związku z podwyżką opłat za retransmisję „Wiadomości TVP" wstrzymane zostało ich nadawanie przez Telewizję WNVC. Ambasador Koźminski negatywnie ocenił działalność TP USA Inc., która nie wykazuje dobrej woli osiągnięcia kompromisu z WNVC i nie jest - zdaniem ambasadora - zainteresowana, ze względu na dystrybucję zestawów do odbioru TV satelitarnej, w udostępnianiu programu TV Polonia sieciom kablowym.(zał.39)

W dniu 13 stycznia 1998r. p.B.M.Spanski w liście do Prezesa TVP S.A. p.R.Miazka ustosunkował się do informacji podanych przez Ambasadora RP w Waszyngtonie, informując m.in., iż nie jest możliwe rozpowszechnianie TV Polonia w sieciach kablowych w wymiarze 24 godzinnym oraz, iż kontrakt WNVC wygasł 31.10.97., zaś koszty miesięczne retransmisji TV Polonia na terenie USA wynoszą 300,000 USD. (zał.40)

W dniu 13.01.98 na posiedzeniu Zarządu TVP S.A. delegowano p.J.Romańskiego do pracy w Radzie Nadzorczej TP USA Inc. (zał.41)

Na posiedzeniu Zarządu TVP S.A w dniu 10.02.98 m.in.:
- omówiono zaprzestanie nadawania przez TP USA Inc. programu TV Polonia postanawiając, iż w przypadku nie przywrócenia nadawania w ciągu 60 dni Zarząd TVP S.A. uzna, iż umowa z „Spanski..." nie obowiązuje.
- Zobowiązał p.J.Romańskiego - Dyrektora BWzZ, członka Rady Nadzorczej TP USA Inc. do zwołania posiedzenia tejże Rady.

(zał.42)

W dniu 03.03.1998r. odbyło się posiedzenie Zarządu TVP S.A. omawiano sprawę roszczeń p.B.M.Spanskiego wobec TVP S.A. w związku ze stratami finansowymi wynikającymi ze zmiany logo TV Polonia. Zarząd postanowił dążyć do polubownego zakończenia sprawy. (zał.43)

13

TP 7005859

Egzemplarz nr

W dniu 05.03.98r Prezes TVP S.A. Ryszard Miazek wystosował do p.B.M.Spanskiego poufne pismo, w którym stwierdza , iż w związku z zaprzestaniem z dniem 5 lutego 1998r emisji TV Polonia w systemie DBS, TVP S.A. uważa takie działanie za istotne naruszenie postanowień umowy i czyni ją bezskuteczną. I wezwał do usunięcia tego naruszenia w terminie 90 dni. (zał.44)

W dniu 10 marca 1998r. p.R.Terentiew w piśmie do p.A.Kwiatkowskiego - członka Zarządu TVP S.A. zwrócił uwagę na nieścisłości w dokumentacji przekazanej przez p.B.M.Spanskiego w związku z poniesieniem przez niego rzekomych strat finansowych wynikających ze zmiany logo TV Polonia oraz nie odnalezieniem firm które miały być producentami materiałów reklamowych z nieaktualnym logo dla TP USA Inc..(zał.45)

Na posiedzeniu Zarządu TVP S.A w dniu 19 marca 1998r.., zaproszony na nie p., B.M.Spanski poinformował m.in.:

- zawieszono emisję w systemie DBS, co objęło 481 abonentów.
- Niemożliwe jest określenie dokładnej ilości odbiorców, gdyż sygnał z jednego z satelitów jest niekodowany
- ze względów technicznych niemożliwe jest emitowanie TV Polonia przez 24 godziny;

(zał.46)

W dniu 19.03.98 Prezes TVP S.A. i Prezes TP USA Inc. wydali wspólne oświadczenie w związku z zawieszeniem emisji programu TV Polonia w systemie DBS.(zał.47)

W dniu 8 kwietnia 1998r. p.B.M.Spanski poinformował Prezesa TVP S.A., iż odstępuje od roszczeń wobec TVP S.A. wynikających ze strat poniesionych w związku ze zmianą logo TV Polonia. (zał.48)

Na posiedzeniu Zarządu TVP S.A. w dniu 12.05.98 m.in.:

- udzielono pełnomocnictwa p.J.Romańskiemu do reprezentowania TVP S.A. na posiedzeniu Rady Nadzorczej TP USA Inc.
- omówiono opinię Biura Prawno - Organizacyjnego dotyczącą niezgodności z umową z dnia 14.12,94 r. funkcjonowania firm Poltel International LLC i TP USA Inc., TP Canada Inc.
- określono sprawy wymagające wyjaśnienia, a w szczególności: podjęcie starań o udostępnienie przez TP USA Inc. wyników finansowych, zbadanie zgodności dokumentów bilansowych z przesyłanymi sprawozdaniami kwartalnymi, dostarczenie informacji nt odbioru TV Polonia w Kanadzie.

(zał.49)

W dniu 30.05.98 p.B.M.Spanski poinformował Prezesa TVP S.A. o rozpoczęciu nadawania TV Polonia w systemie DBS Echo Star. (zał.50)

Na posiedzeniu Zarządu TVP S.A. w dniu 04.06.98 p.J.Romański złożył sprawozdanie z przebiegu posiedzenia Rady Nadzorczej TP USA Inc. w dniu 25 maja 1998, informując m.in., iż TP Canada Inc. rozpocznie działalność przed końcem 1998 r. i pierwsze przychody z działalności odnotuje w roku przyszłym. Zarząd przyjął sprawozdanie z posiedzenia Rady Nadzorczej TP USA Inc. (zał.51)

TP 7005860

Egzemplarz nr

W dniu 09.06.98r. p.J.Romański przekazał Prezesowi TVP S.A. p.R.Miazkowi pismo p.B.M.Spanskiego, w którym poinformował on p.J.Romańskiego m.in. iż: - systematycznie przekazywał kwartalne raporty finansowe w ciągu 1996 wg wzoru zatwierdzonego na posiedzeniu Rady Nadzorczej TP USA Inc. w dniu 20.11.96, w którym w imieniu TVP S.A. uczestniczył p.A.Brodziak - członek Zarządu TVP S.A. i TP USA Inc. Nie jest zobowiązana do przedstawiania innych sprawozdań finansowych. (zał.52)

W dniu 18.06.98r. na posiedzeniu Zarządu Dyrektor Biura Prawno-Organizacyjnego p.M.Staszak zapoznał Zarząd z projektem aneksu do umowy między Spanski Enterprises Inc. a TVP S.A. (zał.53)

W dniu 4 sierpnia 1998r. na posiedzeniu Zarządu TVp S.A. zobowiązano BWzZ i Program Satelitarny Polonia do przygotowania pełnej informacji na temat podpisanej umowy pomiędzy TVP S.A. a firma SEI. (zał.54)

Ocena:

Zarząd Spółki TVP S.A. od momentu podpisania umowy z „Spanski Enterprises Inc." (pomimo podjęcia w dniu 24.10.96r uchwały o wyznaczeniu Programu Satelitarnego TV Polonia jako jednostki odpowiedzialnej za prowadzenie całokształtu spraw związanych z realizacją umowy z firmą „Spanski Enterprises Inc.") sprawował faktyczny nadzór nad jej realizacją.

W okresie od podpisania umowy 14 grudnia 1994r. do chwili wyznaczenia Programu Satelitarnego TV Polonia jako odpowiedzialnego za prowadzenie całokształtu prac związanych z realizacją umowy brak było jednoznacznej decyzji Zarządu TVP S.A. co do podziału kompetencji w tym zakresie pomiędzy jednostkami organizacyjnymi TVP.

Zarząd TVP, na swych posiedzeniach omawiał wszystkie aspekty realizacji umowy z „Spanski...", a także podejmował decyzje jej dotyczące. Zarząd TVP S.A. prze lata 1994-1998 nie opracował jednoznacznej wizji realizacji przedsięwzięcia , zaś jego działania w tej sprawie miały charakter doraźny. Okres ten należy uznać za stracony dla rozwoju przedsięwzięcia.

BHiWzZ (BWzZ) oraz TV Polonia otrzymywały informację o podjętych przez Zarząd TVP S.A. decyzjach i działaniach w postaci wyciągu z protokołów z posiedzeń Zarządu TVP S.A.

Członkowie Zarządu TVP S.A. byli też do dnia 23.01.97, członkami Rad Nadzorczych: p.A.Brodziak - TP USA Inc., a p.B.Borkowski - TP Canada Inc.

Działania Prezesa Zarządu TVP S.A. p.W.Walendziaka oraz Zarządu TVP S.A. zatwierdzające wymóg wynikający z umowy, posiadania przez kontrahenta 50.000 „zdeklarowanych subskrybentów" jedynie na podstawie oświadczenia p.B.M.Spanskiego, były przedwczesne i nie poparte udokumentowaniem.

Bezpośrednie kontakty z p.B.M.Spanskim utrzymywał w imieniu Zarządu, oraz na posiedzeniach Zarządu relacjonował sprawy dotyczące umowy z „Spanski..." - Członek Zarządu p.A.Brodziak

**Nadzór Biura Handlu i Współpracy z Zagranicą
( później Biura Współpracy z Zagranicą )**

15

TP 7005861

Egzemplarz nr

## 1. Umocowania organizacyjno - prawne

A) Tymczasowy Regulamin Organizacyjny Spółki „Telewizja Polska S.A.

W Regulaminie tym zawarto m.in.
§ 31:
Do zakresu działania Biura Handlu i Współpracy z Zagranicą należy między innymi
„...*1. reprezentowanie Spółki wobec partnerów zagranicznych oraz w zakresie działalności międzynarodowej wobec organizacji krajowych, organów władzy i administracji państwowej,*
*2. przygotowanie projektów umów z zagranicznymi telewizjami i organizacjami międzynarodowymi..."*
*„...5. realizowanie współpracy z polonijnymi nadawcami na świecie, wspieranie działalności środowisk polskich za granicą..."*
*„...12. programowo - organizacyjna obsługa cudzoziemców w zakresie protokołu, umów dwustronnych, wielostronnych, organizowanie konferencji międzynarodowych..."*
*„...14. nadzorowanie realizacji oraz wywiązywania się kontrahentów zewnętrznych z podjętych zobowiązań wobec Spółki, w zakresie działalności Biura..."*

B) Regulamin Organizacyjny Biura Handlu i Współpracy z Zagranicą TVP S.A.

Regulamin zatwierdzony został przez Zarząd 10.III.95 i wprowadzony do stosowania 27.III.95. Do zakresu działań BHiWzZ należało m.in.:
*„...4. realizowanie współpracy z polonijnymi nadawcami na świecie, wspieranie działalności środowisk polskich za granicą..."*
*„...13. nadzorowanie realizacji oraz wywiązywania się kontrahentów zewnętrznych z podjętych zobowiązań wobec Spółki, w zakresie działalności Biura..."*

1.3. Regulamin Organizacyjny Biura Współpracy z Zagranicą TVP S.A.

a) Regulamin zatwierdzony został przez Zarząd 28.VI.95 i wprowadzony do stosowania 1.VII.95.
W regulaminie Zespołu Międzynarodowej Współpracy Programowej i Kontaktów z Polonią znalazł się punkt :
*12) Współpraca z TV POLONIA w zakresie wprowadzania programu do sieci kablowych oraz naziemnych w Europie i na świecie.*

b) Regulamin zatwierdzony przez Zarząd 23.IV.98 i wprowadzony do stosowania 30.IV.98.

Usunięty zostaje zapis odnośnie nadzorowania realizacji oraz wywiązywania się kontrahentów zewnętrznych z podjętych zobowiązań wobec Spółki, w zakresie działalności Biura.

C) Pełnomocnictwa szczególne Zarządu TVP S.A

16

Egzemplarz nr

W dniach 13/14 września 1994 r. Zarząd TVP S.A. na swym posiedzeniu podjął Uchwałę nr 165/94 udzielając pełnomocnictwa p.Jerzemu Romańskiemu dyrektorowi Biura Handlu i Współpracy z Zagranicą, do przeprowadzenia negocjacji z „Spanski Enterprises Inc" zobowiązując do złożenia sprawozdania oraz opracowania i przedłożenia w terminie do dnia 15.10.94 projektu umowy w zakresie retransmisji Programu TV Polonia na terytorium Kanady i USA.(zał.1)

W dniu 13.01.98 na posiedzeniu Zarządu TVP S.A. delegowano p.J.Romańskiego do pracy w Radzie Nadzorczej TP USA Inc.(zał.41)

## 2. Realizacja czynności nadzorczych

29.11.94 r. p.Jerzy Romański - Dyrektor Biura Handlu i Współpracy z Zagranicą przekazał p.St.Nowakowi - członkowi Zarządu TVP S.A. projekt umowy z firmą „Spanski Enterprises Inc." Wraz z pismem przewodnim, w którym zaproponował jej podpisanie w dniu 13.12.94 w Warszawie.(zał.2)

14.12.94 r. Prezes TVP S.A. Wiesław Walendziak oraz członek Zarządu Bronisław Borkowski podpisali umowę z firmą „Spanski Enterprises Inc" reprezentowana przez Prezesa Bogusława M.Spanskiego.(zał.3)

Jerzy Romański - Dyrektor Biura Handlu i Współpracy z Zagranica poinformował w dniu 15.12.94 Prezesa TVP S.A. W.Walendziaka o podjętych działaniach umieszczenia informacji o podpisanej z „Spanski..." umowie w programach informacyjnych TVP;(zał.55)

. W dniu 15.12.94 p.J.Romanski - dyrektor BHiWzZ poinformował faksem p.B.M.Spanskiego o wizycie w TVP przedstawicieli dwóch organizacji polonijnych z USA, którym przekazał informację o podpisaniu umowy z „Spanski...";(zał.56)

W dniu 08.02.95 p. J.Romański poinformował faksem p.B.M.Spanskiego o planowanej w dniach 5-8.04.95 wizycie pobycie Prezesa TV p W.Walendziaka i Wiceprezesa A.Brodziaka w Toronto w celu sprawdzenia stanu przygotowań do retransmisji TV Polonia oraz uzgodnienia składu władz „nowopowstałej spółki".(zał.5)

W dniu 08.03.95 p.Marta Suchodolska - zastępca Dyrektora BHiWzZ zwróciła się do p.B.M.Spanskiego faksem z prośbą o przesłanie dokumentów potwierdzających założenie korporacji przewidzianej § 8 ust.1 i 3 umowy z 14.12.94;(zał.57)

W dniu 15.03.95 p.M.Suchodolska - zastępca Dyrektora BHiWzZ przekazała p.Zbigniewowi Niezgodzie - dyrektorowi Biura Zarządu TVP S.A. projekt listu Prezesa TVP S.A. W.Walendziaka do p.E.Moskala - Prezesa Kongresu Polonii Amerykańskiej z informacją o podpisaniu w dniu 14.12.94 umowy o retransmisji TV Polonia oraz, iż TP Canada Inc i TP USA Inc posiadają wyłączne prawo do odbioru i rozpowszechniania na terenie Ameryki Północnej programu TV Polonii.(zał.7)

W dniu 13.03.95 p.J.Romański poinformował pismem TNz/902/95 p.M.Grocholskiego - Konsula Generalnego RP w Chicago o podpisanej w dniu 14.12.94 umowie z firmą „Spanski..."(zał.58)

TP 7005863

Egzemplarz nr

W dniu 25.03.95 p.J.Romanski - Dyrektor BHiWzZ przekazał Prezesowi TVP S.A. notatkę sporządzoną w Konsulacie Generalnym RP w Chicago w dniu 21.03. 95 przez konsula - Tadeusza Żylińskiego dotyczącą emisji TV Polonia na terenie aglomeracji chicagowskiej, wskazującą na brak informacji o firmie TP USA, brak badań marketingowych oraz sugerując rozpoczęcie transmisji TV Polonia po wakacjach;(zał.8)

W dniach30/31.03.95 nastąpiła korespondencja faksowa pomiędzy Radca Handlowym RP w Kanadzie oraz Konsulem Generalnym RP, a p.J.Romanskim dotycząca wizyty w Kanadzie Prezesa TVP S.A. w kwietniu.(zał.59)

W dniu 26.04.95 p.Robert Terentiew przekazał p.St.Nowakowi - członkowi Zarządu TVP S.A., p.L.Wasiurie - Dyrektorowi TV Polonia, Biuru Handlu i Współpracy z Zagranica pisemne sprawozdanie z pobytu w dniach 5-12 kwietnia 1995 r. w USA wraz z Prezesem TVP S.A. W.Walendziakiem.(zał.9)

W dniu 05.06,95 p.J.Romański poinformował p.B.M.Spanskiego o rozmowie z przedstawicielem firmy Multimedia Enterprises Z USA o projekcie emisji w USA TV Polonia.(zał.60)

W dniu 13.06.95 p.M.Suchodolska przekazała drogą faksową p.B.M.Spanskiemu otrzymana ofertę przekazu satelitarnego Eutelsat Hot Bird 3.(zał.61)

W dniu 01.07.95 p.M.Suchodolska zwróciła się z pisemną prośbą do p.B.M.Spanskiego o przekazanie dokumentów korporacji, które zgodnie z § 8 umowy z dnia 14.12.94 miał B.M.Spanski założyć oraz poprosiła o poinformowanie przed uruchomieniem emisji TV Polonia w USA o ilości zdeklarowanych subskrybentów.(zał.62)

W dniu 01.07.95 p.B.M.Spanski przekazał droga faksową przekazał dokumenty założycielskie TP Canada Inc. z 01.02.95, TP USA Inc 08.02.95,.Poltel International L.L.C.z 01.02.95, umowę licencyjną pomiędzy Poltel International LCC i TP Canada Inc. Z 14.03.95, umowę z dnia 07.03.95 pomiędzy „Spanski Enterprises Inc." I „Poltel International LLC" o przekazaniu praw wynikających z umowy z dnia 14.12.94 pomiędzy „Spanski International (Inc." I TVP S.A.(zał.10)

W dniu 14.07.95 p.J.Romański poinformował pisemnie p.Andrzeja Kościelniaka - asystenta Członka Zarządu, o stanie realizacji umowy ze „Spanski...":
- przekazano 22 kasety z 1800' programu TV Polonia,
- przekazano filmy promocyjne w wersji angielskiej i polskiej,
- otrzymano dokumenty założycielskie korporacji, zgodnie z § 8 umowy,
- inauguracja emisji planowana jest na dzień 05.09.95 w Ambasadzie RP w Waszyngtonie,
- ilość „zdeklarowanych subskrybentów" będzie znana pod koniec sierpnia 1995 r.
(zał.12)

W dniu 21.07.95 p.J.Borkowski - zastępca Dyrektora Biura Prawno - Organizacyjnego poinformował p.J.Romańskiego - Dyrektora BHiWzZ, iż p.Spanski wypełnił ciążący na nim, zgodnie z umową z dnia 14.12.94, obowiązek założenia korporacji do emisji programu TV Polonia.(zał.63)

18

TP 7005864

Egzemplarz nr

W dniu 26.07.95 p.B.M.Spanski poinformował pisemnie p.J.Romańskiego o składach Rad Nadzorczych TP USA Inc. i TP Canada Inc., wyjaśnił przyczyny zmiany, na 12 września 1995, terminu inauguracji emisji (życzenie p.L.Wasiuty - dyrektora TV Polonia), odmówił wglądu w podpisane umowy z sieciami kablowymi.
Na piśmie odręczny dopisek: p.Suchodolska - proszę poinformować Dyrekcje TV Polonia. 27.07.95" Podpis nieczytelny.(zał.13)

W dniu 28.07.95 pismem przewodnim p.J.Romański przekazał faks od p.B.M.Spanskiego z poprzedniego dnia - p. L.Wasiucie - Dyrektorowi TV Polonia oraz p. Zb.Niezgodzie- Dyrektorowi Biura Zarządu TVP S.A.(zał.14)

W dniu 18.08.95 p.J.Romański, w związku z przygotowywaniem informacji o realizacji umowy ze „Spanski." dla Rady Nadzorczej TVP S.A. zwrócił się z prośbą do p.K.Kamyszewa o przesłanie umowy licencyjnej pomiędzy Poltel International i TP USA Inc. składów kierownictw Poltelu, TP Canada Inc. i TP USA Inc. (zał.64)

W dniu 21.08.95 informację dla Zarządu TVP S.A. o wprowadzeniu sygnału TV Polonia na terytoria USA i Kanady podpisali J.Romański - Dyrektor BHiWzZ oraz p.R.Terentiew - zastępca Dyrektora TV Polonia.(zał.15)

W dniu 09.10.96 r. p.B.M.Spanski zwrócił się pisemnie do p.J.Romańskiego - Dyrektora Biura Współpracy z Zagranicą o zorganizowanie spotkania z Prezesem TVP S.A. Ryszardem Miazkiem.(zał.65)

Na posiedzeniu Zarządu TVP S.A. w dniach 24/25.10.96.:

- Prezes TVP S.A. R.Miazek oraz członek Zarządu A.Brodziak przedstawili relację z rozmowy w dniu 23.10.96. z p.B.M.Spanskim i jego propozycje dotyczące rezygnacji przez TVP S.A. z 50% wpływów z TP USA Inc. tytułem umowy z 14.12.94.

- Zarząd, w związku z tym, iż sprawozdania finansowe z działalności TVP USA Inc. nie mają sformalizowanego charakteru, brak jest udokumentowanych informacji na temat warunków handlowych wejścia TP USA Inc. na system DBS, odmówił zmiany warunków umowy.

- negocjacje możliwe będą dopiero po potwierdzeniu liczby „zdeklarowanych subskrybentów, dostępności programu TV Polonia na terenie USA i przedstawieniu projektu uruchomienia nadawania TV Polonia na terenie Ameryki Płd.,

- wyznaczono Program Satelitarny TV Polonia jako jednostkę odpowiedzialna w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacja umowy zawartej w dniu 14.12.94 z firmą „Spanski Enterprises Inc."(zał.27)

W dniu 19.12.96 r. p.R.Terentiew - Zastępca Dyrektora TV Polonia sporządził dla Dyrektora TV Polonia - L.Wasiuty notatkę służbową dotyczącą przekazania TV Polonia odpowiedzialności za prowadzenie spraw związanych z realizacji umowy z „Spanski..." wskazując na ;

- od chwili podpisania umowy brak było koordynacji działań, podziału kompetencji i odpowiedzialności pomiędzy Programem Satelitarnym TV Polonia a Biurem Współpracy z Zagranicą,

19

Egzemplarz nr

- Program Satelitarny TV Polonia nie miał wpływu na działania kontrahenta umowy, dotyczy to terminu wejścia na system DBS i warunki retransmisji, -
- brak możliwości nadzoru nad zawartością programu emitowanego na kontynencie amerykańskim,
- brak dobrego przepływu informacji w tej sprawie pomiędzy Biurem Współpracy z Zagranicą a Programem Satelitarnym TV Polonia.
    (zał.66)

W dniu 13.01.98 na posiedzeniu Zarządu TVP S.A. delegowano p.J.Romańskiego do pracy w Radzie Nadzorczej TP USA Inc.(zał.41)

Na posiedzeniu Zarządu TVP S.A w dniu 10.02.98 m.in.:
- omówiono zaprzestanie nadawania przez TP USA Inc. programu TV Polonia postanawiając, iż w przypadku nie przywrócenia nadawania w ciągu 60 dni Zarząd TVP S.A. uzna, iż umowa z „Spanski..." nie obowiązuje.
- Zobowiązał p.J.Romańskiego - Dyrektora BWzZ, członka Rady Nadzorczej TP USA Inc. do zwołania posiedzenia tejże Rady.
    (zał.42)

Na posiedzeniu Zarządu TVP S.A. w dniu 12.05.98 m.in.
- udzielono pełnomocnictwa p.J.Romańskiemu do reprezentowania TVP S.A. na posiedzeniu Rady Nadzorczej TP USA Inc.
- omówiono opinię Biura Prawno - Organizacyjnego dotyczącą niezgodności z umową z dnia 14.12.94 r. funkcjonowania firm Poltel International LLC i TP USA Inc., TP Canada Inc.
- określono sprawy wymagające wyjaśnienia, a w szczególności: podjęcie starań o udostępnienie przez TP USA Inc. wyników finansowych, zbadanie zgodności dokumentów bilansowych z przesyłanymi sprawozdaniami kwartalnymi, dostarczenie informacji nt odbioru TV Polonia w Kanadzie.
    (zał.49)

Na posiedzeniu Zarządu TVP S.A. w dniu 04.06.98 p.J.Romański złożył sprawozdanie z przebiegu posiedzenia Rady Nadzorczej TP USA Inc. w dniu 25 maja 1998, informując m.in., iż TP Canada Inc. rozpocznie działalność przed końcem 1998 r.(zał.51)

W dniu 22 listopada 1998 odbyło się posiedzenie Rady Nadzorczej TP USA, w którym, ze strony TVP S.A., uczestniczył p.Jarosław Pachowski - Członek Zarządu TVP S.A. oraz p.J.Romański. Ze sprawozdania wynika między innymi, że od 30.05.98 TV Polonia wprowadzona została do systemu DBS - EchoStar.(zał.67)

Ocena:

Od 13 września 1994 **Dyrektor Biura Współpracy z Zagranicą p. Jerzy Romański** na podstawie udzielonego mu pełnomocnictwa przez Zarząd TVP S.A. był odpowiedzialny za **negocjacje i kształt** podpisanej umowy z **14.XII.94** i ,zdaniem kontrolujących, ponosi współodpowiedzialność (wraz z członkami Zarządu TVP S.A., którzy ją podpisali) za jej obecny kształt.

TP 7005866

Egzemplarz nr

Wybór kontrahenta, przy uwzględnieniu założenia, iż TVP S.A. nie powinna ponosić kosztów retransmisji programu TV Polonia na terytorium USA, był prawidłowy.

W umowie szczególnie wysoko należy ocenić wynegocjowaną 8-procentowa marżę brutto należną TVP S.A.

Umowa obarczona jest jednak wieloma błędami, wymienionymi w części 1 protokołu, które spowodowały trudności w wykonaniu zobowiązań i utrudniały nadzór. Do podobnego wniosku doszli kontrolerzy Najwyższej Izby Kontroli w wystąpieniu pokontrolnym z dnia 28 lipca 1998 roku.

W wyjaśnieniach udzielonych kontrolerom NIK, p.J.Romański stwierdził że: od 14.12.94 do 1.07.95 (tzn. do czasu likwidacji Biura Handlu i Współpracy z Zagranica ) BHiWzZ było odpowiedzialne za prowadzenie całokształtu spraw związanych z realizacją umowy z SEI. Po 1.07.95 r. na polecenie Zarządu TVP S.A. oryginały Umów i korespondencja przechowywane były w sejfie BWZ. Jednak analiza zakresów działania Biur HiWzZ (WzZ) znajdujących się w Tymczasowym Regulaminie Organizacyjnym TVP S.A. oraz Regulaminach Organizacyjnych omawianych Biur, nie daje podstaw do stwierdzenia o odpowiedzialności tychże za bezpośredni nadzór nad realizacją umowy ze „Spanski Enterprises Inc.".

Pomimo iż od 24.10.96 Zarząd TVP S.A. wyznaczył Program Satelitarny TV Polonia jako jednostkę odpowiedzialną w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacja umowy zawartej w dniu 14.12.94 z firmą SEI, to B. Spański w dalszym ciągu kontaktował się w kwestiach spornych z Zarządem lub BWzZ.

Z Regulaminu Organizacyjnego Biura Współpracy z Zagranicą TVP S.A. wynika że, powołany Zespół Międzynarodowej Współpracy Programowej i Kontaktów z Polonią powinien współpracować z TV POLONIA w zakresie wprowadzania programu do sieci kablowych oraz naziemnych w Europie i na świecie, jednak Dyrektor BWzZ nie zawsze przekazywał korespondencję do TV Polonia, a współpraca nie była właściwa, za co odpowiedzialność ponoszą dyrektorzy obydwu jednostek organizacyjnych.

Spowodowało to sytuację w której kierownictwo TV Polonia formalnie odpowiedzialne za nadzorowanie umowy, nie było informowane na bieżąco o przebiegu spraw. Potwierdza to notatka służbowa p.R.Terentiewa - Zastępcy Dyrektora TV Polonia sporządzona w dniu 19.12.96 r. dla Dyrektora TV Polonia - L.Wasiuty.

Przykładem powyższego jest również fakt nieprzekazania przez J. Romańskiego Dyrektorowi TV Polonia p.L.Wasiucie, żadnych informacji i uzgodnień powziętych na ostatnim posiedzeniu Rady Nadzorczej TP USA w dniu 22 listopada 1998 r., na którym TVP S.A. reprezentował J. Romański.

## Nadzór Programu Satelitarnego TV Polonia.

### 1. Umocowanie organizacyjno-prawne .

### A) Tymczasowy Regulamin Organizacyjny TVP S.A.

Do zakresu działania Programu Satelitarnego TV Polonia należy:

- *tworzenie programu dla odbiorców za granicą w języku polskim i w innych językach,*
- *promocja Programu Satelitarnego TV Polonia,*

21

TP 7005867

Egzemplarz nr

- *współpraca z operatorami satelitarnymi oraz europejskimi operatorami sieci kablowych.*

B) Regulamin Organizacyjny Programu Satelitarnego TV Polonia.

Regulamin Organizacyjny z dnia 1 grudnia 1995 roku zatwierdzony przez Zarząd TVP S.A. w dniu 16 listopada 1995 roku, ze zmianami wprowadzonymi w dniu 29 października 1996 roku zakres działania Programu Satelitarnego TV Polonia mówi iż:

- *w skład Programu Satelitarnego TV Polonia wchodzi między innymi samodzielne stanowisko pracy d/s rozpowszechniania programów za granicą.*

Do zadań w.w stanowiska należy:
- ■ *prowadzenie całokształtu zadań zmierzających do rozszerzenia zasięgu Programu Satelitarnego TV Polonia za granicą,*
- ■ *prowadzenie negocjacji i przygotowywanie umów z operatorami sieci kablowych oraz innymi kontrahentami,*
- ■ *promocja Programu Satelitarnego TV Polonia,*
- ■ *współpraca z Biurem Współpracy z Zagranicą.*

Bezpośredni nadzór nad w.w stanowiskiem sprawuje Z-ca Dyrektora Programu Satelitarnego TV Polonia.

C) pełnomocnictwa kierownictwa Programu Satelitarnego TV Polonia:

W dniach 24 i 25 października 1996 roku Zarząd TVP S.A. wyznaczył Program Satelitarny TV Polonia jako jednostkę organizacyjną odpowiedzialną w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacją umowy zawartej w dniu 14 grudnia 1994 roku z firmą Spanski Enterprises Inc.

Zapis takiej treści odnotowano w protokole posiedzenia Zarządu nr 58/96 (zał.27), z którego wyciąg, Program Satelitarny TV Polonia otrzymał w dniu 27.11.1996 r.

2. Realizacja czynności nadzorczych

14.12.94 r. Prezes TVP S.A. Wiesław Walendziak oraz członek Zarządu Bronisław Borkowski podpisali umowę z firmą „Spanski Enterprises Inc" reprezentowaną przez Prezesa Bogusława M.Spanskiego.(zał.3)

W dniu 26.04.95 p.Robert Terentiew -Zastępca Dyrektora TV Polonia przekazał p.St.Nowakowi - członkowi Zarządu TVP S.A., p.L.Wasiucie - Dyrektorowi TV Polonia, Biuru Handlu i Współpracy z Zagranicą pisemne sprawozdanie z pobytu w dniach 5-12 kwietnia 1995 r. w USA wraz z Prezesem TVP S.A. W.Walendziakiem.(zał.9)

W dniu 27.05.95 p.L.Wasiuta - dyrektor TV Polonia zwrócił się do Prymasa Polski -kardynała Józefa Glempa z prośbą o skierowaniu listu do polonii z poparciem dla rozpoczęcia emisji („planowanym 4 lipca")TV Polonia w Stanach Zjednoczonych i Kanadzie. Do listu dołączony został list Prezesa TVP W.Walendziaka z 30.05.95, popierający prośbę (zał.68);

22

TP 7005868

Egzemplarz nr

W dniu 13.07.95 na posiedzeniu Zarządu TVP S.A. p.Adam Wójcik - Dyrektor Biura Prawno - Organizacyjnego zwrócił uwagę, iż umowa ze „Spanski..." blokuje przekazywanie programów informacyjnych innym stacjom polonijnym.(zał.11);

W dniu 14.07.95r. w związku z zapytaniem p.R.Terentiewa - Zastępcy Dyrektora TV Polonia, p.Bogusław Pisarek - wiceprezes TP Canada Inc. i TP USA Inc. poinformował , o honorariach z tytułu uczestnictwa w posiedzeniach Rad Nadzorczych TP Canada Inc. I TP USA Inc. oraz składach tych Rad.(zał.69);

W dniu 28.07.95 pismem przewodnim p.J.Romański przekazał faks od p.B.M.Spanskiego z poprzedniego dnia - p. L.Wasiucie - Dyrektorowi TV Polonia oraz p. Zb.Niezgodzie-Dyrektorowi Biura Zarządu TVP S.A.(zał.14);

W dniu 21.08.95 informację dla Zarządu TVP S.A. o wprowadzeniu sygnału TV Polonia na terytoria USA i Kanady podpisali J.Romański - Dyrektor BHiWzZ oraz p.R.Terentiew - zastępca Dyrektora TV Polonia. Informacja dotyczyła trybu wyboru kontrahenta, władz TP USA Inc. I TP Canada oraz planowanego terminu inauguracji nadawania TV Polonia na terenie USA (zał.15);

Na posiedzeniu Zarządu TVP S.A. w dniach 24/25.10.96.:
- wyznaczono Program Satelitarny TV Polonia jako jednostkę odpowiedzialną w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacją umowy zawartej w dniu 14.12.94 z firmą „Spanski Enterprises Inc.";(zał.27);

W dniu 03.12.96 na posiedzeniu Zarządu TVP S.A. członek Zarządu - p.A.Brodziak omówił propozycje p.B.M.Spanskiego dotyczące rezygnacji przez TVP S.A. z opłat licencyjnych wynikających z umowy z dnia 14.12.94 oraz propozycję udzielenia przez TVP S.A. TP USA Inc. gwarancji finansowych. Zarząd TVP wyraził możliwość rezygnacji z opłat licencyjnych pod warunkiem m.in. podpisania aneksu do umowy, umożliwiającego otrzymywanie przez TVP S.A. pełnego rocznego sprawozdania finansowego lub rocznego sprawozdania podatkowego z działalności TP USA Inc. i polecił dyrektorowi TV Polonia oraz Dyrektorowi Biura Prawno - Organizacyjnego przygotowanie w terminie do 9 grudnia 1996 r. projektu stosownego aneksu.(zał.29)

W dniu 19.12.96 r. p.R.Terentiew - zastępca Dyrektora TV Polonia sporządził dla Dyrektora TV Polonia - L.Wasiuty notatkę służbową dotyczącą przekazania TV Polonia odpowiedzialności za prowadzenie spraw związanych z realizacją umowy z „Spanski..." wskazując;
- dotychczas brak było koordynacji działań TV Polonia - BWZ - Zarząd TVP S.A.;
- kontrahent kontaktował się z BWZ lub Zarządem TVP S.A.
- brak jest wiedzy co i gdzie jest nadawane przez p. Spanskiego w USA.;
- dotychczas „formalnie zajmowało się tym BWZ, a my od strony programowej".
(zał.66);

W dniu 27.01.97 p.R.Terentiew - Zastępca Dyrektora TV Polonia - p. Januszowi Daszczyńskiemu, a p.M.Staszak - Dyrektor Biura Prawno - Organizacyjnego - p.A.Brodziakowi przekazali kolejny projekt aneksu do umowy z „Spanski..." (zał.32);

W dniu 10.02.97 Dyrektor TV Polonia -p.L.Wasiuta zwrócił się do Prezesa Zarządu TVP S.A. R.Miazka z prośbą o zdjęcie z TV Polonia odpowiedzialności za realizację umowy z

TP 7005869

Egzemplarz nr

„Spanski..." argumentując to zakazem prowadzenia rozeznania dotarcia z programem na terytorium Ameryki Płd. inną drogą niż „Spanski..." oraz odsunięciem TV Polonia od negocjacji aneksu do umowy z 14.12.94 r.(zał.33);

Na posiedzeniu Zarządu TVP S.A. w dniu 06.03.97. przyjęto projekt aneksu do umowy z „Spanski..." oraz upoważniono Dyrektora TV Polonia L.Wasiutę do przekazania go firmie „Spanski Enterprises Inc." (zał.35);

W dniu 30 maja 1997r. p.B.M.Spanski w piśmie do p.M.Kraśnickiego, nie zgodził się na zapłacenie należnych TVP S.A. kwot z tytułu retransmisji TV Polonia za I kwartał 1997r, sugerując zaliczenie ich na poczet kredytu dla TP USA Inc. Z tytułu poniesionych strat związanych ze zmianą logo TV Polonia (zał.70);

W dniu 9 czerwca 1997 r. Zastępca Dyrektora ds.Ekonomicznych TV Polonia p.M.Krasnicki poinformował pisemnie p.B.M.Spanskiego o braku decyzji Zarządu TVP S.A. odnośnie nie egzekwowania należnych TVP S.A. za I kwartał 1997 kwot za retransmisję TV Polonia na terenie USA.(zał.70);

W dniu 9 czerwca 1997r. Zastępca Dyrektora TV Polonia p.R.Terentiew zwrócił się pisemnie do p.B.M.Spanskiego z prośbą udokumentowanie strat, jakie TP USA Inc. Poniosła w wyniku niezapowiedzianej zmiany logo TV Polonia(zał.70);

W dniu 23 czerwca 1997r. p.B.M.Spanski poinformował p.R.Terentiewa - Zastępcę Dyrektora TV Polonia, iż strata TP USA Inc. wynika z zamówienia napisów magnetycznych i naklejek z nieaktualnym już logo TV Polonia (zał.70);

W dniach 01 -02.07.1997 pomiędzy Zastępcą Dyrektora TV Polonia p.R.Terentiewem a p.B.M.Spanskim nastąpiła korespondencja dotycząca rzekomej straty poniesionej przez TP USA Inc. spowodowanej zmianą logo TV Polonia (zał.70);

W dniu 15 września 1997r. p.B.M.Spanski w liście do Zastępcy Dyrektora TV Polonia p.M.Krasnickiego odmówił zapłaty należnych TVP S.A kwot wynikających z retransmisji TV Polonia na terenie USA w II kwartale 1997r. motywując to poniesionymi stratami związanymi ze zmianą logo TV Polonia, zaś w dniach 23.09.97 oraz 02.10.97 nastąpiła dalsza część korespondencji w tej sprawie (zał.70);

Na posiedzeniu Zarządu TVP S.A. w dniu 16.12.97 omówiono sprawę roszczeń TP USA Inc. z tytułu strat wynikających z zakupienia dużych ilości materiałów reklamowych z logo TV Polonia, które zostało zmienione bez powiadomienia. Główny Księgowy Spółki - p.R.Pamuła zgłosił wiele zastrzeżeń do przedstawionej przez B.M.Spanskiego dokumentacji z tym związanej (zał.38);

W dniu 8 stycznia 1998r. Ambasador RP w USA p.J.Koźminski przesłał do Polski „Claris" zaadresowany m.in. do Prezesa TVP S.A. R.Miazka oraz Dyrektorów L.Wasiuty a TV Polonia oraz Dyr.J.Romańskiego z BWzZ informując, iż w związku z podwyżką opłat za retransmisję „Wiadomości TVP" wstrzymane zostało ich nadawanie przez Telewizję WNVC. Ambasador Koźmiński negatywnie ocenił działalność TP USA Inc., która nie wykazuje dobrej woli osiągnięcia kompromisu z WNVC i nie jest - zdaniem ambasadora - zainteresowana, że

24

Egzemplarz nr

względu na dystrybucję zestawów do odbioru TV satelitarnej, w udostępnianiu programu TV Polonia sieciom kablowym.(zał.39);

W dniu 10 marca 1998r. p.R.Terentiew w piśmie do p.A.Kwiatkowskiego - członka Zarządu TVP S.A. zwrócił uwagę na nieścisłości w dokumentacji przekazanej przez p.B.M.Spanskiego w związku z poniesieniem przez niego rzekomych strat finansowych wynikających ze zmiany logo TV Polonia oraz nie odnalezieniem firm które miały być producentami materiałów reklamowych z nieaktualnym logo dla TP USA Inc..(zał.45);

W dniu 8 kwietnia 1998r. p.B.M.Spanski poinformował Prezesa TVP S.A., iż odstępuje od roszczeń wobec TVP S.A. wynikających ze strat poniesionych w związku ze zmiana logo TV Polonia (zał.48);

W dniu 08.05.98 r. zastępca dyrektora TV Polonia p.M.Kraśnicki poinformował p.Hannę Samos - Łukawska - zastępcę Dyrektora Biura Księgowości TVP S.A., iż zaległości "Spanski..." wynikły z nieporozumień i nie należy naliczać odsetek za zwłokę w płatnościach (zał.71);

W dniu 4 sierpnia 1998r. na posiedzeniu Zarządu TVP S.A. zobowiązano BWzZ i Program Satelitarny Polonia do przygotowania pełnej informacji na temat podpisanej umowy pomiędzy TVP S.A. a firma SIĘ (zał.54);

W dniu 27 sierpnia 1998r. p.B.M.Spanski przesłał p.M.Krasnickiemu - Zastępcy Dyrektora ds. Ekonomicznych TV Polonia Sprawozdanie finansowe za II kwartał 1998r. informując, iż przychody TP USA Inc. wyniosły: - z tytułu opłat subskrybentów - 4.417 USD, - z tytułu emisji reklam w ramach programu - 1.500,- USD (zał.72);

W dniu 24 listopada 1998r. p.B.T.Pisarek - Wiceprezes TP USA Inc. przesłał p.M.Krasnickiemu - Zastępcy Dyrektora ds.Ekonomicznych TV Polonia zestawienie finansowe za III kwartał 1998r, informując, iż: - przychody TP USA Inc. z tytułu stałych opłat subskrybentów wyniosły 4.745,25 USD, zaś z tytułu emisji reklam wyniosły 4.462.50 USD (zał.73);

## Ocena

        W świetle przytoczonych zapisów z Regulaminu Organizacyjnego Programu Satelitarnego TV Polonia, stwierdzić należy, że zakres działania Programu Satelitarnego TV Polonia pokrywa się z zakresem umowy zawartej w dniu 14 grudnia z firmą Spanski Enterprises Inc. TV Polonia miało zatem obowiązek podejmowania działań dla realizacji umowy z „Spanski...". Zdaniem kontrolujących TV Polonia niewywiązywała się z tego obowiązku. Kierownictwo TV Polonia nie podejmowało prób wpływania na stan realizacji umowy z p.B.M.Spanskim w zakresie rozpowszechniania Programu, nie wykazując pomimo obowiązków wynikających z Regulaminu Organizacyjnego Programu Satelitarnego TV Polonia, aktywności w tym względzie. Jest znamienne, że o informacje niezbędne dla nadzoru nad realizacją umowy Program Satelitarny TV Polonia zwraca się do Biura Współpracy z Zagranicą a nie kontaktuje się bezpośrednio z kontrahentem umowy. Odpowiedzialnym za to jest Dyrektor TV Polonia oraz Zastępca Dyrektora.

TP 7005871

Egzemplarz nr

W dniach 24 i 25 października 1996 roku Zarząd TVP S.A. postanowił wyznaczyć Program Satelitarny TV Polonia jako jednostkę organizacyjną odpowiedzialną w TVP S.A. za prowadzenie całokształtu spraw związanych z realizacją umowy zawartej w dniu 14 grudnia 1994 roku z firmą Spanski Enterprises Inc.

Należy zaznaczyć, że Zarząd TVP S.A. nie podjął odpowiedniej uchwały regulującej podział kompetencji i odpowiedzialności ani nie ustanowił szczególnego pełnomocnictwa dla kierownictwa Programu Satelitarnego TV Polonia.

Należy stwierdzić, że na poziomie strategicznym funkcje nadzorcze zastrzeżone były cały czas dla Zarządu TVP S.A.

Celem nadzoru było i jest m.in., terminowe wystawianie faktur oraz nadzór nad terminowością uiszczanych należności finansowych, co TV Polonia czyniła terminowo i rzetelnie.

Zwraca uwagę brak możliwości rzetelnego weryfikowania przesyłanych zestawień finansowych. Zestawienia te były weryfikowane na posiedzeniach Rady Nadzorczej TP USA w których uczestniczyli delegowani do Rad Nadzorczych, członkowie Zarządu TVP S.A. oraz Dyrektor BWzZ - reprezentant TVP S.A. Posiedzenia te odbywały się jednak w sposób bardzo nieregularny.

## PODSUMOWANIE

Podejmowane, przez działające w latach 1994-1998 władze TVP S.A, działania zmierzające do retransmisji programu TV Polonia na teren Ameryki Płn. podyktowane były chęcią wypełniania ustawowych zadań telewizji publicznej. Założenie, iż TVP S.A. nie powinna ponosić kosztów z tym związanych należy ocenić pozytywnie. W świetle tego, wybór kontrahenta - firmy SEI - był prawidłowy.

Zawarta umowa na retransmisję programu TV Polonia miała pogodzić z jednej strony wymagania finansowe TVP S.A. za udostępniany sygnał (8 - procentową marżę od każdego odbiorcy, kontrolujący oceniają jako sukces negocjatorów ze strony TVP S.A.), a z drugiej tzw. „misję publiczną". M.in to rozdwojenie celów spowodowało., iż obarczona jest ona wieloma błędami, n.p.:

- TVP S.A. nie posiada narzędzi do weryfikacji wyników finansowych kontrahenta, od których przekazywana jest 8-procentowa marża
- TVP S.A. nie ma wpływu na sposób i teren rozpowszechniania sygnału TV Polonia na terenie Ameryki Płn.
- Niekontrolowana wyłączność na retransmisję programu TV Polonia, przyznana kontrahentowi może uniemożliwiać skuteczne realizowanie „misji publicznej" na terenie części USA oraz w Kanadzie.
- Umowa przez 25 lat praktycznie nie może być rozwiązana pod żadnym powodem, co z punktu formalno-prawnego uznane może być za działalność na szkodę Spółki;
- TVP S.A. nie ma możliwości wpływu na zawartość programu retransmitowanego przez kontrahenta.

26

TP 7005872

Egzemplarz nr

Rzeczywisty nadzór nad realizacją umowy spełniał Zarząd TVP S.A., na którego posiedzeniach podejmowane były wszystkie decyzje dotyczące umowy z SEI, zaś członkowie Zarządu przez długi okres czasu zasiadali w Radach Nadzorczych TP USA Inc. i TP Canada Inc. Ze strony Zarządu faktycznie koordynował działania p.A.Brodziak

Zarząd TVP S.A. nie opracował jednak wizji realizacji przedsięwzięcia i jednoznacznej, długookresowej strategii, podejmując jedynie działania doraźne i incydentalne, co skutkowało brakiem rozwoju przedsięwzięcia.

# WNIOSKI

W związku z brakiem w umowie z SEI precyzyjnego określenia podmiotu odpowiedzialnego ze strony kontrahenta za jej realizację, kontrolujący są, zdania, iż **Biuro Prawno - Organizacyjne powinno** jeszcze raz przeanalizować, czy odpowiednikiem „Korporacji" z umowy z dnia 14.12.94r. nie jest firma „Poltel International", biorąc pod uwagę, iż umowa pomiędzy „Poltel..." a TP USA Inc. oraz TP Canada Inc. jest umową licencyjną i przekazującą tylko część praw do rozpowszechniania sygnału TV Polonia posiadanych przez „Poltel...". Taką analizę prawną można też zlecić zewnętrznej Kancelarii Prawnej. Ewentualna opinia wskazująca na „Poltel..." jako umowną „Korporację", stwarza sytuację groźną dla powodzenia projektu retransmisji sygnału TV Polonia na teren Ameryki Płn. ale też daje argumenty do nakłonienia p. B.M.Spanskiego do renegocjacji umowy.

**Zarząd TVP S.A. powinien dążyć do zmiany umowy w sposób umożliwiający** nadzór nad jej realizacją, a w szczególności:
a/ jednoznaczne doprecyzowanie podmiotów prawnych - stron umowy;
b/ uporządkowanie systemu rozliczeń finansowych z firmą SEI (roczne sprawozdania, obowiązkowe przedstawianie Radzie Nadzorczej, weryfikacja ksiąg rachunkowych przez pracowników TVP S.A. itp.);
c/ wprowadzenie do umowy zapisu o ilości członków Rad Nadzorczych, ich kompetencjach oraz prawie TVP S.A. do obsadzenia określonej ilości miejsc w nich;
d/ określenie zasady korzystania ze znaków firmowych TVP S.A., TVP -1, TVP -2 itp.
e/ rozważenie ograniczenia wyłączności firm p.B.M.Spanskiego na retransmisję TV Polonia na teren USA, gdyż niemożność kontroli rozpowszechniania nie służy prawidłowemu wypełnianiu misji publicznej (np. wyłączenie z umowy terytoriów na których dotychczas p.B.M.Spanski, przez 4 lata obowiązywania umowy, nie rozpoczął retransmisji programu TV Polonia.). Pamiętać przy tym należy, że zmiana taka może być wprowadzona jedynie za zgodą B.M.Spanskiego

**Ponadto Zarząd TVP S.A. powinien:**
- podjąć uchwałę zobowiązującą Biuro Prawno- Organizacyjne do zamieszczania w treści umów zawieranych przez Zarząd TVP S.A. lub pełnomocników na podstawie pełnomocnictw szczegółowych - jednostki organizacyjnej TVP, odpowiedzialnej za realizację tej umowy.

- delegować do rad nadzorczych TP USA i TP Kanady przedstawiciela tej jednostki organizacyjnej, która zgodnie z odpowiednią uchwałą Zarządu TVP S.A. sprawuje nadzór nad realizacją umowy.

TP 7005873

Egzemplarz nr

Protokół sporządzono w 5 numerowanych, jednobrzmiących egzemplarzach, które otrzymują:

Prezes TVP S.A.                                          - Robert Kwiatkowski
Członek Zarządu TVP S.A.                          - Jarosław Pachowski
p.o.Dyrektora Programu Satelitarnego TV Polonia - Antoni Bartkiewicz
Dyrektor Biura Współpracy z Zagranicą        - Jerzy Romański
a/a

       Podpisy kontrolujących:

           Mariusz Borowiec.............................................

           Janusz Grabowski............................................

           Tomasz Pałaszewski.......................................

Warszawa, 27 kwietnia 1999r.

Podpisy kontrolowanych:

p.o. Dyrektora Programu Satelitarnego TV Polonia - Antoni Bartkiewicz....................................

Dyrektor Biura Współpracy z Zagranicą - Jerzy Romański...............................................

## Spis załączników

1) Uchwała nr 165/94 Zarządu TVP S.A. z dnia 13 września 1994r.;

28

TP 7005874

Egzemplarz nr

2) Pismo p.Jerzego Romańskiego - Dyrektora Biura Handlu i Współpracy z Zagranicą z dnia 29.11.94r do p.St.Nowaka - Członka Zarządu TVP S.A. wraz z projektem umowy z firmą „Spanski Enterprises Inc.";

3) Umowa z dnia 14.12.94 r. z firmą „Spanski Enterprises Inc";

4) Protokół z posiedzenia Zarządu TVP S.A. w dniach 22/23.12.94;

5) Pismo p.J.Romańskiego - Dyrektora BHiWzZ z dnia 08.02.95r do p:B.M.Spanskiego;

6) Oświadczenie z dnia 10.03.95 Prezesa TVP S.A. p.W.Walendziaka i Członka Zarządu TVP S.A. A.Brodziaka;

7) Pismo z dnia 15.03.95 p.M.Suchodolskiej - Zastępcy Dyrektora BHiWzZ do p.Z.Niezgody - Dyrektora Biura Zarządu TVP S.A;

8) Pismo z dnia 25.03.95 p.J.Romańskiego - Dyrektora BHiWzZ do Prezesa TVP S.A. wraz z notatką sporządzoną w Konsulacie Generalnym RP w Chicago w dniu 21.03. 95 przez konsula - Tadeusza Żylińskiego

9) Sprawozdanie z dnia 26.04.95 p.Roberta Terentiew z pobytu w dniach 5-12 kwietnia 1995r. w USA.

10) Dokumenty założycielskie TP Canada Inc. z 01.02.95, TP USA Inc 08.02.95,.Poltel International L.L.C.z 01.02.95, umowa licencyjna pomiędzy Poltel International LCC i TP Canada Inc. z 14.03.95, umowa z dnia 07.03.95 pomiędzy „Spanski Enterprises Inc." i „Poltel International LLC" o przekazaniu praw wynikających z umowy z dnia 14.12.94 pomiędzy „Spanski International Inc." i TVP S.A.;

11) Protokół z posiedzenia Zarządu TVP S.A. w dniu 13.07.95;

12) Pismo z dnia 14.07.95 p.J.Romańskiego - Dyrektora BHiWzZ do p.Andrzeja Kościelniaka - asystenta Członka Zarządu;

13) Pismo z dnia 26.07.95 p.B.M.Spanskiego, do p.J.Romańskiego o składach Rad Nadzorczych TP USA Inc. i TP Canada Inc.;

14) Pisma przewodnie z dnia 27.07.95r. p.J.Romańskiego do p. L.Wasiuty - Dyrektora TV Polonia oraz p.Zb.Niezgody- Dyrektora Biura Zarządu TVP S.A.;

15) Informacja z dnia 21.08.95 p.J.Romańskiego - Dyrektora BHiWzZ oraz p.R.Terentiew - Zastępcy Dyrektora TV Polonia dla Zarządu TVP S.A. o wprowadzeniu sygnału TV Polonia na terytoria USA i Kanady;

16) List z dnia 28.09.95 p.B.M..Spanskiego do Zarządu TVP S.A;

17) Pismo z dnia 09.10.95 Prezesa TVP S.A. W.Walendziaka do Polsatv - DBS i Polvision;

18) Raport z dnia 14.11.95 p.K.Kamyszewa - Dyrektora Generalnego TP USA Inc. dla Prezesa TVP S.A. p.W.Walendziaka o rozwoju TV Polonia w USA;

19) Protokół z posiedzenia Zarządu TVP S.A. w dniu 26.01.96r.;

20) List z dnia 05.02.96r. Prezesa TVP S.A. W.Walendziaka do p.B.M.Spanskiego;

21) Pismo z dnia 3 maja 1996r. p.Krzysztofa D.Kamyszewa - Dyrektora Generalnego TP USA Inc. do Zarządu TVP S.A.;

22) „Raport kwartalny Dyrektora Generalnego TVP USA #2/96" z 3 czerwca 1996;

23) Pismo z dnia 03.07.96 r. Prezesa TVP S.A. Ryszarda Miazka do Ministra Spraw Zagranicznych RP;

24) Pismo z dnia 5 sierpnia 1996 r. Dyrektora Generalnego TP USA Inc. p.K.D.Kamyszewa do Zarządu TVP S.A.;

25) Protokół z posiedzenia Zarządu TVP S.A. w dniach 19 i 24 września 1996 r.;

26) List z dnia 24 października 1996 r. p.B.M.Spanskiego do Zarządu TVP S.A.;

27) Protokół z posiedzenia Zarządu TVP S.A. w dniach 24/25.10.96r.;

28) Pismo. z dnia 31 października 1996 r Prezesa TVP S.A do p.B.M.Spanskiego;

29) Protokół z posiedzenia Zarządu TVP S.A. w dniu 03.12.96;

30) List z dnia 20 grudnia 1996r. p.B.M.Spanskiego do Prezesa TVP S.A. p.R.Miazka;

29

TP 7005875

Egzemplarz nr

31) Protokół z posiedzenia Zarządu TVP S.A. w dniu 23.01.97;
32) Pisma z dnia 27.01.97 p.R.Terentiew - Zastępcy Dyrektora TV Polonia do p. Janusza Daszczyńskiego i p.M.Staszaka - Dyrektora Biura Prawno - Organizacyjnego do p.A.Brodziaka z projektem aneksu do umowy z „Spanski...";
33) Pismo z dnia 10.02.97 Dyrektora TV Polonia -p.L.Wasiuty do Prezesa Zarządu TVP S.A. R.Miazka;
34) Protokół z posiedzenia Zarządu TVP S.A. w dniu 20.02.97r.;
35) Protokół z posiedzenia Zarządu TVP S.A. w dniu 06.03.97r.;
36) Pismo z dnia 27 marca 1997r. p.B.M.Spanskiego do Prezesa TVP S.A. p.R.Miazka;
37) Protokół z posiedzenia Zarządu TVP S.A. w dniu 06.05.97r.;
38) Protokół z posiedzenia Zarządu TVP S.A. w dniu 16.12.97r.;
39) „Claris" z dnia 8 stycznia 1998r. Ambasadora RP w USA p.J.Koźminskiego zaadresowany m.in. do Prezesa TVP S.A. R.Miazka oraz Dyrektorów p.L.Wasiuty z TV Polonia oraz p.J.Romańskiego z BWzZ;
40) List z dnia 13 stycznia 1998r. p.B.M.Spanskiego do Prezesa TVP S.A. p.R.Miazka;
41) Protokół z posiedzenia Zarządu TVP S.A. w dniu 13.01.98r.;
42) Protokół z posiedzenia Zarządu TVP S.A. w dniu 10.02.98r.;
43) Protokół z posiedzenia Zarządu TVP S.A. w dniu 03.03.98r.;
44) Pismo poufne z dnia 05.03.98r. Prezesa TVP S.A. p.R.Miazka do p.B.M.Spanskiego;
45) Pismo z dnia 10 marca 1998r. p.R.Terentiew do p.A.Kwiatkowskiego - Członka Zarządu TVP S.A.;
46) Protokół z posiedzenia Zarządu TVP S.A w dniu 19 marca 1998r.;
47) Oświadczenie z dnia 19.03.98r. Prezesa TVP S.A. i Prezesa TP USA Inc.;
48) Pismo z dnia 8 kwietnia 1998r.p.B.M.Spanskiego do Prezesa TVP S.A.;
49) Protokół z posiedzenia Zarządu TVP S.A. w dniu 12.05.98r.;
50) Pismo z dnia 30.05.98 p.B.M.Spanskiego do Prezesa TVP S.A.;
51) Protokół z posiedzenia Zarządu TVP S.A. w dniu 04.06.98 wraz z protokołem z posiedzenia Rady Nadzorczej TP USA Inc. w dniu 25 maja 1998r.;
52) Pismo z dnia 09.06.98r. p.B.M.Spanskiego do Prezesa TVP S.A. p.R.Miazka;
53) Protokół z posiedzenia Zarządu TVP S.A. w dniu 18.06.98r.;
54) Protokół z posiedzenia Zarządu TVP S.A. w dniu 04.08.98r.;
55) Pismo z dnia 15.12.94r. p.J.Romańskiego - Dyrektora Biura Handlu i Współpracy z Zagranicą do Prezesa TVP S.A. p.W.Walendziaka;
56) Pismo z dnia 15.12.94r. p.J.Romańskiego - Dyrektora BHiWzZ do p.B.M.Spanskiego;
57) Pismo z dnia 08.03.95r. p.Marty Suchodolskiej - Zastępcy Dyrektora BHiWzZ do p.B.M.Spanskiego;
58) Pismo z dnia 13.03.95r. p.J.Romańskiego - dyrektora BHiWzZ do p.M.Grocholskiego - Konsula Generalnego RP w Chicago;
59) Korespondencja faksowa z 30/31.03.95r. pomiędzy Radcą Handlowym RP w Kanadzie oraz Konsulem Generalnym RP, a p.J.Romańskim - Dyrektorem BHiWzZ;
60) Pismo z dnia 05.06.95r. p.J.Romańskiego - Dyrektora BHiWzZ do p.B.M.Spanskiego;
61) Pismo z dnia 13.06.95r. p.M.Suchodolskiej - Zastępcy dyrektora BHiWzZ do p.B.M.Spanskiego z ofertą przekazu satelitarnego Entelsat Hot Bird 3;
62) Pismo z dnia 01.07.95r. p.M.Suchodolskiej - Zastępca Dyrektora BHiWzZ do p.B.M.Spanskiego;
63) Pismo z dnia 21.07.95r. p.J.Borkowskiego - Zastępcy Dyrektora Biura Prawno - Organizacyjnego do p.J.Romańskiego - Dyrektora BHiWzZ;
64) Pismo z dnia 18.08.95r. p.J.Romańskiego - Dyrektora BHiWzZ do p.K.Kamyszewa - Dyrektora Generalnego TP USA Inc.;

TP 7005876

Egzemplarz nr

65) Pismo z dnia 09.10.96r. p.B.M.Spanskiego do p.J.Romańskiego - Dyrektora Biura Współpracy z Zagranicą;

66) Notatka służbowa z dnia 19.12.96r. p.R.Terentiew - Zastępcy Dyrektora TV Polonia dla Dyrektora TV Polonia - L.Wasiuty;

67) Sprawozdanie z posiedzenia Rady Nadzorczej TP USA Inc. z 22 listopada 1998;

68) Pismo z dnia 27.05.95r. p.L.Wasiuty - Dyrektora TV Polonia do Prymasa Polski - kardynała Józefa Glempa;

69) Pismo z dnia 14.07.95r. p.Bogusława Pisarka - wiceprezesa TP Canada Inc. i TP USA Inc. do p.R.Terentiewa - Zastępcy Dyrektora TV Polonia;

70) korespondencja z 30.05.-02.10.97r. pomiędzy p.M.Krasnickim - Zastępcą Dyrektora ds.Ekonomicznych TV Polonia i p.R.Terentiew - Zastępcą Dyrektora TV Polonia a p. B.M.Spanskim dotycząca zmiany logo TV Polonia;

71) Pismo z dnia 08.05.98r. Zastępcy Dyrektora TV Polonia p.M.Kraśnickiego do p.Hanny Samos - Łukawskiej - Zastępcy Dyrektora Biura Księgowości TVP S.A.;

72) Pismo z dnia 27 sierpnia 1998r. p.B.M.Spanskiego do p.M.Krasnickiego - Zastępcy Dyrektora ds. Ekonomicznych TV Polonia;

73) Zestawienie finansowe z działalności TP USA Inc. za III kw.1998r.

74) Oświadczenie Dyrektora Sprzedaży satelitarnej „Orion Network System" z dnia 16.04.98r.;

75) Pismo z dnia 05.11.98r. p.B.M.Spanskiego do p.J.Romańskiego - Dyrektora BWzZ;

31

TP 7005877