

**EXHIBIT 9**



**A**

TVP S.A.:TELEWIZJA POLSKA S.A. W WARSZAWIE

WYTWÓRCA
TVP:BIURO ZARZĄDU

TYTUŁ:
NR 33 Z 17.05. - POSIEDZENIE ZARZĄDU

PORZĄDEK POSIEDZENIA ZARZĄDU SPÓŁKI TVP S.A. NR 33/99 Z 17.05.1999
- ZATWIERDZENIE PROTOKOŁÓW NR 29-31/99 POSIEDZEŃ ZARZĄDU TVP S.A.
- OMÓWIENIE SPRAWY OBECNOŚCI PROGRAMU TV POLONIA W USA I KANADZIE
- ROZPATRZENIE PROJEKTU UCHWAŁY W SPRAWIE WYRAŻENIA ZGODY NA ZAWARCIE UMOWY Z FIRMĄ M.M. POTOCKA PRODUCTIONS
- ROZPATRZENIE PROJEKTU UCHWAŁY W SPRAWIE WYRAŻENIA ZGODY NA ZAWARCIE UMOWY Z FIRMĄ ASTRO
- ROZPATRZENIE PROJEKTU UCHWAŁY W SPRAWIE PODZIAŁU ZYSKU
- ROZPATRZENIE PROJEKTU UCHWAŁY W SPRAWIE WYRAŻENIA ZGODY NA ZAWARCIE UMOWY Z FIRMĄ MEDIA CORPORATION
- ROZPATRZENIE WNIOSKU W SPRAWIE ZWIĘKSZENIA LIMITU WYNAGRODZEŃ DLA BIURA REKLAMY
- INFORMACJA NA TEMAT PRZYGOTOWAŃ DO PIELGRZYMKI OJCA ŚWIĘTEGO JANA PAWŁA II DO POLSKI
- OMÓWIENIE KONCEPCJI INFORMACYJNEGO KANAŁU TEMATYCZNEGO AKTUALNOŚCI
- INFORMACJA DOTYCZĄCA ROZMÓW Z MIĘDZYZAKŁADOWYM ZWIĄZKIEM ZAWODOWYM PRACOWNIKÓW RADIA I TELEWIZJI
- INFORMACJA NA TEMAT PROPOZYCJI TV CANAL+ W SPRAWIE UDZIAŁÓW W CYFRA +
- INFORMACJA NA TEMAT ROKOWAŃ NAD ZAKŁADOWYM UKŁADEM ZBIOROWYM PRACY
- PROTOKÓŁ KONTROLI TELEWIZJI POLSKIEJ S.A. DOTYCZĄCEJ ZABEZPIECZENIA INTERESÓW TVP S.A. W UMOWIE Z 14 GRUDNIA 1994 NA KOLPORTAŻ PROGRAMU TV POLONIA W USA I KANADZIE
- UCHWAŁA KOMISJI ODWOŁAWCZEJ DEPARTAMENTU KONTROLI DORAŹNYCH NAJWYŻSZEJ IZBY KONTROLI PODJĘTA NA POSIEDZENIU JAWNYM W DNIU 5 CZERWCA 1998 R.W SPRAWIE ROZPATRZENIA ZASTRZEŻEŃ DO USTALEŃ ZAWARTYCH W PROTOKOLE KONTROLI, PRZEPROWADZONEJ W SPÓŁCE TELEWIZJA POLSKA ZGŁOSZONYCH PRZEZ PREZESA ZARZĄDU TVP S.A. PANA RYSZARDA MIAŻKA PISMEM Z DNIA 20 MAJA 1998
- WYSTĄPIENIE POKONTROLNE NAJWYŻSZEJ IZBY KONTROLI DOTYCZĄCE KONTROLI W SPRAWIE ZABEZPIECZENIA INTERESÓW TELEWIZJI POLSKIEJ W UMOWIE NA KOLPORTAŻ PROGRAMU TV POLONIA W USA I KANADZIE
- ZASTRZEŻENIA DO WYSTĄPIENIA POKONTROLNEGO NIK Z DNIA 28 LIPCA 1998
- OPINIA PRAWNA DOTYCZĄCA PODSTAWY PRAWNEJ ORAZ EWENTUALNYCH SKUTKÓW ROZWIĄZANIA UMOWY ZE SPANSKI ENTERPRISES /SEI/ ZAWARTEJ W DNIU 14 GRUDNIA 1994 R.
- WYJAŚNIENIA DYREKTORA BIURA WSPÓŁPRACY Z ZAGRANICĄ JERZEGO ROMAŃSKIEGO NA TEMAT UMOWY MIĘDZY TVP S.A. A SEI O RETRANSMISJĘ SYGNAŁU TV POLONIA W AMERYCE PÓŁNOCNEJ I POŁUDNIOWEJ
- PISMO PREZESA ZARZĄDU TVP S.A. SKIEROWANE DO PANA RICHARDA DROŃSKIEGO - PRESIDENT SATELITE POLISH TELEVISION CENTER WYPOWIADAJĄCE POROZUMIENIE MIĘDZY TVP S.A. A SATELLITE POLISH TELEVISION CENTER - RETRANSMISJA PROGRAMU SATELITARNEGO TV POLONIA
- POLSATV-DBS - BUSINESS PROSPAL DLA TELEWIZJI POLSKIEJ DOTYCZĄCY NADAWANIA PROGRAMU TV POLONIA W AMERYCE PÓŁNOCNEJ
- PISMO DAVIDA MORO, PREZESA ETHNIC MARICAN BROADCASTING CORPORATION /EABC/ MATERIAŁY NA TEMAT PROPOZYCJI EABC DOTYCZĄCEJ DYSTRYBUCJI RROGRAMU TV POLONIA W AMERYCE
- UWAGI NA TEMAT PRZEDSTAWIONYCH TELEWIZJI POLSKIEJ S.A. PROPOZYCJI WPROWADZENIA PROGRAMU TV POLONIA DO AMERYKI PÓŁNOCNEJ I POŁUDNIOWEJ
- INFORMACJA DLA ZARZĄDU TVP S.A. NA TEMAT WPROWADZENIA SYGNAŁU TV POLONIA NA TERYTORIA USA I KANADY
- RAPORT KWARTALNY BIURA DYREKTORA GENERALNEGO TVP USA - 02/96
- SPRAWOZDANIE Z POSIEDZENIA RADY NADZORCZEJ TELEWIZJI POLSKIEJ ODBYTEGO 25 MAJA 1998 R. W

| **DATY ZASOBU** | **TOM:** 1 |
|---|---|
| 1999-01-01 - 1999-12-31 | *SYGNATURA ARCHIWALNA* |
| | 3165 / 33 |

TP 7005511

SIEDZIBIE FIRMY, CHICAGO, ILLIONOIS, USA
- OPINIA W SPRAWIE ZABEZPIECZENIA INTERESÓW TELEWIZJI POLSKIEJ W UMOWIE ZE SPANSKI ENTERPRISES INC. Z DNIA 14 GRUDNIA 1994 R. - STANISŁAW PIĄTEK
- PROJEKT STANOWISKA ZARZĄDU TVP S.A. W SPRAWIE REALIZACJI UMOWY O RETRANSMISJĘ SYGNAŁU TV POLONIA NA TERYTORIA USA I KANADY ZAWARTEJ POMIĘDZY TVP S.A. A SPANSKI ENTERPRISES INCORPORATED /SEI/ Z SIEDZIBĄ W KANADZIE
- INFORMACJA NA TEMAT PROGRAMU TV POLONIA W AMERYCE PÓŁNOCNEJ I POŁUDNIOWEJ
- WYPIS Z PROTOKOŁU POSIEDZENIA ZARZĄDU TVP S.A. W SPRAWIE DOTYCZĄCEJ DZIAŁALNOŚCI PROGRAMU SATELITARNEGO TV POLONIA
- OPINIA PRAWNA W SPRAWIE DOPUSZCZALNOŚCI ROZWIĄZANIA UMOWY ZAWARTEJ POMIĘDZY TVP S.A. ORAZ SPANSKI ENTERPRISES INC. PRZED UPŁYWEM TERMINU NA JAKI ZOSTAŁA ZAWARTA
- ZESTAWIENIE ROZRACHUNKÓW Z FIRMĄ SPANSKI ENTERPRISES INC TVP OD 09.1996
- PROTOKÓŁ KONTROLI DORAŹNEJ NADZORU SPRAWOWANEGO PRZEZ KIEROWNICTWO TVP S.A. NAD REALIZACJĄ UMOWY Z DNIA 14 GRUDNIA 1994 NA KOLPORTAŻ PROGRAMU TV POLONIA W USA I KANADZIE - PROJEKT
- MATERIAŁY DOTYCZĄCE ZAWARCIA UMOWY Z FIRMĄ M.M. POTOCKA - REALIZACJA SERIALU KLASA NA OBCASACH
- MATERIAŁY DOTYCZĄCE ZAWARCIA UMOWY Z FIRMĄ ASTRO - REALIZACJA 50 ODCINKÓW TELETURNIEJU VA BANQUE
- INFORMACJA DOTYCZĄCA ROZMÓW Z MIĘDZYZAKŁADOWYM ZWIĄZKIEM ZAWODOWYM PRACOWNIKÓW RADIA I TELEWIZJI
- ANEKS DO ZAŁOŻEŃ FINANSOWYCH KONCEPCJI INFORMACYJNEGO KANAŁU TEMATYCZNEGO AKTUALNOŚCI
- KONCEPCJA INFORMACYJNEGO KANAŁU TEMATYCZNEGO AKTUALNOŚCI - MAJ 1999
- OPINIA NA TEMAT TWORZENIA I ROZPOWSZECHNIANIA PROGRAMÓW TEMATYCZNYCH PRZEZ TVP S.A.
- INFORMACJA O STANIE PRZYGOTOWAŃ DO TELEWIZYJNEJ OBSŁUGI WIZYTY DUSZPASTERSKIEJ OJCA ŚWIĘTEGO JANA PAWŁA II DO POLSKI W DNIACH 5-17.06.1999 R.
- MATERIAŁY DOTYCZĄCE ZAWARCIA UMOWY Z FIRMĄ MEDIA CORPORATION - REALIZACJA 87 ODCINKÓW PROGRAMU, JAKA TO MELODIA

**DATY ZASOBU**

1999-01-01 - 1999-12-31

**TOM :** 1

*SYGNATURA ARCHIWALNA*

3165 / 33

TP 7005512