# EXHIBIT 11



3048/6/1

## Stanowisko Zarządu TVP S.A.

w sprawie realizacji umowy o retransmisję sygnału TV Polonia na terytoria USA i Kanady

zawartej pomiędzy TVP S.A. a Spanski Enterprises Incorporated (SEI) z siedzibą w Kanadzie

Zarząd TVP S.A., po zapoznaniu się z problematyką dotyczącą umowy zawartej w 1994 r. pomiędzy TVP S.A. a Spanski Enterprises Inc., w tym, w szczególności z ustaleniami:

- kontroli Najwyższej Izby Kontroli dotyczącymi zabezpieczenia interesów TVP S.A. w umowie zawartej w dniu 14 grudnia 1994 r. z firmą Spanski Enterprises Inc. na kolportaż programu TV Polonia w USA i Kanadzie,
- doraźnej kontroli problemowej przeprowadzonej na polecenie Prezesa Zarządu TVP S.A. przez Biuro Kontroli TVP S.A., dokonującej oceny nadzoru sprawowanego przez kierownictwo Spółki TVP S.A. nad realizacją umowy z dnia 14 grudnia 1994 r. na kolportaż programu TV Polonia w USA i Kanadzie

oraz wyjaśnieniami przedstawionymi przez odpowiedzialnych za to przedsięwzięcie pracowników TVP S.A.

stwierdza co następuje:

1. W ocenie Zarządu TVP S.A. podjęcie w 1994 r., przez ówczesne kierownictwo TVP S.A., działań zmierzających do retransmisji sygnału TV Polonia na terytorium USA i Kanady było słuszne i podyktowane koniecznością realizowania zadań związanych z misją telewizji publicznej, w tym, w szczególności tworzenia i udostępniania programów na użytek środowisk polonijnych oraz Polaków zamieszkałych za granicą. Wybranie takiego kierunku działań było podyktowane polskim interesem narodowym oraz znaczeniem kontaktów politycznych i gospodarczych Polski z USA.

2. W oparciu o posiadane dokumenty z 1994 r. i charakterystykę ówczesnych oferentów, Zarząd TVP S.A. nie kwestionuje dokonanego wyboru firmy SEI,

jako partnera TVP S.A. w retransmisji sygnału TV Polonia. Jedynie firma SEI zadeklarowała gotowość finansowania całości przedsięwzięcia i ponoszenia związanego z tym ryzyka handlowego. Jednocześnie Zarząd TVP S.A. stwierdza, że żaden z oferentów nie gwarantował sukcesu współpracy z TVP S.A. i, być może, korzystniejsze okazałoby się niedokonywanie wyboru w 1994 r. i dalsze poszukiwanie stosownego partnera. Opóźniłoby to wprawdzie moment rozpoczęcia retransmisji, ale rzeczywiste efekty współpracy, a, tym samym usatysfakcjonowanie środowisk polonijnych, mogłoby przynieść bardziej zadowalające rezultaty.

3. Oceniając treść umowy zawartej w dniu 14 grudnia 1994 r. pomiędzy TVP S.A. a firmą SEI, Zarząd TVP S.A. uważa, że ówczesne kierownictwo TVP S.A. <u>nie miało jednoznacznej koncepcji współpracy</u> z firmą SEI i długofalowego celu, dla którego ta współpraca została podjęta.
Umowa z firmą SEI nie wystarczająco rozróżnia cele „misyjne" i ekonomiczne. TVP S.A. problem retransmisji programu TV Polonia przenosi na SEI wraz z całym ryzykiem i odpowiedzialnością. Gwarantując sobie wpływy w wys. 8% przychodów brutto, nie wprowadza żadnych poważnych zabezpieczeń rozwojowych (np. kontraktowo określone progi dostępności, obrotu, liczby abonentów, itp.) co mogło poważnie zagrozić całemu przedsięwzięciu. Korzyści TVP S.A. z marży brutto, w wysokości 8% są zadowalającym rozwiązaniem handlowym. Marża brutto jest jednak opłacalna jedynie przy znacznych obrotach, a w tym zakresie umowa niczego nie zabezpiecza. Status uzyskany w umowie przez TVP S.A. jest dogodny, ale eliminuje ją ze skutecznego wpływania na działalność firmy SEI szczególnie w zakresie wyboru technologii, polityki marketingowej, tworzenia lokalnego programu, itp. Tym samym, rzeczywisty sposób realizacji misji telewizji publicznej, to jest docieranie z programem TV Polonia do środowisk polonijnych USA i Kanady, pozostaje poza wpływem TVP S.A.

4. Mając powyższe na uwadze Zarząd TVP S.A. zwraca uwagę na liczne uchybienia umowy pomiędzy TVP S.A. a firmą SEI:
   - bardzo niekorzystne postanowienia umowy, praktycznie niepozwalające na jej rozwiązanie z ważnych przyczyn. Taka sytuacja stwarza wiele potencjalnych zagrożeń, w tym niebezpieczeństwo czasowych zaniechań retransmisji sygnału TV Polonia przez nierzetelnego kontrahenta,
   - nierozróżnienie w umowie działań wynikających z misji telewizji publicznej, od efektów ekonomicznych,

2

TP 7005363

- niezapewnienie w umowie gwarancji docierania z sygnałem TV Polonia do konkretnych środowisk Polaków, gwarancji produkcji przez kontrahenta programów własnych, oraz możliwości skutecznego wpływu TVP S.A. na charakter emitowanego przez kontrahenta programu,
- Nieprawidłowości postanowień umowy w części finasowej:
  a) brak gwarancji osiągania przez TVP S.A. minimalnych przychodów,
  b) nieokreślenie progów rozwojowych przedsięwzięcia, poprzez prognozę sytuacji np. po 5, 10, 15, 20 i 25 latach realizacji umowy,
  c) brak profesjonalnego rozpoznania podstaw technologicznych przedsięwzięcia, skutkujący, np. zbyt wysoką początkowo, ceną zestawu do odbioru sygnału,
  d) znaczne przeszacowanie potencjalnego rynku odbiorców w USA. Szacowanie potencjalnej ilości abonentów na około 500 000 miało wyłącznie charakter życzeniowy. Podobne przedsięwzięcia niemieckie i japońskie, a więc państw posiadających znacznie większy potencjał ekonomiczny i prowadzących w USA interesy na większą skalę, po około 10 latach skutkowały liczbą około 40 000 abonentów i to jest poziom, do którego nasze przedsięwzięcie może się zbliżać.

5. Pomimo krytycznej oceny umowy z firmą SEI, uznając fakt jej podpisania za obowiązujący, Zarząd TVP S.A. uważa, że błędem kierownictwa w latach 1994-1998 było nienakreślenie jednoznacznej wizji realizacji tej umowy. Podejmowane w tym okresie działania miały charakter doraźny, incydentalnie reagowano na konflikty i kontrowersje związane z umową. Należy również zwrócić uwagę na brak jednoznacznego nadzoru TVP S.A. i osób w niej odpowiedzialnych za współpracę z SEI.

6. Po analizie sytuacji bieżącej i zapoznaniu się z ocenami prawników, Zarząd TVP S.A. uważa, że ewentualne jednostronne wypowiedzenie przez TVP S.A. umowy z firmą SEI skutkować może bardzo groźnymi i negatywnymi dla TVP S.A. konsekwencjami, gdyż:
   - nie nastąpiły żadne wydarzenia, które, w rozumieniu postanowień umowy mogłyby być powodem do jej zerwania,
   - jedyna podstawa zerwania umowy, dotycząca zadeklarowanej liczby abonentów, jako warunku wejścia umowy w życie, jest nieprecyzyjna. Ponadto, ówczesny Prezes Zarządu TVP S.A. pisemnie potwierdził B.M. Spanskiemu wywiązanie się z warunków umowy. Tak więc, nie istnieją wiarygodne podstawy prawne jednostronnego wypowiedzenia umowy, a próba nieuzasadnionego jej zerwania może spowodować ogromne roszczenia finansowe ze strony kontrahenta amerykańskiego.

3

TP 7005364

7. Argumentem przeciw wypowiedzeniu umowy, jest również widoczny od połowy ubiegłego roku powolny, ale stały, rozwój przedsięwzięcia. Nastąpiła zasadnicza poprawa technologii nadawania, poprzez obecność w najnowocześniejszym obecnie w USA systemie DBS, istotny i stały wzrost liczby abonentów (ponad 7 000 przez niecały rok w stosunku do ok. 500 przez cały poprzedni okres działania SEI), aktywny marketing, oparty o promocyjne, darmowe oferowanie dekoderów i miesięczny abonament wynoszący ok. 14 USD, powszechna na terenie USA, Kanady i części Meksyku dostępność sygnału TV Polonia poprzez indywidualny odbiór satelitarny.

8. Dokonując oceny należy wziąć pod uwagę fakt, że przez 4 lata funkcjonowania umowy z firmą SEI nie pojawiła się żadna konkurencyjna alternatywa, żaden poważny partner, który w sposób kompleksowy przedstawiłby bardziej atrakcyjną ofertę, z zachowaniem dotychczasowej zasady, że TVP S.A. nie ponosi z tytułu tego przedsięwzięcia żadnych dodatkowych kosztów. Znalezienie więc nowego partnera, na lepszych warunkach, wydaje się obecnie bardzo mało prawdopodobne. W tej sytuacji wypowiedzenie współpracy firmie SEI i brak możliwości przejęcia przez TVP S.A. całości kosztów dystrybucji sygnału TV Polonia na kontynencie amerykańskim, mogłoby skutkować pozbawieniem amerykańskiej Polonii na dłuższy czas programu TV Polonia. Trudno sobie wyobrazić konsekwencje takiego działania narażającego dobre imię i wizerunek TVP S.A., zarówno w aspekcie politycznym, społecznym, jak i handlowym.

9. Zarząd TVP S.A. uważa, że należy kontynuować współpracę z firmą SEI. Nie z woli obecnego Zarządu jej podstawą musi pozostać umowa z dnia 14 grudnia 1994 roku. Jednocześnie powinny zostać podjęte rozmowy z firmą SEI dla znalezienia możliwości opracowania aneksu do umowy, który eliminowałby szereg wynikających z niej wątpliwości. Powinny zostać określone metody wzajemnego informowania, wzajemnej reprezentacji interesów i ich nadzoru, stopnia zaangażowania finansowego każdej ze stron i wynikających stąd uprawnień. Przy ocenie negocjowanych postanowień należy uwzględniać specyfikę rynku amerykańskiego i dobre obyczaje handlowe. W ramach nowych rozwiązań strukturalnych i kompetencyjnych, wynikających z założeń reformy TVP S.A., powinny zostać wyznaczone

4

TP 7005365

osoby i jednostki organizacyjne TVP S.A. odpowiedzialne za poszczególne zadania wynikające z realizacji współpracy z SEI.

10. Dla sprawnego osiągnięcia powyższych celów Prezes Zarządu TVP S.A. powoła specjalny zespół koordynujący prace i wyznaczający zadania poszczególnym jednostkom i pracownikom TVP S.A. Wyniki pracy zespołu zostaną przedstawione do akceptacji Zarządu TVP S.A. we wrześniu br..

Prezes Zarządu „TVP S.A."   - Robert Kwiatkowski

Członek Zarządu „TVP S.A." - Walter Chełstowski

Członek Zarządu „TVP S.A." - Jarosław Pachowski

Członek Zarządu „TVP S.A." - Tadeusz Skoczek

Członek Zarządu „TVP S.A." - Marian Zalewski

TP 7005366