20 grudnia 1996

Pan Adam Brodziak
Wiceprezes
TELEWIZJA POLSKA S.A.
ul. J.P. Woronicza 17
00-999 Warszawa
<u>Przeslane faxem: 01148.22.437126</u>

Szanowny Panie Prezesie,


Z duza przyjemnoscia informuje Pana, ze od 1-go stycznia 1997, TV POLONIA bedzie retransmitowana do Polnocnej Ameryki przez satelite ORION ATLANTIC.

Retransmisja, 24 godziny na dobe, 7 dni w tygodniu odbywac sie bedzie w kompresji cyfrowej, na transponderze 25, czestotliwosc 12,187.330 MHz.

Jestem przekonany, ze powyzsza wiadomosc sprawi Panu, jak rowniez calemu Zarzadowi TVP S.A. co najmniej tyle radosci i zadowolenia co nam.


Traktujac Powyzsza informacje, jako skromny prezent Swiateczny, przesylam Panu      i Panskim najblizszym serdeczne zyczenia wszystkiego najlepszego oraz samych sukcesow w zblizajacym sie 1997 roku.


Bogusław M. Spanski

December 20, 1996

Mr. Adam Bordziak
Vice chairman
TELEWIZJA POLSKA S.A.
J.P. Woronicza St. 17
00-999 Warsaw
Sent by fax: 01148.22.437126

Dear Mr. Chairman:

I am very pleased to inform you that starting January 1, 1997, TV POLONIA will be retransmitted to North America by the ORION ATLANTIC satellite.

Retransmission for 24 hours a day, 7 days a week, will take place with digital compression on transponder 25, 12,187.330 MHz.

I am convinced that this news will give you and the entire board of TVP S.A. at least as much pleasure and satisfaction as it gives us.

In light of this information, as a modest holiday gift, I send to you and your loved ones hearty wishes for all the best and for success in the coming year of 1997.

Boguslaw M. Spanski

# translations

July 8, 2008

I, Anne Wagner-Findeisen, Polish-English translator, engaged to this effect by and on behalf of Affordable Translations, Inc., certify that I am fully versed in the Polish and English languages, and that the attached is, to the best of my ability, knowledge, judgment and belief, a true and correct translation of the following documents:

Letter dated December 20, 1996 from Boguslaw M. Spanski to Adam Brodziak

_____
Anne Wagner-Findeisen

7/08/08
Date

MICHAEL A. ALDI, JR.
NOTARY PUBLIC
STATE OF NEW JERSEY
COMM. ID 2306745
MY COMMISSION EXPIRES OCT. 20, 2008

7/8/08