# TELEWIZJA POLSKA S.A.
## INTERNATIONAL RELATIONS

Tel. (4822) 647 85 01; (4822) 44 54 32;
Fax (4822) 647 42 48; e-mail BWZ@twor.tvp.com.pl
ul. J. P. Woronicza 17, 00-999 Warsaw, Poland

## FAX MESSAGE

| | |
|---|---|
| To: | Mr. Michael S. Schwimmer Vice President - Programming EchoStar Communications Corporation 90 Inverness Circle East Englewood, CO 80155 |
| Fax No.: | 001.303.723.1999 |
| From: | Jerzy Romanski - Director International Relations |
| Date: | 25.03.98 |
| No. of pages incl. this one: 1 | |
| Re.: | |

Dear Mr. Schwimmer

This is to confirm that Telewizja Polska USA, Inc. based in Elk Grove Village, Illinois holds the exclusive rights to the television programming produced by Telewizja Polska S.A. in Warsaw, and known as TV Polonia for the territory of USA

The exclusive license is valid until December 13th, 2019, and may be prolonged for additional terms.

Telewizja Polska USA, Inc. fulfills all its obligations under the terms of the License, and therefore is not in any breach of the License Agreement.

Yours truly,

Jerzy Romanski
Director
International Relations

SEI 000721