UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SPANSKI ENTERPRISES, INC. and POLTEL  :
INTERNATIONAL L.L.C.,
                                                                         :
    Plaintiffs,
                                                                         :
        -against-
                                                                         :
TELEWIZJA POLSKA S.A.,
                                                                         :  07 CIV 930 (GEL)
Defendant and Counterclaim Plaintiff,
                                                                         :
        -against-                                       **DECLARATION OF STEVEN SKULNIK
                                                                         :  IN OPPOSITION TO PLAINTIFFS'
SPANSKI ENTERPRISES, INC., POLTEL            MOTION FOR SUMMARY JUDGMENT**
INTERNATIONAL L.L.C., TELEWIZJA             :
POLSKA U.S.A. INC., TELEWIZJA
POLSKA CANADA INC., BOGUSLAW M.         :
SPANSKI, and EUROVU, S.A.,
                                                                         :
    Counterclaim Defendants.
                                                                         :
-----------------------------------------------------------X

        Steven Skulnik declares under the penalty of perjury as follows:

        1.     I am of counsel to the law firm of Squire, Sanders & Dempsey L.L.P., attorneys for Telewizja Polska, S.A.

        2.     I submit this declaration in opposition to Plaintiffs' motion for summary judgment.

        3.     Annexed hereto as Exhibit 1 are the cited excerpts from the deposition of Boguslaw Spanski, taken on April 17, 2008 and April 18, 2008.

        4.     Annexed hereto as Exhibit 2 are the cited excerpts from the deposition of Piotr Dmochowski-Lipski, taken on October 26, 2007 and October 27, 2007.

1006457.1

5. Annexed hereto as Exhibit 3, and filed under seal, are the cited excerpts from the deposition of Tracy Thompson West, taken on January 10, 2008 and January 11, 2008.

6. Annexed hereto as Exhibit 4 are the cited excerpts from the deposition of Anna Milewska, taken on November 13, 2007.

7. Annexed hereto as Exhibit 5 are the cited excerpts from the deposition of Krzysztof Sztandera, taken on November 15, 2007.

8. Annexed hereto as Exhibit 6, and filed under seal, are the confidential cited excerpts from the deposition of Krzysztof Sztandera, taken on November 15, 2007.

9. Annexed hereto as Exhibit 7, and filed under seal, are the cited excerpts from the deposition of Izabela Slowikowska, taken on January 10, 2008.

10. Annexed hereto as Exhibit 8 are the cited excerpts from the deposition of Richard Lubic, taken on June 24, 2008.

11. Annexed hereto as Exhibit 9 is a true and correct copy of the expert report of Richard Lubic, which was marked as Exhibit 2 to the deposition of Richard Lubic, taken on June 24, 2008.

12. Annexed hereto as Exhibit 10, and filed under seal, is a true and correct copy of SEI's balance sheets for fiscal years ending 2005, 2006 and 2007, which was marked as Exhibit 5 to the deposition of Fernando Torres, taken on July 1, 2008.

13. Annexed hereto as Exhibit 11, and filed under seal, is a true and correct copy of the expert report of David Yurkerwich, which was marked as Exhibit 2 in the deposition of David Yurkerwich, taken on June 30, 2008.

14. Annexed hereto as Exhibit 12, and filed under seal, is a true and correct copy of the Affiliation Agreement between TVP USA and EchoStar, which was marked as

Exhibit 57 to the deposition of Tracy Thompson West, taken on January 10, 2008 and January 11, 2008.

15. Annexed hereto as Exhibit 13 is a true and correct copy of a certified English translation (Exhibit 13-A) and Polish original (Exhibit 13-B) of SEI's TV Polonia Broadcasting Systems Inc. Business Plan, which was marked as Exhibit H in the deposition of Boguslaw Spanski, taken on April 17, 2008 and April 18, 2008.

Executed on September 5, 2008 in New York, New York.

_____
STEVEN SKULNIK