# EXHIBIT

# 1

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    -----------------------------X
 4    SPANSKI ENTERPRISES, INC. and
      POLTEL INTERNATIONAL L.L.C.,
 5              Plaintiffs and
                Counterclaim Defendants,
 6              vs.                        07 Civ. 930 (GEL)
 7    TELEWIZJA POLSKA, S.A., ANNA
      MILEWSKA, KRZYSZTOF SZTANDERA,
 8    MARTIN BOCHENEK, JOHN DOES 1-10,
 9              Defendants,
10    TELEWIZJA POLSKA, U.S.A., INC.,
      TELEWIZJA POLSKA CANADA INC.,
11    EUROVUS, S.A., and BOGUSLAW M.
      SPANSKI,
12              Counterclaim Defendants.
13    ----------------------------------X
14              April 17, 2008
                10:08 a.m.
15
16        Deposition of BOGUSLAW M. SPANSKI,
17    held at the offices of Squire, Sanders &
18    Dempsey L.L.P., 350 Park Avenue, New York,
19    New York, pursuant to Notice, before Thomas R.
20    Nichols, a Registered Professional Reporter
21    and a Notary Public of the State of New York.
22
23
                GREENHOUSE REPORTING INC.
24          875 Sixth Avenue - Suite 1716
                New York, New York  10001
25                  (212) 279-5108
```

1                          Spanski

2    businesses?

3          A.    I was not employed.

4          Q.    You were essentially self-employed.

5          A.    That's correct.

6          Q.    Did Club S have employees?

7          A.    Yes, it did.

8          Q.    Approximately how many?

9          A.    350, maybe 400.

10         Q.    Were you the CEO?  Were you running

11    the business?

12         A.    No, to my best recollection, because

13    it has been a while, I had management which was

14    hired and was Polish management, local Polish

15    management of the company.

16         Q.    Were you the CEO or the operational

17    manager for Trends International?

18         A.    I was the chairman and CEO of Trends

19    International.

20         Q.    You mentioned that at some point

21    Trends International had approximately 30 to 40

22    employees.

23               Did that increase over time?

24         A.    At the time when I was selling the

25    interest in the business it was -- and again, it

```
 1                        Spanski
 2    is my guesstimation.  I mean, we had sales force
 3    which was from coast to coast.  We had sales
 4    representatives from Halifax to Vancouver, and
 5    there were people working in the warehouses and
 6    office personnel.  There was quite a number of
 7    people involved.
 8         Q.    Does Spanski Enterprises currently
 9    have any employees?
10         A.    It does.  I mean, I think that it is a
11    group maybe of four people, five people.
12         Q.    Who are those employees currently?
13         A.    I mean, that would be directors of
14    Spanski Enterprises and that would be myself, my
15    wife, our son.  There is Mr. Pisarek.  I think
16    those would be it, the four.
17         Q.    How did you become interested in
18    producing and distributing Polish television?
19         A.    I don't, I mean, in 1989 when
20    basically I entered back Polish market in respect
21    after the Poland -- Polish political system
22    changed, and when I was involved in Club S
23    business, I really very frequently traveled
24    between Canada, Toronto and Poland.  I have had
25    great opportunity to interact with people of
```

Page 28

1                         Spanski
2    Polish descent working and living in
3    North America.
4                   And in 1993 when Polish television
5    established or basically brought to life
6    TVPolonia, it became subject of some discussions.
7    I realized that there is a great interest among
8    Polish immigrants to have the television program
9    or television and radio programs in their native
10   tongue.  And that's how my interest was really
11   raised.
12        Q.    How specifically did you become
13   involved in discussions with TV -- with Telewizja
14   Polska, S.A. with respect to their station?
15        A.    1994, in January, I have sent -- I
16   don't know if I sent a fax or I've called, but
17   I've contacted the office of the president then
18   and expressed my interest that I am interested in
19   learning more, if it is possible to become
20   distributor of TVPolonia in North America.
21                   And I was directed to undertake my
22   inquiries, queries I should say, and potential
23   negotiations about this matter with the office or
24   Department Of International Relations as it was
25   called then.  Which I did.

Spanski

1

2    Q.    At that point in time in 1994 what

3    kind of Polish television programs or channels

4    were available in North America?  If any.

5    A.    To my knowledge, there were shows

6    which would broadcast for one hour every week in a

7    market like Toronto.  I was not familiar how the

8    situation looked in the market like Chicago, but

9    from my later understanding the situation looked

10   similar to the arrangement that was in Toronto.

11   Q.    Prior to this venture had you had any

12   experience in the television industry?

13   A.    As I've listed to you my experience, I

14   was not involved in television besides being a

15   viewer.

16   Q.    When you contacted -- is it OK if we

17   call Telewizja Polska --

18   A.    TVP.

19   Q.    -- TVP?  -- TVP in Warsaw, was it your

20   understanding that they were looking for someone

21   to distribute programming in North America or --

22   A.    That was my understanding, that they

23   were actively looking for a partner to underwrite

24   the cost and risk of this venture to bring it to

25   North America.

                            Spanski

1

2       Q.     You dealt primarily with the office of

3   the department of international relations with

4   respect to this potential opportunity?

5       A.     I was directed by the office of the

6   president to undertake my contacts and potential

7   discussions with office of international

8   relations.

9       Q.     Who was the president at that time?

10      A.     The president of TVP was Mr. Wieslaw

11  Walendziak.

12      Q.     Did you speak to him personally about

13  this?

14      A.     No, I didn't.

15      Q.     Who did you speak with at the office

16  of the department of international relations?

17      A.     The head of the department at that

18  time was Mr. Jerzy Romanski.

19      Q.     How long did the process take of

20  discussing or negotiating this agreement with TVP?

21      A.     It started in January of 1994.  And I

22  am not -- I do not recall the specific date.  I

23  think that it can be probably traced with this

24  facsimile communication, and it culminated on

25  December 14, 1994, with the execution of the

                              Spanski

1

2    agreement.

3         Q.    How frequently did you communicate

4    with TVP during this time frame that was almost a

5    year?  Was it once a month?  Once a week?  Once

6    every day?

7         A.    To --

8         Q.    Was there a month where you really had

9    all of the discussions?

10        A.    I guess that your last description

11   probably is the most appropriate.  There were

12   times where nothing was happening, and there were

13   times when there was some intensive meetings or

14   consultations.

15             I know for the fact that if this

16   agreement would not be signed on December 14th, I

17   was on my way out to the airport.  So it was -- I

18   was really overburdened with the slow speed and

19   the process, but it culminated in the execution of

20   the agreement.

21             MS. HAVERSTICK:  Do you mind if we

22        take a short break?

23             (A recess was taken.)

24   BY MS. HAVERSTICK:

25        Q.    Who was the primary person?  Was

1                          Spanski

2    Mr. Romanski the person you had most of the

3    negotiations with?

4         A.    I believe that he being the head of

5    international department, he was the lead guy on

6    negotiations.  I can recall that there is some

7    other people from the department or from the legal

8    department which were part of the meetings which

9    we had, but he was the one who was in charge from

10   the television or TVP side.

11        Q.    Who drafted the original agreement?

12        A.    There was -- I know that it was my

13   input into this and I could not precisely say it

14   was drafted by TVP or our side for the reason that

15   we were -- they were drafting it.  We were

16   proposing changes and it went back and forth.  But

17   in general, it was, just thinking about it, it was

18   drafted by TVP's legal department.

19        Q.    You specifically recall that it was

20   drafted by TVP's legal department?

21        A.    I mean, not specifically.  This is 20,

22   I mean, this is not 20, but there's a significant

23   amount of time.  And I know that there were issues

24   which were of importance to me and there were

25   issues which were important to TVP.  So it was

Page 33

```
 1                        Spanski
 2    like it was being put together by both sides.
 3         Q.    Were you represented by a lawyer in
 4    connection with these?
 5         A.    I was not.
 6         Q.    Did you have an attorney review the
 7    contract before you signed it?
 8         A.    I did not.
 9         Q.    What were the issues that were
10    important to TVP?
11         A.    The issues which were of importance
12    were finding the party which will underwrite the
13    cost of the whole undertaking.  This was the prime
14    interest by TVP.
15         Q.    Any other issues that were important
16    to TVP?
17              MR. ZAVIN:  Objection.  Obviously to
18         the extent he knows.  He can't know their
19         internal thinking.
20              MS. HAVERSTICK:  Sure.
21         A.    Any other issues?  I know, I recall
22    that the integrity of the shows were of importance
23    to them.
24         Q.    That was something that they expressed
25    to you?
```

1                          Spanski

2    that there might be more bureaucracy or things

3    like that?

4         A.    I was not expecting the agreement to

5    be reached within 30 days.

6         Q.    That was your expectation?

7         A.    I was not.

8         Q.    Oh, OK.

9         A.    I was not expecting it.  But I think

10   that one year was a lengthy process, be it with

11   the government-owned entity or otherwise.

12        Q.    Now, the 1994 agreement has a

13   provision regarding production of a program.  Do

14   you recall that?

15             MR. ZAVIN:  Objection.  Are you going

16        to show him the agreement at this point

17        or --

18             MS. HAVERSTICK:  Well, I would like to

19        ask him what he -- well, let me ask the

20        question.

21        Q.    What discussions do you recall having

22   during these negotiations over the idea of S-E-I,

23   SEI, producing a program?

24        A.    At the time the agreement was

25   negotiated TVPolonia program to my best

1                            Spanski

2    recollection was broadcasting sixteen hours a day.

3    And that was leaving eight hours of black screen,

4    which to my understanding at that time, even not

5    being a television executive or involved in

6    television, was something which would be

7    detrimental to the success of bringing it to

8    America.

9              That was the reason.  And we wanted to

10   have opportunity if such occasion would arise that

11   this time could be filled up with locally produced

12   programming.

13        Q.   So was that something that was your

14   idea or was that TVP's idea?

15        A.   It was our idea.  And -- it was our

16   idea.

17        Q.   When you say "our idea," who are you

18   referring to?

19        A.   SEI, S-E-I.

20        Q.   So you and perhaps Mr. Pisarek.

21        A.   Let's call it me.  It's me.

22        Q.   Now, when did you begin broadcasting

23   in North America?

24        A.   The official inauguration of the

25   broadcast was sometime in September of 1995, which

Page 52

```
 1                        Spanski

 2         identification, this date.)

 3              (Defendants' Exhibit G-1, document

 4        purported to be English translation of Exhibit

 5        G, marked for identification, as of this

 6        date.)

 7         Q.    Mr. Spanski, I have, you've been

 8   handed Exhibits G and G-1.  Exhibit G is the

 9   original December 1994 agreement between TVP and

10   SEI; is that correct?  In Polish.

11         A.    Yes, it is.

12         Q.    And Exhibit G-1 is the English

13   translation that you submitted to the court in

14   connection with your declaration that was filed in

15   this case; is that correct?

16         A.    I --

17         Q.    I will tell you it is and I think your

18   counsel will tell me if I'm wrong because it is

19   labeled at the top.

20              MR. ZAVIN:  We'll stipulate to that.

21         Q.    Please look at paragraph 1-D of the

22   agreement.  There's a defined term, "program."

23              Do you see that?

24         A.    I do.

25         Q.    And the program -- and that provision
```

Page 53

```
 1                      Spanski
 2    reads, I'm obviously reading it in English, but
 3    that provision reads the "program refers to the
 4    Polish language TV program created by SEI and
 5    broadcast in the Territory."
 6              Do you see that?
 7        A.    I do.
 8        Q.    Was that a provision that you, that
 9    SEI, requested to be put into the agreement?
10        A.    I could not really recall whose
11    request it was.
12        Q.    But it's your testimony that -- well,
13    what do you understand that that program to be
14    that's referred to here in paragraph 1-D?
15        A.    This agreement was to my best
16    recollection correct, created in such way that one
17    individual paragraph or sentence cannot really be
18    read without interactions with the others.
19              So what I have testified earlier is
20    that with TVPolonia at that time broadcasting 16
21    hours there was this black screen which at the
22    time it was negotiated gave us opportunity to add
23    and fill it up with the programming created within
24    the territory.  And that's how it was from my
25    understanding, that wording and the language of
```

Page 54

1                          Spanski

2     this particular section.

3          Q.     Did you ever create or produce such a

4     program?

5          A.     We did not.

6          Q.     Did you ever investigate through any

7     production companies or any other sort of vendors

8     what you would need to do to produce some program?

9          A.     We did.

10         Q.     Could you tell me about that?

11         A.     Starting very early in our operation,

12    it must have been 1995, we have build offices with

13    the provision for studio and we even hired

14    operators with the provision that we will be doing

15    or creating the element of the program.

16         Q.     Where were these offices located?

17         A.     Milwaukee Avenue in Chicago.

18         Q.     When you say built offices, did you

19    actually physically build an office?

20         A.     We were -- initially the lease

21    agreement which we've entered, that was for some,

22    to my recollection, raw space.  It wasn't

23    finished.  And we were involved in finishing those

24    offices at Milwaukee Avenue in Chicago.

25         Q.     When you say "we," which company

Page 55

```
 1                         Spanski
 2    engaged in this endeavor?
 3         A.    It was Telewizja Polska USA.
 4         Q.    Can we refer to that entity as either
 5    TVP USA or Polish television --
 6         A.    TVP USA is fine.
 7         Q.    So this was in 1995 you had a lease
 8    agreement in Milwaukee for raw space for a
 9    production studio?
10         A.    We had an agreement in Chicago for the
11    space on Milwaukee Avenue.
12         Q.    Oh, on Milwaukee Avenue.
13         A.    The offices which also included
14    production facilities.
15         Q.    Do you still have a copy of that lease
16    agreement?
17         A.    I doubt it.
18         Q.    You mentioned that you hired
19    producers?
20         A.    There was a camera operator who became
21    the employee of TVP USA and there was intent and
22    preparation for producing the shows which would
23    become part of the broadcast of TVPolonia.
24         Q.    What other preparation?  Were there
25    scripts written or --
```

```
 1                      Spanski
 2        A.     Preparation were limited to acquiring
 3   the equipment, facilitating space, and getting
 4   ready to be ready when the broadcast will
 5   commence.
 6        Q.     And what was your intent with respect
 7   to this program?  What sort of a program was it
 8   going to be?
 9        A.     At that time, 1994, we thought that
10   the best program to complement the broadcast of
11   TVPolonia would be a daily news show from Chicago,
12   which is great and basically the largest
13   concentration of Polish community.  And that's
14   what we were planning to do.
15        Q.     How long was each show going to be of
16   the daily news?
17        A.     Typically the show would, um, news
18   show would last maybe half an hour, maybe 45
19   minutes.
20        Q.     And that show was going to fill up the
21   eight-hour black time?
22        A.     I could -- obviously the eight hours
23   and half an hour is not what would fill it.  But
24   then we would also include programming which was
25   shown on the remaining 16 hours of TVPolonia.
```

```
 1                      Spanski
 2    there is Telewizja Polska Chicago and there is
 3    Telewizja Polska St. Louis and there are some
 4    other Telewizja Polskas.
 5              I mean, what kind of benefit would I
 6    get from registering this name with anybody?  I
 7    doubt that I would get any.
 8         Q.   Is the answer to the question then
 9    that you have not?
10         A.   The answer is I have not.
11         Q.   Under the 1994 agreement SEI has the
12    right to use the TVPolonia logo in connection with
13    implementing the agreement; is that right?
14         A.   Correct.
15         Q.   So the parties addressed the issue of
16    whether or not the TVPolonia logo could be used,
17    correct?
18         A.   Marketing, marketing the product.
19    We're not marketing the entity.  We're not going
20    out on brochures and marketing the logo of TVP
21    USA.  We're marketing what we are selling and
22    distributing.  That was the purpose and that was
23    the understanding.
24         Q.   You don't have any written document
25    that grants you the rights to use the names
```

Page 86

```
1                          Spanski
2    Telewizja Polska in your companies; is that right?
3         A.     To my recollection, I don't.
4                MS. HAVERSTICK:  Off the record for a
5         moment.
6                (A luncheon recess was taken at
7         12:45 p.m.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 88

```
 1                     Spanski
 2    1988.
 3          Q.    OK.  So a one-time event.
 4          A.    Yes.
 5                MS. HAVERSTICK:  I would like to mark
 6          this as Exhibit H.
 7                (Defendants' Exhibit H, document
 8          entitled "TVPolonia Broadcasting System,
 9          Inc., Business Plan," marked for
10          identification, this date.)
11          Q.    Mr. Spanski, if we could please look
12    at what has been marked as Defendants' Exhibit H.
13    This is a copy of a TVPolonia Broadcasting Systems
14    Inc. business plan.
15                Do you recognize this document?
16          A.    It has been a while since I had it in
17    my hands, but I believe that's the document.
18          Q.    SEI created this document?
19          A.    I believe so, yes.
20          Q.    Did you personally create this
21    document?
22          A.    I do not recall if it was me
23    personally who created it.
24          Q.    At some point this business plan was
25    presented to TVP; is that correct?
```

1                            Spanski
2          A.     In the early, fairly early time of
3    negotiating the agreement for distribution with
4    TVPolonia.
5          Q.     You initially contemplated calling
6    your North American entity TVPolonia Broadcasting
7    Systems, Inc.; is that correct?
8          A.     I guess I contemplated a number of
9    names.  This was one of them, I guess.
10         Q.     And this was one you presented to TVP
11   in a business plan.
12         A.     Correct.
13         Q.     I would like you to turn to the fourth
14   page.  There is a paragraph, I believe it's the
15   second full paragraph.  It references research on
16   the Polish speaking society in Canada and America.
17                Do you see that?  It's the second full
18   paragraph.
19         A.     On page 4?
20         Q.     Yes.  It's the -- the page that's
21   labeled TP 7004552 at the bottom.
22         A.     Yes.  Where it says?
23         Q.     The second full paragraph, the word
24   starts with a B at the beginning of the paragraph?
25         A.     Yes.

Page 91

1                          Spanski
2          Q.    So you and your company did not
3    conduct any independent research on the Polish
4    speaking community and the demand for TVPolonia or
5    other television stations?  Is that what you're
6    talking about?
7          A.    We did not conduct our research.  We
8    relied on the numbers which are provided by Polish
9    consulates or those which as it turned out are a
10   very inaccurate in application to an undertaking
11   like this.
12         Q.    I would like you to look at the same
13   page, number 5.
14         A.    Yes.
15         Q.    Number 5, and I'm paraphrasing here,
16   states that you, your aim is to reach two million
17   subscribers within five years.
18               Do you see that?
19         A.    I do.
20         Q.    Where did you get that number?
21         A.    The same way the Polish consulate gets
22   that there's ten million Polish people in America.
23         Q.    How did you get two million
24   subscribers from ten million Polish?
25         A.    Because we assume there would be a

```
 1                      Spanski
 2    percentage which will not be interested.  Not
 3    every -- will not get a hundred percent
 4    penetration of ten million.
 5         Q.    The ten million number that you were
 6    using from the consulate, did that refer to number
 7    of households or number of individuals?
 8         A.    Ten million is heralded for, as I
 9    learned later, being involved in this project and
10    enterprise, it's heralded for political reasons.
11    It is much better to visit, to cater to or to
12    address the community which is ten million strong
13    than community which is, let's say, maybe a
14    million strong.
15              So that's where the ten million comes.
16    It has till this day when Polish politicians visit
17    the United States, they are going to visit Polish
18    community ten million strong or better.  That's
19    what it is still to this day.
20         Q.    Your experience in reality is that the
21    ten million number is real too high a
22    characterization?
23         A.    Not my --  not my experience.  I think
24    it is coming a well-known fact, there is an
25    enormous overblown of Polish ethnic group.  If
```

```
1                      Spanski

2      somebody who can attest to Polish roots, his

3      attestation can be presented in the toast

4      na zdrowie, as an example, to good health, makes

5      them Polish, then it well may that be there's ten

6      million Polish people in America.

7              Q.    You testified that there's a

8      percentage that you assume would not be

9      interested, a percentage of this number.

10             How did you decide what percentage

11     would be not interested?

12             A.    How I decided?  It's a guessing game.

13     Like in any business there is very small

14     likelihood that you can achieve a hundred percent

15     penetration with any product or service you

16     provide.

17             Ours was, our goal was shown -- in

18     those numbers we're looking for 20 percent

19     penetration, which as the -- anyway, it was 20

20     percent at that time.

21             Q.    Did you tell TVP that this was a

22     guess?

23             A.    It was known from all information

24     exchanged with TVP that it could not have been

25     anything but.  Like the business plan in its
```

Page 94

1                          Spanski

2    nature, it's that we take certain information.  We

3    try to, you know, see what we can offer and where

4    we can get, what kind of penetration we can

5    achieve and that was the result of it.

6          Q.    If you could turn with me to page 6,

7    which is labeled TP-7004554.  If you look at the

8    last paragraph in that, on that page, the first

9    sentence, you see a reference to Spanski

10   Enterprises Inc. planning to spend 3 million

11   American dollars for the start-up of this

12   enterprise?

13                Do you see that?

14                MR. ZAVIN:  Objection.  That is not

15          what it says, at least even in the English

16          translation you provided.  There is no claim

17          that Spanski Enterprises has spent $3

18          million.

19          Q.    My question, what I intended to say,

20   and I am not sure I did, was, that there's a

21   reference to Spanski Enterprise assigning or

22   intending to spend $3 million to invest in this

23   enterprise.

24                Do you see that?

25          A.    I do.

1                        Spanski

2        Q.    Where did the $3 million number come

3    from?  What was your basis for putting that amount

4    in your business plan?

5        A.    It was my calculation that that would

6    be required to make this enterprise fly.

7        Q.    How much did you actually spend in the

8    start-up of this company?

9        A.    We have spent around $1.5 million, and

10   reduction in the planned outlay of capital was due

11   to the fact that TVPolonia started broadcasting 24

12   hours per day.

13              And secondly, that delivery

14   transmission has changed from analog to digital,

15   which provided some savings.

16       Q.    The first reason for the reduction,

17   the fact that TVPolonia started broadcasting 24/7,

18   you say that's a reason for a reduction in the

19   amount of capital because you did not need to fill

20   the extra hours or for some other reason?

21       A.    Obviously if we would start producing

22   the show it would require some cost.

23       Q.    Can you tell me generally what the

24   expenses were that made up the 1.5 million?

25       A.    We're talking many, many years back.

1                          Spanski

2                    This is a projected statement of

3    operations.

4                    Do you see that?

5         A.    That's what it says, yes.

6         Q.    You put together this chart?

7         A.    Not me personally, but it was prepared

8    I guess.

9         Q.    Do you know who did?

10        A.    I can only guess that it was either

11   myself or Mr. Sniegowski.  I cannot tell you

12   precisely who did.

13        Q.    Would you agree with me that there's a

14   fairly detailed breakdown of the expenses here?

15                    MR. ZAVIN:  Objection.  I assume

16        projected expenses.

17                    MS. HAVERSTICK:  Sure.

18        A.    There are projected expenses.

19        Q.    Would you agree with me that it's a

20   fairly detailed breakdown of the projected

21   expenses?

22        A.    I do not really know.  I mean, looking

23   at this I have a question if it was -- if it says

24   rent 200, is it 200, what?  Dollars?  What is it?

25        Q.    If you look up here --

1                          Spanski

2          A.     Oh, it is in thousands, OK, 1,000,

3    thank you.   OK.   Yeah, I mean, $120 million sounds

4    very impressive.

5          Q.     That's true.   Do you have any idea

6    where -- was there any research done or other

7    calculations done in order to come up with these

8    numbers that are on this chart?

9          A.     I do not know if there was research.

10   But I think that there is some assumptions made

11   with respect to what will be the rent, what will

12   be sales, the number of subscribers.   Those are

13   all assumptions.

14         Q.     Can you could please turn to, it's

15   about four or five pages in that, there is a page

16   that says "Population by Age" at the top?

17         A.     Uh-huh.

18         Q.     And if you look at that page,

19   following that page there are about six or seven

20   pages of charts.

21                Would you agree with me this appears

22   to be the results of some sort of survey?

23         A.     I believe that those are charts which

24   were obtained from some sources.

25         Q.     Any idea where?

1                          Spanski

2          A.    I mean, I can, from what the header

3    says, it refers to Ontario.  Source of news.  This

4    is Ontario.

5                It also refers to 1999 census.  So I

6    can guess that who was preparing that and that, as

7    I look into it, I would, um, say again, it was

8    Mr. Sniegowski who prepared that.

9          Q.    To your knowledge, did SEI conduct any

10   sort of survey that resulted in this information

11   that's in the business plan or was it taken from

12   other sources?

13         A.    It was taken from the other sources.

14         Q.    And you don't know what sources it was

15   taken from other than your guess that it was taken

16   from the 1991 census?

17         A.    I don't know.  I have no idea.

18         Q.    You would agree with me that this was

19   presented to TVP as some research that had been

20   done or had been compiled by your company; is that

21   correct?

22         A.    It was presented in the capacity how

23   we envision the possibilities associated with the

24   project.

25         Q.    It was presented in connection with

                              Spanski

 1

 2    your attempt to be the chosen company to

 3    distribute TVPolonia in North America, correct?

 4         A.    It was presented at that time when we

 5    were trying to obtain the agreement.

 6         Q.    There were other companies that were

 7    being considered for the agreement as well,

 8    correct?

 9         A.    That's right.

10         Q.    And you were aware of that at that

11    time.

12         A.    Not specifically.  I've learned about

13    that after the fact.

14         Q.    So you were not aware that TVP was

15    considering other companies to distribute

16    programming in the United States and Canada until

17    after you signed the agreement?

18         A.    To my best recollection, there were --

19    I was not informed by anybody that there is some

20    other parties involved.  What I -- when we have

21    entered into agreement, we were approached by the

22    company which name was Ethnic American

23    Broadcasting Corporation out of New Jersey, Fort

24    Lee.  And they simply wanted us to, to, I don't

25    know if to make agreement with them, to somehow

1                          Spanski

2          Q.    Is she with a firm?

3          A.    No, she is certified accountant to my

4    knowledge and then she has her own practice.

5          Q.    She, so she is not an employee of TVP

6    USA?

7          A.    No, she is not.

8          Q.    She is an independent contractor?

9          A.    Correct.

10          Q.    Does TVP USA have any other

11   independent contractors?

12          A.    Not that come to my mind at this

13   point.

14          Q.    EuroVu, S.A. is organized under the

15   laws of Switzerland?

16          A.    Switzerland.

17          Q.    And that was organized in what year?

18          A.    2002.

19          Q.    Why was that company created?

20          A.    The company was created in response to

21   complaints and problems with accounting issues, in

22   particular withholding tax issues by TVP.

23          Q.    So these are complaints and problems

24   with accounting issues made by TVP prior to 2002?

25          A.    Correct.

1                         Spanski

2        A.    I mean, if we were to operate out of

3    Brazil, I guess we would adhere to the provisions

4    in Brazil.  Since we operated in Brazil, I mean,

5    we distributed.  But we have not received any

6    revenues.

7        Q.    TVP did not tell you to create a new

8    operating company in Switzerland, correct?

9        A.    No, they didn't.

10        Q.    That was something you did on Ernst &

11    Young's recommendation in order to address an

12    issue that had been raised regarding the

13    withholding taxes, correct?

14        A.    That's correct.

15        Q.    Did you inform TVP that you had

16    created this new entity in Switzerland?

17        A.    At the particular time I did.

18        Q.    Was that in writing?

19        A.    I believe that it was, firstly, I

20    mean, basically the issue was first discovered by

21    TVP, not me informing them in advance.  So they

22    knew it before I had the opportunity to inform

23    them.

24        Q.    Could you explain that?  I don't

25    understand how that could happen.

1                              Spanski

2        A.     We have entered into agreement with

3    International Channel as our agent for cable

4    distribution and this agreement was entered

5    through EuroVu and some individual who had

6    relation with International Channel prior to us

7    entering into this agreement.

8               He has learned when they have

9    terminated his service that the entity called

10   EuroVu has entered for the distribution of

11   TVPolonia and he has contacted TVPolonia and

12   advised them that such an agreement is in place.

13              So I have received inquiry or I don't

14   know if it was fax or some correspondence from

15   Director Bartkiewicz at that time asking me if I

16   am familiar with this entity, which claims to have

17   rights in the distribution of TVPolonia in the US.

18   To which I replied yes, it was the entity which we

19   have formed.

20       Q.     What was his response when you told

21   him that?

22       A.     I believe that his response was that

23   he will review it with the legal department if it

24   is permitable or not permitable, and we have had

25   exchange of correspondence on this subject, which

1                          Spanski

2      division that you came up with.

3           A.    In uniform way I did decide that was

4      the way we would do it.  But on the agreement with

5      DIRECTV, it was for example agreed between DIRECTV

6      and us that that's what they will allocate in

7      respect to their agreement.

8           Q.    Who owns the radio stations?

9           A.    The radio stations are owned by

10     Polskie Radio, which is the Polish Public

11     Broadcasting.

12          Q.    Both of them are owned by the same

13     company?

14          A.    Correct.

15          Q.    Do you remit royalties to Polish

16     Public Broadcasting for those radio stations?

17          A.    To Polskie Radio?

18          Q.    Yes.

19          A.    No, we don't.

20          Q.    How does your arrangement with them

21     work?

22          A.    The arrangement with Polskie Radio is

23     that they wanted to be present in the territory of

24     North America, and we have undertook for them to

25     underwrite the cost of delivery and packaging it

1                         Spanski

2    with TVPolonia and we don't have payments like we

3    have payments, royalties payments to Polish

4    television.

5              But instead, if we would start selling

6    advertising within the content of radio channels,

7    we would share those revenues.

8         Q.    So you are not paying royalties to

9    anyone else on the 33 percent that you're taking

10   out and allocating to radio; is that correct?

11        A.    That's correct.

12        Q.    Did you ever inform anyone at TVP that

13   you were allocating 66 percent to TVPolonia and 33

14   percent to radio?

15        A.    To my best knowledge, I have mentioned

16   that, yes.  TVP was very well aware that there was

17   allocation for radio and television of TVPolonia.

18        Q.    They were aware that there was

19   allocation?

20        A.    Yes, they were aware there was

21   allocation percentage, which was allocated to

22   radio channels and there was allocation to --

23        Q.    Were they aware of the specific

24   percentage?

25        A.    At that time they were and --

1                           Spanski

2         Q.    Do you see the line that says "bank

3    service charges," $38,489 under "Expenses"?

4         A.    I do see it.

5         Q.    What is that?

6         A.    As a matter of fact, I do not know the

7    answer at this moment.  The amount seems to be

8    high.

9         Q.    That's why I asked.  You don't know

10   what that represents?

11        A.    No, I could not answer you at this

12   moment.

13        Q.    If you look further down the page

14   under, about the middle of the page under

15   "Expenses," there are professional fees and

16   there's a legal fees of 300,000.  Those were as

17   you testified the legal fees --

18        A.    Associated with the litigation against

19   EchoStar.

20        Q.    During what years was TVP USA paying

21   those legal expenses?

22        A.    It started in May of 2002 and we

23   continued to recently.

24        Q.    You recently obtained a judgment which

25   you said was somewhere between 1.2 and 1.5

```
 1                        Spanski
 2    million, correct?
 3         A.    I don't know if I said it was 1.2 or
 4    1.4.  Because the judgment which we obtained was
 5    precisely 1.4 million, maybe 1.43.
 6         Q.    What was the basis for your claim
 7    against EchoStar in that case?
 8         A.    The fundamental claim was breach of
 9    contract if I recall correctly.  There were some
10    other claims made, but since I am not a legal
11    professional...
12         Q.    Did those claims relate to subscriber
13    fees that you claimed were to be paid to TVP USA
14    by EchoStar?
15         A.    The claims were related to not paying
16    subscriber fees.  And if there were other claims
17    related to the relation of what EchoStar was
18    improperly doing, they were part of that too.
19         Q.    The judgment, when did you receive the
20    1.4 million?
21         A.    We received in, I mean, we did not
22    receive 1.4 million because the legal fees were
23    still outstanding and they were deducted, but we
24    received a portion of those funds in May of 2007.
25         Q.    I thought that EchoStar was ordered to
```

```
 1                      Spanski
 2   pay your attorneys' fees.  And in fact, I recall
 3   just seeing a copy of a check that was just
 4   produced.
 5           A.    My understanding is that we have won
 6   the judgment to receive a portion, and I believe
 7   it's a significant portion of our legal fees, but
 8   it is not all our legal fees.
 9           Q.    So after you deducted the legal fees
10   from the 1.4 million in May 2007, how much was
11   left?
12           A.    It's not that I deducted, because the
13   law firm, and you know it probably much better
14   than I, did the reconciliation statement in which
15   they said this is the judgment.  Those are still
16   fees due.  So therefore we send you, and I believe
17   that it was sent by wire to our bank account.
18   That's the amount which is of net judgment.  We
19   received it in May, sometime in May of 2007.
20           Q.    How much was that amount, the net that
21   you received?
22           A.    I think that there was something close
23   to 1.2 million.
24           Q.    And what efforts have you made to
25   allocate and pay the portion of that 1.2 million
```

<pre>
1                        Spanski

2    that is due to TVP?

3        A.    First of all, what was due to TVP were

4    unpaid fees by EchoStar and the judgment, as good

5    as it was, did not specify the amount of damages.

6    It was simply the amount which the jury awarded us

7    in this whole legal dispute and suit.

8              As soon -- I believe that May falls

9    into reporting of the second quarter for 2007.

10   And in 2007 this particular amount which was due

11   to TVP was reported and paid.

12       Q.    In the second quarter of 2007?

13       A.    To my best recollection, yes.

14       Q.    Were they paid 8 percent of 1.2

15   million?

16       A.    No.

17       Q.    What were they paid?

18       A.    The fees which were not paid by

19   EchoStar for the months in 2002 were, to my best

20   recollection, I am not -- it was like 990, maybe

21   $980,000.  What was paid to TVP was 8 percent of

22   75 percent of that amount.

23       Q.    So where does the 75 percent come

24   from?

25       A.    I think that we have discussed that
</pre>

                            Spanski

1
2   subject in detail before, but I can revisit it.
3   Of $20 of the package price, $5 or 25 percent was
4   for radio services.
5           As I mentioned, TVP was informed,
6   advised in 1998 about that.  So we were reporting
7   to TVP the amount that was due on their portion of
8   programming package.
9       Q.    I thought that your testimony earlier
10  was that you had settled on a 66/33 division on
11  that.
12      A.    66/33 was introduced when we started
13  reporting after the agreement with Globe Cast,
14  which wanted to allocate $12 for TVP program
15  versus radio services of $8, and that represents
16  60/40 revenue share.
17          And in view of past practice with
18  EchoStar it was 75/25, and then with Globe Cast
19  being 60/40, Rogers Cable being 50/50, at that
20  time the decision was made that there will be
21  66/33.
22      Q.    So am I correct when you were with
23  EchoStar TVP, the division that you were applying
24  was 75/25.
25      A.    That's correct.

```
 1                     Spanski
 2        Q.    Now, back to the second quarter of
 3   2007, you by my calculations included something
 4   around 59 or $60,000 in your statement to TVP from
 5   the second quarter of 2007 which would have
 6   reflected TVP's portion of the judgment from the
 7   EchoStar case?
 8             Does that sound right?
 9        A.    I mean --
10             (Interruption.)
11             MR. ZAVIN:  Take a break?
12             (A recess was taken.)
13             THE REPORTER:  There's a pending
14   question.
15             MR. ZAVIN:  Let's hear the question.
16             MS. HAVERSTICK:  Do you want to hear
17   the question again?
18             THE WITNESS:  Please.
19             (A portion of the record was read.)
20        A.    Assuming that your math is correct,
21   that's right.  We included 8 percent of 75 percent
22   of the amount which EchoStar did not pay us for
23   the months of January, February, March, April and
24   a portion of May of 2002.
25        Q.    And that amount was, you just said,
```

```
 1                    Spanski
 2   approximately $990,000?
 3        A.    Speaking from the memory, that was
 4   somewhere.
 5        Q.    Do you have any documents that reflect
 6   your calculation of this amount?
 7        A.    If I have documents?  I have my, um,
 8   calculations.
 9        Q.    You have those written down?
10        A.    Yes.
11        Q.    Have those been produced to your
12   attorneys in this case?
13        A.    I don't know.
14             MR. ZAVIN:  I don't think they were
15        ever requested.
16             MR. MATTIACCIO:  We might differ on
17        that.  No point in taking time now.
18             MR. ZAVIN:  I would also point out
19        that you're asking this witness to remember
20        by memory numbers where you have the
21        documents.  You have the statements.
22             Rather than have him guess as to dates
23        and the amounts, you might just want to show
24        him the statements.
25             MS. HAVERSTICK:  We're actually about
```

1                           Spanski

2          to do that.  But of course the problem is

3          that the statements are so summary that it's

4          impossible to tell.

5                  MR. ZAVIN:  It would certainly tell

6          the amount and tell the dates.

7                  MS. HAVERSTICK:  Let's mark this as

8          the next exhibit.

9                  (Defendants' Exhibit K, Spanski

10         Enterprises, Inc., document, Bates Nos.

11         SEI003052 through 53 through 28 and 71

12         through 72, marked for identification, this

13         date.)

14    BY MS. HAVERSTICK:

15         Q.    Mr. Spanski, if you could please look

16    at the document that has been marked as Exhibit K.

17                The last page of that document appears

18    to be the financial statement from EuroVu for the

19    second quarter of 2007; is that correct?

20         A.    That's correct.

21         Q.    And if you could please look at this

22    document and tell me if you can explain how the

23    judgment from EchoStar is reflected in the

24    payments to TVP.

25         A.    I mean, the amount of $1,586,072, this

```
 1                        Spanski
 2    amount of 75 percent of this 900 and 80 or 70,000.
 3    Plus it also includes the amount or 66 percent of
 4    the settlement we received from Time Warner Cable
 5    after prolonged dispute regarding Time Warner not
 6    paying us the fees on the license agreement that
 7    we had with them.
 8         Q.   So if I take $1,586,072, and subtract
 9    out 75 percent of the -- strike that.
10              This Time Warner Cable dispute, was
11    this a dispute that, was this a lawsuit that was
12    filed in court?
13         A.   No.  It was settled.
14         Q.   It was settled outside of litigation?
15         A.   I mean, it never got to the point of
16    us fighting the lawsuit, but we were determined if
17    it would not be resolved then it would.
18              MS. HAVERSTICK:  I would like to mark
19         that as Exhibit L.
20              (Defendants' Exhibit L, document
21         entitled "Release," Bates No. SEI002850,
22         marked for identification, this date.)
23         Q.   If you could please look at the
24    document that's been marked as Exhibit L, this is
25    a release.
```

1                         Spanski

2              Have you seen this before?

3      A.     Yes, I have.

4      Q.     Is in the settlement that you're

5  referring to with Time Warner Cable?

6      A.     Yes, that's correct.

7      Q.     And this settlement was for

8  approximately $362,000.  Correct?

9      A.     Approximately, yes.

10     Q.     And a portion of this settlement was

11 allocated to TVP in the financial statement from

12 the second quarter of 2007?

13     A.     Correct.

14     Q.     And what portion of this?

15     A.     It was 66 percent.

16     Q.     Was allocated in line 3 for the

17 income?

18     A.     Correct.

19     Q.     Other than the EchoStar dispute that

20 we just discussed and the Time Warner Cable

21 dispute that we just discussed are there any other

22 disputes with other providers that you had over

23 the years that have been, you know, resolved or

24 settled?

25     A.     No.

1                          Spanski

2    was not present at the time.

3         Q.    Today that's the commonly used term

4    for accessing the shows on the Web site?

5              MR. ZAVIN:   Objection.  You can

6         answer.

7         Q.    You can answer.

8         A.    If I understand video on demand is

9    that you access the show and you pay for

10   particular show.  That's my understanding of video

11   on demand.

12        Q.    And on your Web site the viewers don't

13   pay for each specific show.  They pay a monthly

14   subscription, correct?

15        A.    That's correct.

16        Q.    And are the subscribers able to access

17   as many shows as they want during the month?

18        A.    Yes, that's correct.

19        Q.    Are they able to access and watch the

20   same show more than once during that month?

21        A.    Not currently.  After receiving a

22   receipt of the letter from TVP, we have took

23   efforts, and I believe there was some special

24   software either designed or -- but right now the

25   viewer, viewability of the shows is limited to

1                         Spanski

2        A.     That's correct.

3        Q.     -- per subscriber, correct?

4        A.     Correct.

5        Q.     I take that to mean that prior to that

6   time there was no limit, correct?

7        A.     As long as the particular show was

8   kept in the server, I would say, that the

9   subscriber had the access to view it.  There was

10  unlimited --

11       Q.     As many times as they wanted.

12       A.     As many times, yes.

13       Q.     For what period of time was there no

14  limit on the shows?  Well, let me start over.

15              When did you start making TV Polonia

16  shows available on the Web site tvpolonia.com?

17       A.     I testified earlier it started in

18  1998.

19       Q.     What was available on the Web site in

20  1998?

21       A.     I believe in 1998 the first step

22  undertaken were testing, were offering limited

23  number of shows, testing the technology as well as

24  interest.  As with years, the technology has

25  progressed and interest has changed.

1                          Spanski

2        A.    You can stream, to my limited

3    knowledge about the subject, you can stream two

4    ways.  One is live stream, and the other one is

5    streaming of particular parts to the viewer.

6              And if you are -- and you've asked me

7    if we were aware of this streaming or if we were

8    doing the streaming?

9        Q.    If it was available on your Web site

10   in 1998 or 1999.  Either type of streaming.

11       A.    We were steaming to the viewers, yes.

12       Q.    Currently on your Web site are the

13   viewers obtaining a live feed, a live streaming of

14   the shows, or are they watching copies of the

15   shows that are located on your servers?

16       A.    We are not providing live streaming.

17       Q.    Are the subscribers watching copies of

18   the shows that are located on your servers?

19       A.    If you call them copies, that's, you

20   know, your current question, they are accessing

21   the server and receiving the stream of those shows

22   from the server.

23       Q.    So the shows, the TV Polonia shows are

24   located on your server, correct?

25       A.    That's correct.

Page 218

1                           Spanski
2          Q.    And the subscribers are accessing the
3     shows from your server.
4          A.    That's my understanding, yes.
5          Q.    Prior to 2007 when you implemented
6     this special software to limit access to multiple
7     viewings of one show was there any limit in place
8     to limit the number of times that a subscriber
9     could watch any given show on the Web site?
10         A.    I believe that the only limit was the
11    time limit by which the shows were available on
12    the server.
13         Q.    So for example, some shows may have
14    only been available on the server for a year or a
15    few months or something like that; is that right?
16         A.    I would characterize your statement
17    for a year as very excessive.  I think that we are
18    talking maybe a month, maybe in the case of news
19    service they might have been a couple of days.
20               But this, I mean, I would like to
21    stress out this moment that this has been
22    well-known and discussed by management from
23    Telewizja Polska, TVP in Warsaw.
24         Q.    Tell me about that.  How has this been
25    well-known by management of TVP in Warsaw?

                            Spanski

1

2        A.      No.   I do not know.   I don't recall

3    who was the first host.  As a matter of fact, this

4    company, Biprofiks, was I believe one of the first

5    who we considered really getting to agreement to

6    host the service.  But as they could not provide

7    the service, there was some problems.  We really

8    never got going with them.

9                    Then in 2001 there was a change of the

10   Web hosting.  We also had to replace servers

11   because the service was really growing leaps and

12   bounds, if I can use the expression.  And that

13   caused the interruption of the service, that

14   caused that we offered the service to subscriber

15   not charging them the fee for it.  I don't know if

16   that was three or six months, that period.

17       Q.      At any point in time was your Web

18   site, tvpolonia.com, accessible by viewers outside

19   of North and South America?

20       A.      Correct.

21       Q.      At what point?  During what point in

22   time was that the case?

23       A.      I believe that that was from the very

24   beginning until maybe three years ago.

25       Q.      What happened three years ago?

1                        Spanski
2          A.    We have introduced geo-blocking.
3          Q.    Am I correct that geo-blocking
4    prevents users in certain territories from
5    accessing the Web site?
6          A.    That limits, the technology limits the
7    access to the Web site.
8          Q.    So as of approximately three years ago
9    how was the access limited to your Web site?
10         A.    Before or, I mean, I don't understand.
11         Q.    After you implemented the
12   geo-blocking, how was access limited?  What areas?
13   I am asking you what areas access was limited
14   from.
15         A.    In respect to territorial?
16         Q.    Yes.
17         A.    It's North and South America.
18         Q.    It's limited to --
19         A.    -- North and South America.
20         Q.    Were you aware before that time,
21   before three years ago, were you aware that
22   viewers from all over the world could access your
23   Web site?
24         A.    Not only me, but TVP and TV Polonia in
25   particular were aware about it and I believe that

1                          Spanski
2          Q.     In addition to the distribution of TV
3    Polonia and TVP 3, your company EuroVu also
4    distributes the Tele 5 channel; is that correct?
5          A.     That's correct.
6          Q.     Tele 5 is owned by a company called
7    Fincast, correct?
8          A.     That's correct.
9          Q.     It's not owned by TVP, correct?
10         A.     It is not.
11         Q.     In fact, EuroVu has a contract with
12   Fincast for the distribution of the Tele 5
13   channel, correct?
14         A.     That's correct.
15         Q.     I would like you to, if you could,
16   please look at the contracts.  The first one I
17   believe has been marked as Exhibit G.
18               Where in those contracts do you have
19   the right to distribute Tele 5 through your EuroVu
20   company?
21         A.     I don't think that I have a right or
22   it spells out that I have the right.  There is an
23   understanding which was between TVP and SEI that
24   we will do everything that is possible to expand
25   the distribution of TVP's programs.  And it has

1                              Spanski

2    be mandatory for whomever to acquire any Polish

3    programs.

4                  So to do something which is totally

5    counterproductive and damaging to the fundamentals

6    is simply not right.

7         Q.    Is there any reason why you couldn't

8    create a separate company to distribute these

9    other channels?

10        A.    To answer your question as you've put

11   it, there is nothing to -- I could have done it.

12   It's just a matter if I would like to avoid

13   something which is so obviously for the benefit of

14   TVP.

15        Q.    Did you tell anyone at TVP about the

16   Tele 5 arrangement prior to entering into an

17   agreement to distribute that channel?

18        A.    Prior, not.  I have advised very

19   shortly after.  I believe that -- until the

20   agreement is signed, sealed and delivered, you

21   never know it will happen or not.

22                  So I would be very hesitant to discuss

23   with anybody that we are working hard to add value

24   to TVP offer and then it will not happen and then

25   I would have eggs all over my face.  I was trying

1                          Spanski

2      to avoid this situation.

3          Q.    Who did you advise shortly after?

4          A.    Our working relations with TVP until

5      2005 was with the office of director of TV

6      Polonia.  At that time it was Mr. Bartkiewicz.

7          Q.    How did you advise Mr. Bartkiewicz

8      that you had entered into this agreement with

9      Tele 5?  Did you do it in writing, over the phone?

10         A.    No, I don't recall that I did it in

11     writing.  I believe that as I was meeting with him

12     at his offices we had, um, I was traveling very

13     frequently to Warsaw.  So I advised him that with

14     pride that we will be, you know, we have obtained

15     additional channel and that was the form of my

16     notification.

17         Q.    Did you give him a copy of the

18     agreement?

19         A.    No.

20         Q.    What was his response?

21         A.    His response was to the disappointment

22     and disappointment was that Tele 5 was, is

23     considered in Poland not a leading edge television

24     station, and he said, you know, he was

25     disappointed that with such a great program like

1                            Spanski

2    TV Polonia we can only add Tele 5.

3              But I may also state that I have

4    worked also very hard to try to convince other

5    channels to be part of the TV Polonia or be in the

6    TV Polonia family.  Let me add that I wasn't

7    successful.

8         Q.    Was there anyone else present in your

9    meeting with Mr. Bartkiewicz in Warsaw where you

10   discussed this issue?

11        A.    I'm trying to think.  I had during the

12   course -- because we are talking 2003, five years

13   ago.  There might have been, but I would not be

14   specific who was there.

15        Q.    Since that time have you had other

16   discussions with anyone at TVP regarding the

17   Tele 5 arrangement?

18        A.    When you're saying Tele 5 arrangement,

19   could you tell me what you mean?

20        Q.    Your distribution of the Tele 5

21   channel.

22        A.    I have presented TVP with marketing

23   materials, which showed TV Polonia, TVP 3 at that

24   time, to Polskie Radio's channels and Tele 5 that

25   was delivered TVP.

```
 1                          Spanski
 2              I have -- I might have discussed it
 3    with -- at that time I recall a meeting with then
 4    president of TVP, Mr. Dworak, and during that
 5    meeting this, you know, discussion, what we are
 6    doing, how we are doing, and the presence of
 7    Tele 5 with TV Polonia and TVP 3 most likely came
 8    up.
 9         Q.    But you don't have a specific
10    recollection of exactly what was discussed in that
11    conversation regarding Tele 5 at this time.
12         A.    It was not discussed that we discussed
13    a specific of our distribution or it was discussed
14    where we are, on what platforms, on what cable
15    systems, what offer we have build up, what we are
16    offering to, what package, and so on.  Those
17    details in respect to, if I can use the phrase,
18    how successful we were in the distribution.
19         Q.    TVP USA, the company, your company
20    that uses the name Telewizja Polska, has an
21    agreement to distribute a channel owned by Polsat;
22    is that correct?
23         A.    Could you just repeat that, please?
24         Q.    TVP USA has an agreement to distribute
25    a channel that is owned by Polsat, correct?
```

1                                     Spanski

2     did you ask anyone at TVP or talk to anyone at TVP

3     about your potential contract with Polsat before

4     you entered into that contract?

5             A.    I did not.

6             Q.    Why not?

7             A.    I stated earlier, on the same subject

8     like Tele 5, there is no difference in reasoning.

9             Q.    Did you notify TVP about the existence

10    of this agreement after you entered into it?

11            A.    I could not recall if I did.  If I did

12    it was during discussion.

13            Q.    Would you agree that Polsat and Tele 5

14    are competitors of TVP's channels at least within

15    Poland?

16            A.    Within Poland you're right, yes.

17                  MS. HAVERSTICK:  I would like to mark

18            this as Exhibit N.

19                  (Defendants' Exhibit N, document

20            purported to be screen shot of tvpolonia.com

21            Web site, marked for identification, this

22            date.)

23            Q.    I would like you to look at the

24    exhibit marked as Exhibit N.  This is a screen

25    shot of your tvpolonia.com Web site, correct?

Page 245

Spanski

1

2          A.    It looks like it, yes.

3          Q.    If you look here at the first page of

4     this exhibit, it appears that Tele 5 is being

5     advertised on the Web site that's called

6     tvpolonia.com, correct?

7          A.    Yes, that's correct.

8          Q.    Why do you have the right to do this,

9     to advertise Tele 5 on a tvpolonia.com Web site?

10               MR. ZAVIN:  Objection.  The name of

11          the Web site is tvpolonia.com.  It is an SEI

12          Web site.

13               MS. HAVERSTICK:  I think the witness

14          is going to give the answer, not the

15          attorney.

16               MR. ZAVIN:  Well, you tried to use a

17          trick in the question by calling it a,

18          quote, tvpolonia.com Web site.  That's the

19          name of the Web site.  That's not the owner

20          of the Web site.

21               MR. MATTIACCIO:  Excuse me.  Is this

22          deposition under the Federal Rules?

23               MR. ZAVIN:  It is.

24               MR. MATTIACCIO:  Since when are

25          speaking objections allowed?

1                              Spanski

2        A.    Vaguely.

3        Q.    Have you watched them before?

4        A.    As a matter of fact, I have

5   occasionally watched those, yes.

6        Q.    How are you familiar with the content

7   of those channels?

8        A.    As I just said, I have watched them

9   occasionally.  And to my surprise I've seen the

10  content which appeared on TV Polonia before.

11       Q.    Would you agree with me that those

12  thematic channels that we have just listed are not

13  named in the agreements between TVP and Spanski

14  Enterprises?

15       A.    They are not named, right.

16       Q.    Is it your position that you have the

17  right to distribute those thematic channels in

18  North and South America?

19       A.    It is not my position.

20       Q.    Is it your position that TVP is

21  somehow improperly putting shows on those,

22  broadcasting shows on those channels -- strike

23  that.

24             Is it your position that TVP cannot

25  offer those thematic channels in the -- cannot

Page 298

1                          Spanski

2        Q.    Total.  Well --

3              MR. ZAVIN:  Not counting Internet or

4        counting Internet?

5        Q.    How many subscribers -- how many did

6    we just say that you had for Internet?

7        A.    It was 15,000.

8        Q.    Other than the 15,000 Internet

9    approximately how many subscribers do you have

10   currently?

11       A.    We have crossed all together on the

12   last quarter, and I'm talking the quarter which I

13   believe -- the quarter we're talking, the last

14   which was reported was the fourth quarter of 2007.

15   We have crossed the number of 40,000, but that

16   includes Internet subscribers.

17       Q.    So it's approximately 35,000

18   television?

19       A.    Yes.  Satellite, cable, 35 plus 15,000

20   on Internet.

21             MS. HAVERSTICK:  I would like to mark

22        this as Exhibit P.

23             (Defendants' Exhibit P, complaint

24        filed in present action, marked for

25        identification, this date.)