# EXHIBIT

# 13B

POLIFNE NL (35)

PLF
EXHIBIT NO.  DEPT  H
TRN    FOR ID  4-17-8

(3)

# TV POLONIA BROADCASTING SYSTEMS INC.

## BUSINESS PLAN

SPANSKI ENTERPRISES INC
5100 Montclair Drive
Mississauga, Ontario L5M 5A6
Phone/Fax: (905) 569-9049

TP 7004549

# TV POLONIA BROADCASTING SYSTEMS INC.

## Business Plan

1. Spis treści ........................................... 2

2. Główne cele .......................................... 3

3. Spanski Enterprises Inc. ............................. 5

4. TV Polonia Broadcasting Systems Inc. ................. 7

5. Network Teleports, Inc. .............................. 10

6. Charakterystyka przedsięwzięcia ...................... 11

7. Analiza rynku ........................................ 17

8. Strategia marketingowa ............................... 20

9. Czasowy plan działania ............................... 24

10. Podsumowanie ........................................ 26

11. Projekcje finansowe ................................. 27

12. Załączniki .......................................... 31

13. Dane techniczne ..................................... 38

TP 7004550

# GŁÓWNE CELE

Spanski Enterprises Inc. stawia sobie za cel
dostarczenie programu TV Polonia jak najszerszym rzeszom
Polaków i ludności polskiego pochodzenia żyjących w Ameryce
Północnej.

Zainteresowanie firmy Spanski Enterprises Inc. (S.E.I.)
retransmisją programu TV Polonia w Ameryce wynika z
konstatacji następujących faktów:

a. liczebność ludności polskiego pochodzenia zamieszkającej
   Amerykę jest bardzo duża i wynosi około dwunastu
   milionów,

b. nasi rodacy przejawiają szczególne przywiązanie do
   ojczyzny, objawiające się między innymi głodem wszelkiego
   rodzaju informacji na temat Polski i z Polski.

Polacy masowo pojawili się na kontynencie amerykańskim
już pod koniec poprzedniego stulecia i od tego czasu ich
liczebność stale rośnie. Warte podkreślenia są dwie fale
polskiej imigracji ostatniego półwiecza, pierwsza - powojenna
i druga - obejmująca lata osiemdziesiąte. Szczególnie ta
ostatnia przyczyniła się do ogromnego wręcz wzrostu liczby
Polaków zamieszkujących kontynent amerykański.

Dla znakomitej większości Polaków oraz obywateli

3

TP 7004551

amerykańskich polskiego pochodzenia, utrzymywanie kontaktu z
ojczyzną jest sprawą niesłychanie ważną.

Spośród dostępnych obecnie technologii, najlepszym
medium zapewniającym Polonii amerykańskiej kontakt z Polską
jest bez wątpienia program telewizyjny zawierający informacje
i ciekawe materiały na temat kraju ojczystego.

Biorąc pod uwagę wyniki przeprowadzonych w Kanadzie
badań społeczności polskojęzycznej, a także liczebność
Polonii w Ameryce oraz techniczne możliwości retransmisji
programu TV Polonia, firma Spanski Enterprises Inc.
sformułowała następujące cele:

1. Uzyskanie od Telewizji Polskiej S.A. prawa wyłączności na
   retransmisję programu TV Polonia na terenie kontynentu
   amerykańskiego i podpisanie umowy o wspólnym
   przedsięwzięciu.

2. Założenie przez S.E.I. nowej firmy o nazwie TV Polonia
   Broadcasting Systems w celu realizacji zaplanowanego
   przedsięwzięcia.

3. Zawarcie umowy z firmą Network Teleports, Inc. z Nowego
   Orleanu, realizującą wszelkie aspekty techniczne
   dotyczące retransmisji programu TV Polonia.

4. Stworzenie infrastruktury organizacyjnej umożliwiającej
   prowadzenie działalności marketingowej i akwizycyjnej na
   rynku amerykańskim.

5. Osiągnięcie w ciągu pięciu lat liczby dwóch milionów
   abonentów programu TV Polonia oraz zasięgu terytorialnego
   od Kanady po Amerykę Środkową.

4

TP 7004552

# Spanski Enterprises Inc.

Spanski Enterprises Inc. jest istniejącą już od dziesięciu lat korporacją zarejestrowaną w Kanadzie. W okresie swego istnienia firma osiągnęła wielomilionowe zyski. S.E.I. specjalizuje się w realizowaniu projektów o dużym stopniu ryzyka przynoszących jednocześnie wysokie dochody. We wszystkich swych przedsięwzięciach, z których każde zakończyło się sukcesem, S.E.I. opierała się zawsze na najwyższej klasy specjalistach z danej dziedziny.

Spośród zrealizowanych przez S.E.I. projektów można tu wymienić opracowanie i wprowadzenie na rynek północno-amerykański edukacyjnego programu analizy rynku papierów wartościowych o nazwie INVESTOR.

Przedsięwzięciem S.E.I. zakończonym olbrzymim sukcesem było założenie i rozwinięcie firmy wydawniczej, specjalizującej się w wydawnictwach licencyjnych. Firma ta stała się największą tego typu w Kanadzie.

Za kolejny cel S.E.I. postawiła sobie opracowanie i wdrożenie w Polsce systemu finansowego CLUB S International. Zadanie to wymagało dotarcia do struktur rynkowych z jednej strony i kształcenia konsumenta z drugiej. O akceptacji nowum, jakim była karta dyskontowa CLUB S świadczy

5

TP 7004553

fakt dynamicznego wzrostu liczby jej posiadaczy, od 70 tysięcy w końcu 92 roku do ponad 360 tysięcy obecnie.   Znak CLUB S utrwalił się w świadomości konsumenta w całej Polsce.

Działając w wielu dziedzinach, firma S.E.I. uzyskała doświadczenie niezbędne do wprowadzania w życie najróżniejszych projektów przy pomocy najbardziej niekonwencjonalnych i nowatorskich metod.

Na rozruch opisywanego w tym opracowaniu przedsięwzięcia, Spanski Enterprises Inc. przeznacza kwotę trzach milionów dolarów amerykańskich. Udział TVP S.A. w ponoszeniu kosztów nie jest oczekiwany. Wartym podkreślenia jest fakt, że przy realizacji niniejszego projektu S.E.I. nie będzie w żadnym stopniu uzależniona od instytucji finansowych czy też indywidualnych inwestorów, oraz że inwestowanie własnych środków wiąże się zawsze z dużo większym zaangażowaniem w dany projekt.

6

TP 7004554

# TV Polonia Broadcasting
# Systems Inc.

Firma TV Polonią Broadcasting Systems będzie w całości posiadana przez Spanski Enterprises Inc.

W skład rady nadzorczej TV Polonia Broadcasting Systems wchodzić będą:

1. Prezes TVP S.A. lub inna desygnowana przez TVP S.A. osoba
2. Barbara Lamont, prezes Network Teleports, Inc.
3. Bogusław M.Spanski, prezes Spanski Enterprises Inc.
4. Bogusław T.Pisarek
5. Wojciech Śniegowski

Rada nadzorcza TV Polonia Broadcasting Systems będzie ustalała kierunki działania firmy i nadzorowała jej funkcjonowanie.

W skład zarządu TV Polonia Broadcasting Systems, odpowiedzialnego za prowadzenie codziennej działalności operacyjnej firmy, wchodzić będą:

1. Bogusław M.Spanski - prezes - odpowiedzialny za prowadzenie firmy i nadzór nad jej działalnością ekonomiczną
2. Bogusław T.Pisarek - wiceprezes - odpowiedzialny za marketing i promocję
3. Wojciech Śniegowski - wiceprezes - odpowiedzialny za administrację i nadzór nad biurami lokalnymi.

7

Bogusław M.Spanski jest polskim finansistą na stałe zamieszkałym w Toronto w Kanadzie. Należy do nielicznej grupy Polaków żyjących w Ameryce Północnej, którzy odnieśli sukces liczący się w tamtejszej hierarchii społecznej. Hasłem przewodnim jego działalności jest przeradzanie śmiałych pomysłów w rzeczywistość. Z wykształcenia jest architektem z praktyką w krajach Europy Zachodniej (m.in. w Szwajcarii i we Włoszech), jak również w Kanadzie. Od pewnego czasu, Bogusław M.Spanski poświęca swą karierę zawodową projektowaniu i budowie nie obiektów ze stali i betonu, lecz żywych organizmów, jakimi są firmy, które sam stworzył i rozwinął w wielu miejscach na świecie. Bogusław M.Spanski ma 40 lat.

Bogusław T. Pisarek jest głównym managerem firmy CLUB S International. Z wykształcenia jest socjologiem z ponad dziesięcioletnią praktyką i doświadczeniem w dziedzinie marketingu zdobytym w Ameryca Północnej w najbardziej agresywnie rozwijającej się dziedzinie marketingu i sprzedaży, jaką są ubezpieczenia. Jako manager specjalizował się w zagadnieniach związanych z makrogrupami społecznymi. Znaczna część jego kariery zawodowej przebiegała w Stanach Zjednoczonych, gdzie Bogusław T.Pisarek koordynował działalność dużego przedsięwzięcia przeprowadzonego pod auspicjami rządu kanadyjskiego. Bogusław T.Pisarek ma 41 lat.

Wojciech Sniegowski jest absolwentem Wydziału Prawa i Administracji Uniwersytetu Jagiellońskiego w Krakowie.

8

TP 7004556

Większą część swej kariery zawodowej spędził w Kanadzie,
gdzie był założycielem i właścicielem firmy konsultingowej. W
ramach tej działalności specjalizował się w negocjacjach z
agendami rządowymi. Wojciech Śniegowski prowadzi obecnie
polonijny program telewizyjny w stacji CFMT International w
Toronto.  W programie o nazwie "Rozmaitości" jest on
odpowiedzialny za przygotowanie serwisu informacyjnego,
wywiady przed kamerą, produkcję reportaży oraz lokalną
sprzedaż reklam.

Wojciech Śniegowski ma 38 lat.

9

TP 7004557

# Network Teleports, Inc.

Firma Network Teleports, Inc. jest jednym z liderów na amerykańskim rynku przekazu satelitarnego i przyszłym partnerem TV Polonia Broadcasting Systems we wprowadzaniu programu TV Polonia do Ameryki.

Przez dwadzieścia cztery godziny na dobę Network Teleports, Inc. zapewnia serwis telekomunikacyjny dla ponad dziewięciu milionów widzów i słuchaczy w całych Stanach Zjednoczonych, Kanadzie, Alasce i Ameryce Srodkowej.

Bazą działalności firmy jest teleport znajdujący się w Nowym Orleanie w stanie Luizjana. Jedenastometrowe anteny teleportu pokrywają swym zasięgiem obszar od Kanady do Kolumbii i od Hawajów po Bermudy. Network Teleports, Inc. posiada również możliwość bezpośredniego przekazu sygnału znanego jako DBS.

Do szerokiego wachlarza usług oferowanych przez Network Teleports, Inc. należą między innymi: kodowanie i dekodowanie sygnału dla odbiorców telewizji kablowej, produkcja programów telewizyjnych, videokonferencje, pełna obsługa statków na wszystkich czterech oceanach oraz ciągłe monitorowanie odbioru i przekazu sygnału satelitarnego.

Network Teleports, Inc. liczy na owocną i uwieńczoną sukcesem współpracę z TV Polonia Broadcasting Systems we wprowadzaniu TV Polonia do Ameryki.

10

TP 7004558

# Charakterystyka
## przedsięwzięcia

Główne założenia dotyczące emisji programu TV Polonia w Ameryce przedstawiają się następująco:

1. Przewiduje się emisję programu TV Polonia w wymiarze 16-18 godzin dziennie.

2. Materiały z Polski dostarczane będą częściowo na taśmach, częściowo zaś za pośrednictwem retransmisji satelitarnej.

3. Program TV Polonia będzie retransmitowany przy pomocy sygnału Ku-band uzyskiwanego z satelity Eutelsat w jednym z zachodnioeuropejskich teleportów (downlink) i przekazywanego przez firmę Network Teleports, Inc. do Nowego Orleanu w USA (uplink).

4. Wstawianie spotów reklamowych dokonywane będzie w Ameryce.

5. Do programu wprowadzane będą produkowane w Ameryce polonijne bloki programowe.

6. Część programu zaopatrzona będzie w napisy w języku angielskim.

W celu realizacji opisywanego przedsięwzięcia Spanski Enterprises Inc. (S.E.I.) założy nową firmę o nazwie TV Polonia Broadcasting Systems, początkowo z biurami w USA (Nowy Jork, Chicago, Los Angeles) oraz w Kanadzie (Toronto). Biura te będą miały za zadanie pozyskiwanie i obsługę lokalnych abonentów programu TV Polonia. Wspominane biura

11

TP 7004559

będą również odpowiedzialne za prowadzenie działalności marketingowej, akwizycję reklam oraz - w przyszłości - produkcję lokalnych bloków programowych w poszczególnych regionach.

Przy współpracy z Network Teleports, Inc. z Nowego Orleanu, TV Polonia Broadcasting Systems zaoferuje swym abonentom pełną gamę technicznych możliwości odbioru programu TV Polonia poprzez tradycyjny system odbioru programów satelitarnych, nowoczesny sysytem DBS oraz za pośrednictwem firm oferujących połączenia kablowe. Tego typu kompleksowa oferta daje ogromne możliwości dotarcia do największej liczby abonentów zainteresowanych odbiorem programu TV Polonia.

Tradycyjna metoda odbioru sygnału satelitarnego wymaga zakupu drogiego sprzętu oraz posiadania odpowiednio dużej przestrzeni na zainstalowanie talerza satelitarnego o sporych rozmiarach. Szacuje się, że na kontynencie amerykańskim liczba posiadaczy tego typu sprzętu wynosi kilkaset tysięcy. Konieczność umożliwienia im odbioru programu TV Polonia wydaje się więc oczywista.

Nowa metoda odbioru sygnału satelitarnego DBS (Direct Broadcasting System) stwarza możliwość powszechnego udostępnienia sygnału satelitarnego bardzo wysokiej jakości. Małe rozmiary mini-talerza pozwalają na zainstalowanie go nawet w niewielkich mieszkaniach czynszowych. Ze względu na obecną cenę sprzętu (ok.700 USD) prowadzone są negocjacje z producentem mini-talerzy i dekoderów (RCA) mające na celu

TP 7004560

uzyskanie ceny hurtowej na bazie stu tysięcy abonentów. Negocjacje z instytucjami finansowymi odnośnie udostępnienia przyszłym abonentom programu TV Polonia atrakcyjnych warunków leasingowania niezbędnego sprzętu są dalece zaawansowane. Należy jednocześnie przyjąć za rzecz prawie pewną, że w ciągu następnych 1-2 lat cena wyżej wspomnianego sprzętu znacznie zmaleje, czyniąc go tym samym dużo bardziej dostępnym i powszechnym.

W tych okolicznościach, skorzystanie z systemu DBS - przy ułatwieniu sfinansowania zakupu sprzętu - pozwoli bez wątpienia na znaczne i dynamiczne poszerzenie bazy abonentów zachęconych łatwością uzyskania możliwości odbioru programu TV Polonia, jaki i innych programów.

Z punktu widzenia potencjalnego odbiorcy, niewątpliwie najtańszą metodą jest udostępnienie sygnału lokalnym firmom oferującym połączenia kablowe. Obok opłaty za abonament lokalnego "kabla", jedynym wydatkiem jest zakup dekodera, który można również wynająć (lease).

S.E.I. przeprowadziła rozmowy z dużymi dystrybutorami kablowymi , w wyniku których ustalono, że po uzyskaniu przez TV Polonia Broadcasting Systems bazy abonenckiej na poziomie 30 tysięcy, program TV Polonia zostanie wprowadzony do krajowych sieci kablowych w skupiskach polonijnych w Ameryce.

Reasumując, propozycja jednoczesnego wykorzystywania wszystkich powyżej opisanych metod pozwoli w najkrótszym czasie dotrzeć do największej liczby abonentów

13

TP 7004561

zainteresowanych odbiorem programu TV Polonia.

TV Polonia Broadcasting Systems wspólnie z Network Teleport", Inc. jako jedyna przedstawiają tego typu szeroką ofertę dla potencjalnych abonentów programu TV Polonia zamieszkujących kontynent amerykański.

TV Polonia Broadcasting Systems przejmie na siebie wszelkie zobowiązania finansowe wynikające z retransmisji satelitarnej i dalszej dystrybucji sygnału programu TV Polonia w Ameryce, zobowiązując się jednocześnie do podjęcia kompleksowych działań zapewniających retransmisję programu TV Polonia na najdogodniejszych warunkach. Wszystkie koszty operacyjne związane z realizacja tego przedsięwzięcia (w tym opłaty wynikające z ochrony praw autorskich) będą pokrywane przez TV Polonia Broadcasting Systems.

Tak więc TVP S.A. nie poniesie żadnych kosztów związanych z retransmisją programu TV Polonia na terenie kontynentu amerykańskiego.

Dzięki postępom technologicznym, konkurencja na rynku etnicznych programów telewizyjnych jest już znaczna. W samych Stanach Zjednoczonych mieszka obecnie 22 miliony ludzi urodzonych poza granicami tego kraju oraz dużo liczniejsze rzesze urodzonych w USA obywateli amerykańskich o bardzo mocnych więzach z krajami swego pochodzenia. Na ekranach amerykańskich telewizorów można oglądać programy w dwudziestu czterech językach i liczba ta stale rośnie.

- 14

TP 7004562

Niektóre firmy działające na etnicznym rynku telewizyjnym dążą do stworzenia programów wielokulturowych. Jak pokazuje doświadczenie tego typu stacji telewizyjnych, interesy poszczególnych programów są często sprzeczne. Wątpliwa staje się należyta dbałość o integralność całości i wyraźne oblicze danej stacji. Taka sytuacja bez wątpienia negatywnie wpływa na zawartość programu oraz jego jakość. Ze względu na rozległość i różnorodność rynku potencjalnych odbiorców, trudne jest wyraźne ukierunkowanie działalności marketingowej, która tym samym nie przynosi spodziewanych efektów.

Niemcy, Włosi, Portugalczycy, Irlandczycy, Grecy, Filipińczycy i inni prezentują w Ameryce swe programy o ściśle sprecyzowanym, wyraźnym profilu narodowym, traktując je jako istotną część promocji swych krajów.

Tego typu działanie procentuje pozyskiwaniem stałej, wiernej i coraz szerszej liczby abonentów. TV Polonia Broadcasting Systems pragnie zastosować tę wypróbowaną już formułę przy wprowadzaniu programu TV Polonia na rynek amerykański.

Zaopatrzenie części programu w napisy w języku angielskim poszerzy bazę potencjalnych odbiorców programu o ludzi nie mówiących już biegle po polsku. Chodzi tutaj szczególnie o młodzież i dzieci polskiego pochodzenia urodzone w Ameryce.

Dzięki napisom w języku angielskim program dostępny

15

TP 7004563

będzie również dla Amerykanów i Kanadyjczyków niepolskiego pochodzenia. Może to mieć niebagatelne znaczenie w propagowaniu pozytywnego obrazu Polski na kontynencie amerykańskim.

Zespół fachowców zatrudnionych przez TV Polonia Broadcasting Systems będzie - pod nadzorem specjalistów z TVP S.A. - stale dbał o zachowanie wysokiej jakości i integralności programu TV Polonia nadawanego w Ameryce.

Na terenie Ameryki Północnej mieszka obecnie dwanaście milionów Polaków i ludności polskiego pochodzenia. Jest to olbrzymi rynek z nieograniczonymi wręcz możliwościami. Przy agresywnie przeprowadzonej kampanii marketingowo-akwizycyjnej TV Polonia Broadcasting Systems przewiduje uzyskanie w ciągu pierwszych 12-18 miesięcy od podpisania umowy z TVP S.A. bazy abonenckiej rzędu stu tysięcy, która w ciągu następnych czterech lat powinna wzrosnąć do ostatecznej liczby około dwóch milionów.

Według badań opinii publicznej w Ameryce, przeciętna oglądalność etnicznych programów o dobrej jakości wynosi około 80 procent. Jak z tego wynika, założenie uzyskania dwóch milionów abonentów spośród ponad dwunastu milionów Polaków i ludności polskiego pochodzenia mieszkających w Ameryce wynika z realistycznej oceny sytuacji.

Dostarczając abonentom wysokiej klasy program, którego oczekują oraz stwarzając im możliwość jego odbioru, można z dużą dozą prawdopodobieństwa przypuszczać, że TV Polonia Broadcasting Systems osiągnie w terminie zamierzone cele, gwarantując tym samym szybkie uzyskanie stałego poziomu wysokich dochodów.

16

TP 7004564

# Analiza rynku

W latach osiemdziesiątych cechą charakterystyczną
działalności gospodarczej korporacji amerykańskich było
koncentrowanie się na zadaniach krótkoterminowych. Ostatni
kryzys gospodarczy jasno udowodnił, że brak perspektywicznego
planowania oraz przewidywania trendów długofalowych okazał
się dla wielu firm amerykańskich bardzo kosztownym błędem.
W latach dziewięćdziesiątych nikogo nie stać na tego typu
pomyłki. Szczególnie w planowaniu działalności związanej ze
środkami masowego przekazu, badania rynku odgrywają
niezmiernie istotną rolę.

W celu przygotowania działalności TV Polonia
Broadcasting Systems, w pierwszej połowie 1994 roku
przeprowadzono wieloaspektowe badania społeczności
polskojęzycznej na terenie Kanady. W badaniach nie
uwzględniono przedstawicieli populacji polskiej osiadłych w
Kanadzie przed rokiem 1964-ym. Nie należałoby ich jednak
pomijać jako potencjalnych odbiorców programu TV Polonia,
gdyż stanowią oni około 47 procent spośród ponad
pięciusettysięcznej Polonii kanadyjskiej.

Dzięki przeprowadzonym badaniom stwierdzono istnienie
olbrzymiego zainteresowania programem telewizyjnym z Polski.
Z badań wynika, że największym zainteresowaniem cieszyć się

17

TP 7004565

będą aktualne wiadomości z Polski (98%), ponadto bardzo
popularne będą programy o polskiej sztuce i kulturze (95%),
jak również programy dla dzieci (91%).

Osiemdziesiąt osiem procent badanych wyraziło
zainteresowanie możliwością oglądania polskich filmów na
ekranach swych telewizorów. Wypożyczalnie kaset video pełne
są kopii polskich filmów, ale są one z reguły w nienajlepszym
stanie technicznym. Poza tym, korzystanie z tego typu usług
wymaga każdorazowo wizyty w wypożyczalni, co nie wytrzyma
konkurencji z dogodnością oglądania polskich filmów w ramach
programu telewizyjnego z Polski.

Okazało się, że pomimo dużej ilości informacji na temat
Polski dostępnych w polonijnych stacjach radiowych i prasie,
Polacy oczekują wiadomości telewizyjnych bezpośrednio z
Polski. Wynika to niewątpliwie z ogromnej popularności
telewizji w dzisiejszym świecie. Potwierdzeniem tego stanu
rzeczy jest fakt, że badani oglądają telewizję przeciętnie
3.7 godzin dziennie, podczas gdy radia słuchają około 1.5
godziny, a na czytanie prasy przeznaczają jedynie nieco ponad
12 minut dziennie. Dla 68 procent respondentów telewizja
jest głównym źródłem informacji o świecie.

Ponadto badani uważają, że program telewizyjny z Polski
umożliwi im zachowanie ściślejszych więzów z krajem ojczystym
i jego kulturą. Ma to, według nich, szczególne znaczenie w
odniesieniu do ich dzieci.

13

TP 7004566

Demograficzna sytuacja w Stanach Zjednoczonych przedstawia się bardzo podobnie jak w Kanadzie. Zasadniczą różnicą jest natomiast liczebność ludności polskiego pochodzenia oceniana w USA na około 12 milionów, podczas gdy, jak już wspomniano, w Kanadzie wynosi ona 530 tysięcy.

Przeprowadzone badania jasno wykazują istnienie ogromnego zapotrzebowania na program TV Polonia w Ameryce.

19

TP 7004567

# Strategia marketingowa

Cała strategia marketingowa musi być przygotowana w kontekście odpowiedzi na następujące pytania:

- jakie są specyficzne oczekiwania i potrzeby rynku ?
- jaka jest charakterystyka oferowanego produktu ?
- czy korzyści wynikające z jego posiadania zaspakajają oczekiwania i potrzeby konsumenta ?

Strategia marketingowa firmy TV Polonia Broadcasting Systems przewiduje trzy podstawowe elementy, przy pomocy których wywierany będzie wpływ na grupy konsumentów, do których chce się dotrzeć. Są nimi:

1. Produkt
2. Cena
3. Promocja

PRODUKT

Jak w każdym innym przedsięwzięciu należy produkt dostosować do rynku, na którym chce się go sprzedawać. W kontekście programu TV Polonia należy zwrócić uwagę na specyfikę Polonii amerykańskiej, wyrażoną w przeprowadzonych badaniach. Wykazały one istnienie wspólnego dla całej przebadanej grupy szczególnego zainteresowania następującymi segmentami programowymi.

20

TP 7004568

Stanowią je:

a. wiadomości z Polski, na które oczekuje 98 procent ankietowanych,

b. programy o kulturze i sztuce, budzące zainteresowanie wśród 95 procent przebadanych,

c. programy dla dzieci oczekiwane przez 91 procent respondentów,

d. polskie filmy z 88-mio procentowym poziomem zainteresowania.

Wymienione powyżej segmenty programu TV Polonia pozwolą na opracowanie i rozpowszechnianie materiałów promocyjnych zaadresowanych do jak najszerszego kręgu przyszłych odbiorców.

CENA

Jednym z kluczowych elementów marketingu jest ustalenie właściwej ceny za dany produkt, w tym przypadku stawki miesięcznego kosztu abonamentu za odbiór programu TV Polonia. Jest to szczególnie ważne w sytuacji bardzo szerokiej oferty programowej rynku telewizyjnego i ostrej konkurencji cenowej.

W Ameryce istnieje obecnie cały szereg lokalnych programów polonijnych udostępnianych odbiorcom na powszechnie dostępnych kanałach telewizyjnych w ramach opłaty stawowej. Cena usługi oferowanej przez TV Polonia

21

TP 7004569

Broadcasting Systems może być nieco wyższa, ponieważ nikt
inny nie będzie miał podobnie atrakcyjnej ofety programowej.
Szczególnie codzienny, aktualny serwis informacyjny z Polski
stawia opisywane przedsięwzięcie w uprzywilejowanej pozycji.
Ważnymi elementami strategii ustalania właściwej ceny będą
również formy i terminy płatności, dostępne formy
kredytowania oraz możliwości uzyskiwania zniżek.

Dzięki współpracy z Network Teleports, Inc., opłaty
abonamentowe będą pobierane przez firmy dostarczające sygnał
programu TV Polonia bezpośrednio do odbiorcy indywidualnego.

Obecnie ceny programów oferowanych widzom poza
powszechnie dostępnym serwisem kablowym kształtują się na
poziomie 10-12 dolarów amerykańskich miesięcznie.
Założona stawka abonamentowa w wysokości 5 dolarów
amerykańskich miesięcznie za sygnał programu TV Polonia
wydaje się być konkurencyjnie uzasadniona i potwierdzona
analizą rynku.

## PROMOCJA

Akcja promocyjna obejmie wszystkie dostępne środki
masowego przekazu: telewizję, radio i prasę. Planuje się
między innymi również takie działania promocyjne jak:
a. wysyłanie ofert na adresy potencjalnych abonentów,
b. konkursy z nagrodami,

22

TP 7004570

c. stały udział lokalnych organizacji polonijnych w
   propagowaniu planowanego przedsięwzięcia.

Zakłada się:

a. opracowanie, druk i dystrybucję dwóch milionów broszur
   informacyjnych,

b. druk i dystrybucję dwóch milionów formularzy
   zgłoszeniowych,

c. opracowanie i wykonanie odpowiednich materiałów
   reklamowych dla potrzeb promocji telewizyjnej, radiowej i
   prasowej.

Wymienione powyżej przykłady działań promocyjnych, jak
również agresywnie i w niekonwencjonalny sposób prowadzona
akcja sprzedaży bezpośredniej, zwiększą ogólne
zainteresowanie odbiorem programu TV Polonia.
Zainteresowanie to stanie się z czasem samonapędzającym się
elementem promocji.

Przewidywany udział szeregu organizacji skupiających
rozległe środowiska polonijne w Ameryce nada niewątpliwie
odpowiednio wysoką rangę tworzonemu przez TV Polonia
Broadcating Systems zjawisku.

TP 7004571

# Czasowy plan działania

**LIPIEC / SIERPIEŃ 1994**

Przedstawienie TVP S.A. niniejszego Business Planu oraz
zaprezentowanie technicznych możliwości realizacji projektu.

**WRZESIEŃ / PAŹDZIERNIK 1994**

Ostateczna decyzja Zarządu TVP S.A.  Po zaakceptowaniu
propozycji S.E.Y., podpisanie umowy.
Założenie firmy TV Polonia Broadcasting Systems.
Otworzenie biur firmy w Stanach Zjednoczonych (Nowy Jork,
Chicago, Los Angeles) i w Kanadzie (Toronto).
Rozpoczęcie akcji promocyjno-marketingowej.

**PIERWSZA POŁOWA 1995**

Uzyskanie minimalnej bazy 30.000 (trzydziestu tysięcy)
przyszłych abonentów.
Rozpoczęcie retransmisji programu TV Polonia.

**GRUDZIEŃ 1995**

Osiągnięcie planowanej liczby 100.000 (stu tysięcy)
abonentów.

**GRUDZIEŃ 1996**

Osiągnięcie planowanej liczby 200.000 (dwustu tysięcy)
abonentów.

TP 7004572

GRUDZIEŃ 1997

Osiągnięcie planowanej liczby 500.000 (pięciuset tysięcy) abonentów.


GRUDZIEŃ 1998

Osiągnięcie planowanej liczby 1.000.000 (jednego miliona) abonentów.


GRUDZIEŃ 1999

Osiągnięcie planowanej liczby 2.000.000 (dwóch milionów) abonentów.

25

TP 7004573

# Podsumowanie

Jak już powiedziano na wstępie, Spanski Enterprises Inc. stawia sobie za cel dostarczenie programu TV Polonia jak najszerszym rzeszom Polaków i ludności polskiego pochodzenia żyjących w Ameryce Północnej.

Na terenie Ameryki Północnej mieszka obecnie dwanaście milionów Polaków i ludności polskiego pochodzenia. Jest to olbrzymi rynek z nieograniczonymi wręcz możliwościami.

Przeprowadzone badania wykazały istnienie ogromnego zapotrzebowania na program TV Polonia w Ameryce.

Dostarczając abonentom wysokiej klasy program, którego oczekują oraz stwarzając im możliwość jego odbioru, można z dużą dozą prawdopodobieństwa przypuszczać, że TV Polonia Broadcasting Systems osiągnie w terminie zamierzone cele, gwarantując tym samym szybkie uzyskanie stałego poziomu wysokich dochodów.

TP 7004574

Projekcje finansowe.

TP 7004575

TV POLONIA BROADCASTING SYSTEMS INC.

Projected Statement of Operations, unaudited

| in 1000's | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|
| Number of subscribers | 70 | 200 | 500 | 1000 | 2000 |
| REVENUES | | | | | |
| Subscription fees | $2,100 | $12,000 | $30,000 | $60,000 | $120,000 |
| Advertisements | 350 | 2,000 | 5,000 | 10,000 | 20,000 |
| TOTAL Revenues | 2,450 | 14,000 | 35,000 | 70,000 | 140,000 |
| EXPENSES | | | | | |
| Advertising | 1,000 | 2,000 | 3,000 | 5,000 | 6,000 |
| Travel & Promotion | 200 | 400 | 600 | 1,000 | 1,200 |
| Salaries | 300 | 600 | 1,200 | 2,000 | 4,000 |
| Employee benefits | 60 | 120 | 240 | 400 | 800 |
| Management wages | 200 | 400 | 600 | 1,000 | 1,200 |
| Sales commissions | 61 | 350 | 875 | 1,750 | 3,500 |
| Rent | 200 | 600 | 1,200 | 2,000 | 4,000 |
| Administrative expenses | 50 | 50 | 80 | 100 | 120 |
| Repairs & Maintenance | 60 | 100 | 120 | 150 | 200 |
| Telephone | 50 | 80 | 120 | 180 | 250 |
| Teleport services | 1,000 | 4,000 | 5,000 | 7,000 | 9,000 |
| Professional services | 250 | 300 | 500 | 500 | 500 |
| Royalties for TVP S.A. | 195 | 1,120 | 2,800 | 5,600 | 11,200 |
| Copyright royalties | 74 | 420 | 1,050 | 2,100 | 4,200 |
| Bank charges | 10 | 20 | 30 | 40 | 50 |
| Depreciation | 40 | 180 | 400 | 740 | 1,200 |
| Bad debt expense | 123 | 700 | 1,750 | 3,500 | 7,000 |
| TOTAL Expenses | 3,873 | 11,440 | 19,585 | 33,060 | 54,420 |
| INCOME from Operations | (1,423) | 2,560 | 15,435 | 36,940 | 85,580 |
| Income Tax | 0 | 870 | 5,248 | 12,560 | 29,097 |
| NET INCOME (LOSS) | (1,423) | 1,690 | 10,187 | 24,380 | 56,483 |

28

TP 7004576

TV POLONIA BROADCASTING SYSTEMS INC.

Projected Statement of Cash Flow, unaudited

| In 1000's | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|
| Collection from customers | $2,094 | $11,967 | $29,917 | $59,633 | $119,867 |
| | | | | | |
| Payment for operating expenses | (3,247) | (9,240) | (15,239) | (25,218) | (40,443) |
| Payment for income tax | 0 | 0 | (670) | (5,248) | (12,560) |
| Acquisition of fixed assets | | | | | |
| - equipment | (100) | (500) | (1,000) | (1,500) | (2,000) |
| - automobiles | (100) | (200) | (100) | (200) | (300) |
| | | | | | |
| Net Cash Inflow (Outflow) | (1,353) | 2,027 | 12,708 | 27,868 | 64,365 |
| | | | | | |
| Opening Cash | 3,000 | 1,647 | 3,674 | 16,382 | 44,050 |
| Ending Cash | 1,647 | 3,674 | 16,382 | 44,050 | 108,415 |

· 2-3

TP 7004577

TV POLONIA BROADCASTING SYSTEMS INC.

Projected Balance Sheet, unaudited

| In 1000's | 1995 | 1996 | 1997 | 1998 | 1999 |
|---|---|---|---|---|---|
| Cash & cash equivalents | $1,647 | $3,674 | $16,362 | $44,050 | $108,415 |
| Accounts receivable | 233 | 1,333 | 3,333 | 6,667 | 13,333 |
| Other current assets | 504 | 1,263 | 2,011 | 2,107 | 2,234 |
| CURRENT Assets | 2,385 | 6,270 | 21,725 | 52,824 | 123,982 |
| | | | | | |
| Fixed Assets | 200 | 900 | 2,000 | 3,700 | 6,000 |
| less: Accumulated Depreciation | 40 | 180 | 400 | 740 | 1,200 |
| FIXED Assets, net | 160 | 720 | 1,600 | 2,960 | 4,800 |
| | | | | | |
| TOTAL ASSETS | 2,545 | 6,990 | 23,326 | 55,784 | 128,782 |
| | | | | | |
| Accounts payable | 968 | 1,430 | 4,891 | 8,265 | 13,605 |
| Tax payable | 0 | 870 | 5,248 | 12,560 | 29,097 |
| Accrued Liabilities | | | | 7,579 | 26,597 |
| TOTAL LIABILITIES | 968 | 2,300 | 10,139 | 28,404 | 69,299 |
| | | | | | |
| Common Stock | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| Retained Earnings | (1,423) | 1,690 | 10,187 | 24,380 | 56,483 |
| SHAREHOLDER's EQUITY | 1,577 | 4,690 | 13,187 | 27,380 | 59,483 |
| | | | | | |
| TOTAL LIABILITIES & EQUITY | 2,545 | 6,990 | 23,326 | 55,784 | 128,782 |

TP 7004578



Załączniki

31

TP 7004579

TP 7004580

72%    26%    2%

S

SOURCE OF NEWS

EDUCATIONAL VALUES



88%    5%    22%    9%    38%    53%

TP 7004581





## TV STATIONS/NETWORKS
### POLISH GROUP PREFERENCES

■ Series 1

TP 700458/2

# HOW MANY HOURS PER DAY
## DO YOU SPEND ON



TP 7004583



# POLISH-LANGUAGE TV
## SUBJECT PREFERENCES

SCALE FROM 0 TO 10

TP 7004584

# WOULD YOU LIKE
## POLISH MOVIES ON TV?



TP 7004585

Dane techniczne

38

TP 7004586

39

Submitted to: Mr. Bob Spanski, Spanski Enterprises
Submitted by: Network Teleports

# TV POLONIA TRANS-ATLANTIC PROPOSAL

## Current Polish TV Satellite Distribution

Polish TV programming is currently distributed 18 hours daily
throughout Europe via Eutelsat II C3 transponder 21S located at
16.9 degrees east longitude. The transmission consists of one
analog PAL video carrier in the clear.

## Objective: North American Distribution

To provide Spanski Enterprises with a cost-effective full-time
trans-Atlantic satellite feed of Polish TV, and to distribute TV
Polonia programming throughout North America.

TP 7004587

40

Submitted to: Mr. Bob Spanski, Spanski Enterprises
Submitted by: Network Teleports

# TV POLONIA SERVICE

++ Network Teleports' proposes to "turnaround" Polish TV's Eutelsat programming and transmit live to their Teleport, 24 hours per day, seven days per week.

++ Network Teleports proposes to lease 9 Mhz of Ku-Band satellite capacity on the PanAmSat PAS-1 satellite for compressed digital video (CDV) delivery of Polish TV programming from Poland to the Teleport in New Orleans, Louisiana.

++ The PAS-1 satellite, currently operational at 45 degrees west longitude, covers the North American continent with Ku-Band coverage via the Conus Beam.

++ Network Teleports considers Compressed Digital Video to be the most economical means of reaching major markets. 30 CDV channels are presently broadcast on the PAS-1 satellite, including such broadcasters as the BBC, CBS International, ESPN, Fox, HTV, TV5 and NBC.

++ The attached engineering link budget is based on the use of General Instruments Single Channel Per Carrier (SCPC) technology.

++ Network Teleports proposes to convert the signal to NTSC video standards for North American transmission, and re-broadcast (initially at full bandwidth analog video), using a C-Band domestic satellite whose footprint covers 35 nations.

++ Some of the programs on TV Polonia will be carried "live" directly from Eutelsat, others will be tape delayed, with the goal of producing a "seamless" video network complete with logos, graphics, commercials and eventually local programming inserts.

++ TV Polonia will be an encrypted subscriber service designed for Direct-to-Home reception as well as cable and wireless carriage.

TP 7004588

41

Submitted to: Mr. Bob Spanski, Spanski Enterprises
Submitted by: Network Teleport

---

## NETWORK TELEPORTS PRICING

Network Teleports proposes to Spanski Enterprises the
following rate for 9 Mhz of Ku-band Conus Beam satellite
capacity on PanAmSat's PAS-1 satellite, Eutelsat turnaround,
conversion to NTSC, downlink in New Orleans, transmission on
C-Band North American satellite and encryption.

US$ 145,000 Per month

Space segment, both transatlantic and domestic, is offered at
either a 5 year term or an End-Of-Life (EOL) service term,
estimated to be 6.5 years.  Payments are monthly, payable in
advance, plus one month's deposit in advance of commencement
of service.

## SATELLITE AVAILABILITY

All satellite space segment is subject to availability,
engineering approval and execution of a definitive contract.
The  information  contained  herein  is  proprietary  and
confidential.

July 30, 1994

TP 7004589

42



# NETWORK TELEPORTS, INC.

### COUNTRIES REACHED ON GALAXY VII

Canada
United States Incl. Alaska & Hawaii)
Mexico
Guatemala
Belize
El Salvador
Honduras
Nicaragua
Costa Rica
Panama
Colombia
Venezuela
Guyana
Surinam
French Guiana
Cuba
Haiti
Dominican Republic
Puerto Rico
St. Kitts and Nevis
Antigua and Barbuda
Dominica
St. Lucia
Grenada
Trinidad and Tobago
Aruba (Neth. Ant.)
Curacao (Neth Ant.)
St. Vincent & Grens.
Barbados
Jamaica
Bahamas
U.S./British Virgin Islands
Bermuda
Grand Turk Island
Martinique
Guadeloupe
Anguilla
Monserrat

3200 Chartres Street • New Orleans, LA 70117 • (504) 942-9200 • (504) 942-9204 Fax

47.

TP 7004590

43

SATELLITE DETAILS

# GALAXY VII

## Degrees East: -269.0    Degrees West: -91

OWNER/OPERATOR: HUGHES COMMUNICATIONS, INC.

PRESENT STATUS:- ................................................................................UNDER CONSTRUCT
TYPE OF SERVICE :- ..............................................................................................
TYPICAL USES:- .................................................................VIDEO, AUDIO, SCPC & V
GEOGRAPHIC COVERAGE:- ............................................CONUS, ALASKA, HAWAII, PUERTO F
LAUNCH DATE:- ...............................................................................................LATE 1
LAUNCH VEHICLE:- ....................................................................................ARIA^
MASS IN ORBIT:- ....................................................................................637 kg (E
TYPE OF SATELLITE:- ..........................................................................................HS
PRIME CONTRACTORS:- ...........................................................HUGHES AIRCRAFT
DESIGN LIFETIME:- ...........................................................................12 YE/
POLARIZATION:- ....................................................................................LINI
STABILIZATION :- ..............................................................................................B(
DIMENSIONS:- ..........................ˆ..........................6.57 M LONG; 2.16 M DIAGO^
BANDWIDTH:- ..............................................36 MHz / 16@27MHz, 8@54^
NO. OF - C BAND:- ..............................................................................................
NO. OF - K BAND:- ..............................................................................................
FREQUENCY BAND:- .......................................................................................C
TWTA POWER:- ..........................................C-BAND 16 WATT, K-BAND 50 W/

# GALS (2 AT 44° E)

## Degrees East: -044.0    Degrees West: -316

OWNER/OPERATOR: INTERSPUTNIK
2 SMOLENSKY, 1/4
MOSCOW. 121099
RUSSIA

CONTACT PERSON: S. P. KURLOV

TEL: 224-03-33
TELEX: 411 286 DISK-SU

PRESENT STATUS:- ...........................................................UNDER CONSTRUCTI
TYPE OF SERVICE :- ..............................................................................F
TYPICAL USES:- ..........................................................TELECOMMUNICATIO
LAUNCH DATE:- ...........................................................................JUNE 1£
LAUNCH VEHICLE:- ....................................................................PROT
MASS IN ORBIT:- .............................................................................2500
PRIME CONTRACTORS:- ..........................NPO - SCIENTIFIC PRODUCTION ASSOCIATI
DESIGN LIFETIME:- ......................................................................5 TO 7 YEA
NO. OF - K BAND:- ..............................................................................................
FREQUENCY BAND:- ..............................................................................................

9 - 94

TP 7004591

44



SATELLITE DETAILS

## PALAPA B4

OWNER/OPERATOR: PERUMTEL

PRESENT STATUS:- .............................................................................. AWAITING LAUNCH
TYPE OF SERVICE :- ................................................................................................. FSS
TYPICAL USES:- ................................................................................ COMMUNICATIONS
GEOGRAPHIC COVERAGE:- ............................................................................. ASIAN AREAS
LAUNCH DATE:- ...................................................................................................... 1992
LAUNCH VEHICLE:- ............................................................................................... DELTA
LAUNCH WEIGHT:- ............................................................................................ 647 KG
MASS IN ORBIT:- ............................................................................................... 520 KG
TYPE OF SATELLITE:- ......................................................................................... HS 376
PRIME CONTRACTORS:- ................................................................ HUGHES AIRCRAFT COMPANY
DESIGN LIFETIME:- ...................................................................................... 10 YEARS
POLARIZATION:- ............................................................................... DUAL POLARIZATION
STABILIZATION :- ............................................................................................ SPINNER
DIMENSIONS:- ........................................................................ 85" DIAMETER/269" HEIGHT
BANDWIDTH:- ............................................................................................... 36 MHz
NO. OF - C BAND:- ................................................................................................... 24
FREQUENCY BAND:- ................................................................................................... C
ERP - MAIN BEAM:- .................................................................... 32 dBW ASIAN COVERAGE
ERP SPOT BEAMS:- ............................................................ 34 dBW INDONESIAN COVERAGE
TWTA POWER:- ........................................................................................... 9,6 WATT
ELECTRIC POWER:- ................................................................ 917,2 WATT (EOL) / 29, 6 BOLT
TELEMETRY BEACONS:- ........................................................................................ .4200
COMMAND BEACON:- ......................................................................................... C BAND

## PANAMSAT (PAS-1)
### Degrees East: -315.0    Degrees West: -45

OWNER/OPERATOR: ALPHA LYRACOM/PAN AMERICAN SATELLITE
THE PICKWICK PLAZA
GREENWICH , CT   06830
USA

CONTACT PERSON: ELIZABETH DICKENS

TEL: (203) 622-6654
FAX: (203) 622-9163

PRESENT STATUS:- ................................................................................... OPERATIONAL
TYPE OF SERVICE :- ................................................................................................. FSS
TYPICAL USES:- ............................................................................. TV BROADCAST & DATA
GEOGRAPHIC COVERAGE:- ................... N. AMERICA, S. AMERICA, WESTERN EUROPE & CARIBBEAN
LAUNCH DATE:- ........................................................................................ JUNE 15, 1988
LAUNCH VEHICLE:- ...................................................................................... ARIANE 401
LAUNCH WEIGHT:- .......................................................................................... 2960 lbs
MASS IN ORBIT:- ............................................................................................ 1560 lbs
TYPE OF SATELLITE:- ............................................................................ GE ASTRO SERIES 3000
PRIME CONTRACTORS:- ........................................................................... GE ASTRO SPACE
DESIGN LIFETIME:- ....................................................................................... 13.3 YEARS
POLARIZATION:- ................................................................................................ LINEAR
STABILIZATION :- ............................................................................................. 3-AXIS
BANDWIDTH:- .................................................................................... 36 AND 72 MHz
NO. OF - C BAND:- ................................................................. 12 @ 36MHz: 6 @ 72MHz

TP 7004594

# PanAmSat

## Link Budget Results

Customer: Network Teleport

The following are the data link budget results you requested for the 6.75Mbps, QPSK, R3/4 carrier on PAS-1/3

| Satellite | Uplink Site | Uplink Antenna Size | Downlink Site / Receive EIRP | Approx. Antenna Size/ Minimum G/T | % of Trans Bandwidth | % of Trans Power | Difference Factor |
|-----------|-------------|------|------------------|---------------------|--------------|---------------|--------------|
| PAS-11 | Warsaw/Paris | 2.4m | New Orleans / 42.3dBW | 5.0m - 30.9dB/K | -y= 11.71 | 12.718 | 1.14 |
| | | | | 5.0m - 33.0dB/K* | -11.111 | 10.766 | 0.97 |
| PAS-3 | | | New Orleans / 45.9dBW | 3.7m - 28.6dB/K | 14.815 | 8.754 | 0.59 |

Notes:

1) Carrier specifications: 6.75Mbps, QPSK, R3/4 - C/N of 7.0 dB degraded            * 45 degree LNB!!

2) Transponder Operating Conditions-

   -This is a 72MHz Transponder on the Comm. Beam of PAS-1, IBO = 8.0 dB, OBO = 4.6 dB, stunancer setting is 6 dB

   -This is a 36MHz Transponder on the Comm. Beam of PAS-3, IBO = 8.3 dB, OBO = 3.3 dB, stunancer setting is 11 dB

3) A minimum of 3.5/3.5 dB rain, a 1.0 dB system and a .5 dB downlink pointing error margin are included in all calculations

4) Receive earth station G/T is controlling factor

371/94
NETWORK JOLS
Engineering and Operations Department
Marketing/Integrated

47

PAS-1 6.73MBPS QPSK R3/4 TO NEW ORLEANS 5.0M

```
--- TRANSMIT EARTH STATION DATA -----        --- RECEIVE EARTH STATION DATA -----
Location          : WARSAW, POLAND            Location          : NEW ORLEANS, LA
Latitude  (deg N): 52.22.                     Latitude  (deg N): 30.00
Longitude (deg N): -21.00                     Longitude (deg N): 90.08
Diameter       (m): 2.4                       Diameter       (m): 5.0
Tx Gain       (dB): 49.0                      Rx Gain       (dB): 53.5
Manufacturer/Model: STANDARD/                 Feed Loss     (dB): 0.25
                                              Ant. Temp. (deg K): 45
                                              LNA. Temp. (deg K): 110
                                              Nominal G/T (dB/K): *
                                              Manufacturer/Model: STANDARD/
```

```
                    SATELLITE NAME       : PAS-1,
                    SATELLITE LONGITUDE.: 45
                    TRANSPONDER BW (MHz): 72.0
                    TRANSPONDER TYPE    : TWTA
                    CARRIERS/TRANSPONDER: *
```

```
------------- Uplink -------------        ------------- Downlink -------------
Beam: CONUS+EUR, V                        Beam: CONUS, H
Chan: 23                                  Chan: 23
Uplink Frequency     (GHz): 14.360        Downlink Frequency (GHz): 11.820
G/T, Beam Center    (dB/K): -.9           EIRP, Beam Center  (dBW): 44.3
G/T Toward Tx ES    (dB/K): -3.0          EIRP Toward Rx ES  (dBW): 42.3
SFD Toward Tx ES (dBW/m2): -80.1
```

```
----- DIGITAL CARRIER PARAMETERS ----     ------- OPERATING CONDITIONS -------
Information Rate   (kBps): 6730           Trans. Attenuator Setting (dB): 6
Modulation Type        : QPSK             Input Backoff             (dB): 8
Code Rate              : R3/4             Output Backoff            (dB): *
Overhead\Other Info.   : GI-SCPC          (C/Im) - Nominal          (dB): *
Occupied Bandwidth  (kHz): 6000           Required System Margin    (dB): 1.0
Allocated Bandwidth (kHz): 8000           Uplink   Co-Chan (C/I)    (dB): 60.0
C/N      (clear sky, dB): 7.0             Downlink Co-Chan (C/I)    (dB): 60.0
C/N (rain conditions, dB): 7.0            Downlink Pointing Error   (dB): 0.5
                                          Min. Uplink Rain Margin   (dB): 2.5
                                          Min. Dnlink Rain Margin   (dB): 3.5
```

```
------- ADJACENT SATELLITE INTERFERENCE ASSUMPTIONS -----------
Satellite Name                      : PAS3           ISVIIA
Satellite Longitude                 : 43.0           40.5
Uplink Power Density or C/I (dBW/Hz): -46            -43
Uplink Polarization Advantage  (dB): 0              0
Dlink EIRP Density or C/I  (dBW/Hz): -23.5          -32.4
Dlink Polarization Advantage   (dB): 90.0           0
------- CALCULATED TRANSMIT EARTH STATION PARAMETERS -----------
Satellite Azimuth (deg) :  250.6   Satellite Elevation (deg):   5.8
Gain at Specified Uplink Freq.      (dB): 49.1
Path Loss at Specified Uplink Freq. (dB): 207.9
------- CALCULATED RECEIVE EARTH STATION PARAMETERS -----------
Satellite Azimuth (deg) :  116.5   Satellite Elevation (deg): 30.2
Gain at Specified Downlink Freq.      (dB): 53.4
Path Loss at Specified Downlink Freq. (dB): 205.6
G/T at Specified Downlink Freq.     (dB/K): 30.9
```

PASS (Version 2.1), 07-12-1994  10:03:45 *** Printout Registration, ... ..

TP 7004595

48

PAS-1 6.73MBPS QPSK R3/4 TO NEW ORLEANS 5.0M

```
Satellite  : PAS-1
Uplink Beam: CONUS+EUR_V           TX ES: 2.4m , WARSAW, POLAND
Dlink Beam: CONUS_H                Rx ES: 5.0m , NEW ORLEANS, LA
```

| LINK PERFORMANCE (6730 KBPS QPSK R3/4) | | CLEAR SKY | UP FADE | DN FADE |
|---|---|---|---|---|
| UPLINK | | | | |
| EARTH STATION EIRP | (DBW) | 66.2 | 66.2 | 66.2 |
| F L LOSS (CLEAR SKY) | (DB) | 207.9 | 207.9 | 207.9 |
| UPLINK RAIN ATTENUATION | (DB) | 0.0 | 2.5 | 0.0 |
| SATURATION FLUX DENSITY | (DBW/M2) | -80.1 | -80.1 | -80.1 |
| INPUT BACKOFF (TOTAL) | (DB) | 8.0 | 8.2 | 8.0 |
| INPUT BACKOFF (PER CARRIER) | (DB) | 17.0 | 19.5 | 17.0 |
| SATELLITE G/T | (DB/K) | -3.0 | -3.0 | -3.0 |
| C/N - THERMAL NOISE | (DB) | 16.1 | 13.6 | 16.1 |
| C/I - CO-CHANNEL INTERFERENCE | (DB) | 60.6 | 58.1 | 60.6 |
| C/I - ADJ SAT INTF (PAS3 ) | (DB) | 24.2 | 21.7 | 24.2 |
| C/I - ADJ SAT INTF (ISV1IA ) | (DB) | 30.4 | 27.9 | 30.4 |
| C/(N+I) UPLINK | (DB) | 15.4 | 12.9 | 15.4 |
| C/I - INTERMODULATION | (DB) | 16.0 | 13.9 | 16.0 |
| DOWNLINK | (DB) | | | |
| SATELLITE EIRP (TOTAL) | (DBW) | 42.3 | 42.3 | 42.3 |
| OUT BACKOFF (TOTAL) | (DB) | 4.6 | 4.8 | 4.6 |
| OUTPUT BACKOFF (PER CARRIER) | (DB) | 13.6 | 16.0 | 13.6 |
| SATELLITE EIRP (PER CARRIER) | (DBW) | 28.7 | 26.3 | 28.7 |
| PATH LOSS (CLEAR SKY) | (DB) | 205.6 | 205.6 | 205.6 |
| DOWNLINK RAIN DEGRADATION | (DB) | 0.0 | 0.0 | 4.4 |
| EARTH STATION POINTING ERROR | (DB) | 0.5 | 0.5 | 0.5 |
| EARTH STATION G/T (CLEAR-SKY) | (DB/K) | 30.9 | 30.9 | 30.9 |
| C/N - THERMAL NOISE | (DB) | 14.1 | 11.9 | 9.8 |
| C/I - CO-CHANNEL INTERFERENCE | (DB) | 60.6 | 58.2 | 60.6 |
| C/I - ADJ SAT INTF (ISV1IA ) | (DB) | 34.3 | 31.9 | 34.3 |
| C/(N+I) DOWNLINK | (DB) | 14.2 | 11.8 | 9.8 |
| C/(N+I) TOTAL | (DB) | 10.4 | 8.0 | 8.0 |
| REQUIRED SYSTEM MARGIN | (DB) | 1.0 | 1.0 | 1.0 |
| T. C/(N+I) | (DB) | 9.4 | 7.0 | 7.0 |

```
ALLOCATED BW  (KHZ/CARRIER)= 8000.00: OCCUPIED BW  (KHZ/CARRIER)= 6000.00
RF POWER (WATTS/CARRIER)=   51.24: Uplink Power Density (dBW/Hz)=  -49.83
NR OF CARRIERS PER TRANS.=   7.86: Dnlink EIRP Density  (dBW/Hz)=  -38.27
NRN BW  (PER CARRIER)=  11.111: Maximum EIRP Density  (dBW/Hz)=  -36.27
TRNS POWER (PER CARRIER)= 12.718: Dnlink Flux Den.(dBW/m2/4KHz)= -164.95
```

TP 7004596

49

## PAS-1 6.73MBPS QPSK R3/4 TO NEW ORLEANS 5.0M (DETTER LNB)

Satellite : PAS-1
Uplink Beam: CONUS+EUR,_V          Tx Es: 2.4m , WARSAW, POLAND
Dnlink Beam: CONUS,_H              Rx Es: 5.0m , NEW ORLEANS, LA

| LINK PERFORMANCE (6730 KBPS QPSK R3/4) | | CLEAR SKY | UP FADE | DN FADE |
|---|---|---|---|---|
| **UPLINK** | | | | |
| EARTH STATION EIRP | (DBW) | 65.4 | 65.4 | 65.4 |
| PATH LOSS (CLEAR SKY) | (DB) | 207.9 | 207.9 | 207.9 |
| UPLINK RAIN ATTENUATION | (DB) | 0.0 | 2.5 | 0.0 |
| SATURATION FLUX DENSITY | (DBW/M2) | -80.1 | -80.1 | -80.1 |
| INPUT BACKOFF (TOTAL) | (DB) | 8.0 | 8.2 | 8.0 |
| INPUT BACKOFF (PER CARRIER) | (DB) | 17.7 | 20.2 | 17.7 |
| SATELLITE G/T | (DB/K) | -3.0 | -3.0 | -3.0 |
| | | | | |
| C/N - THERMAL NOISE | (DB) | 15.4 | 12.9 | 15.4 |
| C/I - CO-CHANNEL INTERFERENCE | (DB) | 59.9 | 57.4 | 59.9 |
| C/I - ADJ SAT INTF (PAS3     ) | (DB) | 23.5 | 21.0 | 23.5 |
| C/I - ADJ SAT INTF (ISVIIA   ) | (DB) | 29.6 | 27.1 | 29.6 |
| | | | | |
| C/(N+I) UPLINK | (DB) | 14.6 | 12.1 | 14.6 |
| | | | | |
| C/I - INTERMODULATION | (DB) | 15.3 | 13.1 | 15.3 |
| | | | | |
| **DOWNLINK** | (DB) | | | |
| | | | | |
| SATELLITE EIRP (TOTAL) | (DBW) | 42.3 | 42.3 | 42.3 |
| OUTPUT BACKOFF (TOTAL) | (DB) | 4.6 | 4.8 | 4.6 |
| OUTPUT BACKOFF (PER CARRIER) | (DB) | 14.3 | 16.7 | 14.3 |
| SATELLITE EIRP (PER CARRIER) | (DBW) | 28.0 | 25.6 | 28.0 |
| PATH LOSS (CLEAR SKY) | (DB) | 205.6 | 205.6 | 205.6 |
| DOWNLINK RAIN DEGRADATION | (DB) | 0.0 | 0.0 | 5.4 |
| EARTH STATION POINTING ERROR | (DB) | 0.5 | 0.5 | 0.5 |
| EARTH STATION G/T (CLEAR-SKY) | (DB/K) | 33.0 | 33.0 | 33.0 |
| | | | | |
| C/N THERMAL NOISE | (DB) | 15.7 | 13.3 | 10.3 |
| C/I - CO-CHANNEL INTERFERENCE | (DB) | 59.9 | 57.4 | 59.9 |
| C/I - ADJ SAT INTF (ISVIIA   ) | (DB) | 33.6 | 31.2 | 33.6 |
| | | | | |
| C/(N+I) DOWNLINK | (DB) | 15.6 | 13.2 | 10.3 |
| | | | | |
| C/(N+I) TOTAL | (DB) | 10.4 | 8.0 | 8.0 |
| REQUIRED SYSTEM MARGIN | (DB) | 1.0 | 1.0 | 1.0 |
| | | | | |
| NET C/(N+I) | (DB) | 9.4 | 7.0 | 7.0 |

ALLOCATED BW    (KHZ/CARRIER) = 8000.00: OCCUPIED BW    (KHZ/CARRIER)= 6000.00
RF POWER (WATTS/CARRIER)= 43.37: Uplink Power Density (dBW/Hz)= -50.55
NUMBER OF CARRIERS PER TRANS.=    9.00: Dnlink EIRP Density (dBW/Hz)= -18.99
TRANS BW    (PER CARRIER)= 11.111: Maximum EIRP Density (dBW/Hz)= -36.99
TRANS POWER (PER CARRIER)= 10.766: Dnlink Flux Den.(dBW/m2/4KHZ)= -165.68
J3321(Version 2.2)  07-12-1994  10:08:03 *** PanAmSat Designer ***

50

PAS-1 6.73MBPS QPSK R3/4 TO NEW ORLEANS 5.0M (BETTER LNB)

```
----- TRANSMIT EARTH STATION DATA -----        ---- RECEIVE EARTH STATION DATA -----
Location           : WARSAW, POLAND            Location          : NEW ORLEANS, LA
Latitude  (deg N): 52.22                       Latitude  (deg N): 30.00
Longitude (deg W): -21.00                      Longitude (deg W): 90.08
Diameter      (m): 2.4                         Diameter      (m): 5.0
Tx Gain      (dB): 49.0                        Rx Gain      (dB): 53.5
Manufacturer/Model: STANDARD/                  Feed Loss    (dB): 0.25
                                               Ant. Temp.(deg K): 45
                                               LNA Temp.(deg K): 45
                                               Nominal G/T (dB/K): *
                                               Manufacturer/Model: STANDARD/

                        SATELLITE NAME      : PAS-1
                        SATELLITE LONGITUDE : 45
                        TRANSPONDER BW (MHz): 72.0
                        TRANSPONDER TYPE    : TWTA
                        CARRIERS/TRANSPONDER: *

------------- Uplink ---------------           ------------- Downlink -------------
Beam: CONUS+EUR, V                             Beam: CONUS, H
Chan: 23                                       Chan: 23
Uplink Frequency    (GHz): 14.360              Downlink Frequency (GHz): 11.820
G/T, Beam Center    (dB/K): -.9                EIRP, Beam Center  (dBW): 44.3
G/T Toward Tx ES    (dB/K): -3.0               EIRP Toward Rx ES  (dBW): 42.3
SFD Toward Tx ES (dBW/m2): -80.1

----- DIGITAL CARRIER PARAMETERS ----          ------- OPERATING CONDITIONS -------
Information Rate    (kBps): 6730               Trans. Attenuator Setting (dB): 6
Modulation Type     : QPSK                     Input Backoff             (dB): 8
Code Rate           : R3/4                     Output Backoff            (dB): *
Overhead\Other Info.: GI-SCPC                  (C/Im) - Nominal          (dB): *
Occupied Bandwidth  (kHz): 6000                Required System Margin    (dB): 1.0
Allocated Bandwidth (kHz): 8000                Uplink  Co-Chan (C/I)     (dB): 60.0
    (clear sky, dB): 7.0                       Downlink Co-Chan (C/I)    (dB): 60.0
C/N (rain conditions, dB): 7.0                 Downlink Pointing Error   (dB): 0.5
                                               Min. Uplink Rain Margin   (dB): 2.5
                                               Min. Dnlink Rain Margin   (dB): 3.5

---------- ADJACENT SATELLITE INTERFERENCE ASSUMPTIONS ----------
Satellite Name                : PAS3          ISVIIA
Satellite Longitude           : 45.0          40.5
Uplink Power Density or C/I (dBW/Hz): -46      -43
Uplink Polarization Advantage  (dB): 0        0
Dnlink EIRP Density or C/I  (dBW/Hz): -23.5    -32.4
Dnlink Polarization Advantage  (dB): 90.0      0.
-------- CALCULATED TRANSMIT EARTH STATION PARAMETERS ----------
Satellite Azimuth (deg)  : 250.6  Satellite Elevation (deg):   5.8
Gain at Specified Uplink Freq.      (dB):  49.1
Path Loss at Specified Uplink Freq. (dB):  207.9
-------- CALCULATED RECEIVE EARTH STATION PARAMETERS ----------
Satellite Azimuth (deg)   : 116.5  Satellite Elevation (deg):  30.2
Gain at Specified Downlink Freq.      (dB):  51.4
Path Loss at Specified Downlink Freq. (dB): 205.6
G/T at Specified Downlink Freq.    (dB/K):  33.0

DSATJZ2 (Version 2.1), 07-12-1994  10:08:00 *** PanAmSat Engineering, CT **
```

TP 7004598