```
------------------------------------ X
SPANSKI ENTERPRISES, INC. and       :
POLTEL INTERNATIONAL L.L.C.,
      Plaintiffs,                   :

              -against-            :

TELEWIZJA POLSKA S.A.,              :

      Defendants and Counterclaim   :
Plaintiffs,                             07 CIV 930 (GEL)
                                    :
              -against-
                                    :   DECLARATION OF JOANNA SKIERSKA
SPANSKI ENTERPRISES, INC., POLTEL
INTERNATIONAL L.L.C., TELEWIZJA     :
POLSKA U.S.A. INC., TELEWIZJA
POLSKA CANADA INC., BOGUSLAW M.     :
SPANSKI and EUROVU, S.A,
                                    :
      Counterclaim Defendants.
                                    :


------------------------------------ X
```

Joanna Skierska declares as follows:

    1.    I am currently employed by Telewizja Polska S.A. ("TVP") in Warsaw, Poland, as Director of the International Cooperation and Trade Department.

    2.    I hereby submit this declaration in opposition to the plaintiff's motion for summary judgment.

**Overview**

    3.    TVP and Spanski Enterprises Inc. ("SEI") entered into a license agreement on December 14, 1994 (the "Agreement"). Copies of a certified English translation and Polish original of the Agreement are annexed hereto as Exhibit 1.



*Translation from Polish*

*Register No. 157 /2008*

4.    The parties amended the Agreement twice:  in an addendum dated November 4, 1999 (the "First Addendum") and in an addendum dated April 29, 2002 (the "Second Addendum").  Copies of the First Addendum and Second Addendum (in original Polish with certified English translations) are annexed hereto as Exhibits 2 and 3, respectively.

5.    Apart from these two Addenda, the parties have not made any other written amendment to the Agreement.

6.    TVP is a company wholly-owned by the Polish State Treasury, organized and existing under two legal acts:  the Broadcasting Act and the Commercial Companies Code. TVP is a Polish public station, and a producer and broadcaster of numerous Polish language television channels, programs and shows.

7.    Certain legal obligations are imposed on TVP as a public broadcaster, as specified in article 21 of the Broadcasting Act.  Namely, TVP has as one of its tasks the production and broadcast of national and regional Polish-language television channels, programs and shows, both to individuals living in Poland and Polish community living abroad.

8.    Moreover, TVP is obliged to support artistic, teaching and scientific activity and produce and broadcast educational programs and shows addressed to children. TVP also reports important social, economic, political (parliamentary debates, elections, political parties' programs), cultural and sports events from Poland and other countries.

Other obligations imposed on TVP include:

- works on new technologies for production and broadcasting of television programs,

- commercial, production and service activity connected with audiovisual activity, and

- construction and operation of broadcasting and relay stations.



*Translation from Polish*

*Register No. 157 /2008*

TVP owns and operates many Polish-language television channels including TVP 1, TVP 2, and TV Polonia, as well as thematic channels: TVP History, TVP Culture, TVP Sport and TVP Info (formerly TVP 3).

9.    TVP 1 is the primary Polish public channel, created in October 1952. TVP 1 is a general channel with its focus on news ("Wiadomości," "Teleexpres") and journalistic programs.  In addition, TVP 1 produces and broadcasts numerous Polish feature films, theatre performances and series, as well as documentaries and natural environment and scientific programs both for adults and children. TVP 1 also offers foreign films and series, sport events and musical events.

10.    TVP 2 is the second Polish public channel, created in 1970. Similarly to TVP 1, it broadcasts news and documentaries, although in recent years entertainment programs tend to dominate its programming content.

11.    TV Polonia was created by TVP in October 1992. Staring from March 31, 1993 TV Polonia began its regular broadcast. TV Polonia is directed mainly to people of Polish origin living abroad. TV Polonia's program consists of Polish feature and short films, series, documentaries and cartoons, the vast majority of which was previously broadcast by TVP 1 and TVP 2.  TV Polonia also produces and broadcasts its own historical and cultural programs, as well as interactive programs for viewers living abroad. Classical music concerts, the Television Theater's performances, artistic shows and programs for children also constitute an important part of TV Polonia's programming.  TVP Polonia informs viewers about the Polish Diaspora, Polish culture and history, and promotes Polish economy and tourism. TV Polonia is distributed in approximately 27 countries throughout the world, including most of European countries, Australia, and some portions of Asia.  In these areas

*Translation from Polish*

*Register No. 157 /2008*

TV Polonia is distributed mainly through other intermediaries to cable and satellite distributors.

12.    For instance, in Australia and New Zealand TV Polonia is distributed through an intermediary called Puma Media, in Germany by Mediapol Content Services GmbH, in Denmark by a company called Copy- Dan. All of those companies have a non-exclusive license agreement with TVP for the distribution of TV Polonia, and regardless of the amount of their revenues, they pay TVP in advance a fixed amount per each subscriber they get.

13.    TVP Info (previously TVP 3) is the Polish Television's news channel. It broadcasts news from Poland and abroad, press conferences, parliamentary debates and other important political events. TVP Info has also its own sports, economic and journalistic programs.

**TVP's Thematic Channels**

14.    In or about 2004 in response to market research and demands of the Polish domestic market, TVP decided to create three new channels: TVP Sport, TVP Culture and TVP History (the "TVP thematic channels").

15.    The creation of the TVP thematic channels was a result of the increase of interest in this type of specialized channel offering. In 2003 in the majority of European countries, 70% viewers could watch only 3-6 channels. Only five years later, in Germany, for example, an average viewer in 2008 has access to more than 50 different television channels.

16.    This increase in the number of offered television channels has coincided with changes in the behavior of television viewers, who turned from passive viewers into active users of media. As a result, the process of market fragmentation is progressing

systematically: traditional distribution addressed to the general public is making way for individualized communication with narrowly profiled circles of recipients. In 1995 in Great Britain, 225 channels were watched by the audience of more than 15 million people whereas in 2005 no channel achieved the audience of such size.

17.    The trend throughout Europe among public broadcasters like TVP is an increase in specialized thematic channels.   European broadcasters started to introduce educational, including historical, thematic channels in the mid-1990's.  As their experience shows, whether a channel is successful on the market depends on the reputation of the station which has launched it.  The more the station is recognizable and trustworthy, the more a new channel is likely to be successful.

18.    Poland, with approximately 12.5 million dwellings with TV sets, is the sixth-largest market in Europe.  Due to cable and satellite distribution growth, the thematic channel segment has grown also in Poland.  It comprises now more than 50 Polish language channels and 6 of them already have an audience exceeding 10% in the 15+ age group (the target group for most television stations). Since 1997 their aggregate share in the market has been systematically growing, particularly in big cities.

19.    Cable and satellite network capacity is limited, so TVP began intense development of its thematic channels in 2005 in order to secure required network space. Pursuant to European Union regulations, Poland must complete the switch from analog to digital signal by the end of 2015. After that date, TVP's channels will need to be placed in "multiplexes" with limited quantity of space where broadcasters will need to compete for space.

20.    The process for obtaining a concession for a new television channel in Poland is lengthy and extensive.  The applicant has to file a special concession application with the

*Translation from Polish*

*Register No. 157 /2008*

National Broadcasting Council in accordance with rules set forth in separate regulations. If the applicant is a legal person, the concession application has to be accompanied in particular by a detailed description of the contemplated channel, the company's articles of association as amended, excerpt from the register of entrepreneurs, personal data of members of the managing and supervisory bodies together with information about their citizenship and place of permanent residence,  information relating to shareholders, and financial documents (e.g. a certificate of no tax arrears). The procedure that follows consists of various hearings and presentations done by the applicant and takes about 6 months. Not all concession applications are approved.  The body granting concessions is obliged to refuse the concession, if the applicant's potential activity in respect of distributing channels was to pose a threat to national culture, national security and defense, or moral decency. Moreover, the body refuses to grant the concession, if, as a result of the concession being granted, the applicant might become a dominant entity in the mass media business. Concessions are not granted to applicants also due to the limited availability of frequencies.

21.    The license for a television channel granted by the Polish National Broadcasting Council is very detailed, stating (1) the name of the channel that must let identify the content to be broadcast and (2) the specific content of the channel. Accordingly, channels cannot be treated interchangeably or significantly altered by broadcasters without going through the procedure of the body issuing concessions.

22.    Additionally, TVP's internal business procedures for creating a new channel are lengthy and extensive.  They require, among others:

- to prepare initial programming content, programming plans,

- to submit initial programming assumptions to the management board for approval,

- to order and perform analyses (pertaining to the possibilities of distribution, economic analyses, of advertising revenues, marketing and market research),

- to submit results of the research to the management board for approval and so that they can make a decision on creating the program,

- management board's approval of concession documents,

- to file concession applications,

- concession proceedings (presentations, hearings, answers to questions),

- granting the concession,

- analysis of the demand for employees, planning organizational structure,

- adoption of organizational bylaws,

- employing staff, castings to choose presenters,

- arranging and furnishing, providing equipment to office rooms and studio, purchase of items/ requisites and scenery elements,

- ensuring presence in digital platforms and networks,

- commencement of marketing efforts,

- trademark registration,

- trial broadcasting,

- commencement of regular broadcasting of the program.

23.    TVP Kultura began broadcasting in Poland on April 1, 2005.  TVP began to work on the development of the channel in January 2004, as a specialized channel focusing on Polish culture and art.  TVP Kultura is currently available in Poland, Denmark, France, Holland, Lithuania, Germany, Norway, Slovakia, Switzerland and Sweden.  TVP spent more than 7 months developing this channel (that process included among other things: development of a marketing strategy, preparation of TVP Kultura's programming content

and thematic programs, negotiations with licensors and artists, etc.). TVP applied for a concession to broadcast TVP Kultura on June 28, 2004, and that concession was granted on February 11, 2005.

24.    TVP Sport began broadcasting in Poland on November 18, 2006. TVP began to develop the channel in March 2005, as a specialized channel focusing on sporting events and programs. The channel is distributed in Poland only. TVP spent almost fifteen months researching and developing this channel (e.g. market research, economic analyses, personnel trainings,  preparation of a programming content). TVP applied for the concession to broadcast TVP Sport on December 29, 2005, and that license was granted on June 14, 2006.

25.    TVP Historia began broadcasting in Poland on May 7, 2007. TVP began to develop the channel in July 2006 as a specialized channel focusing on historical programming predominantly relating to Poland. The intent was first to broadcast the channel in Poland and later possibly to extend the distribution to Europe. TVP Historia is currently distributed in Poland, Denmark and Lithuania. TVP applied for the concession to broadcast TVP Historia on July 31, 2006, and that concession was granted on February 12, 2007.

26.    TVP has never applied for the concession for a channel called "TV for Polonia" (nor for any other copy of TV Polonia, as alleged by SEI). TVP has never begun the internal process described above for the creation and development of such channel. TVP has no intention of creating such channel.

27.    There are some small overlaps between the thematic channels and TV Polonia. There are approximately two shows per week that overlap between TV Polonia and TVP Sport. With respect to TVP Historia, since the creation of this channel there have been around two series and approximately 32 other individual show (out of thousands of shows per



*Translation from Polish*

*Register No. 157 /2008*

year) in common with TVP Polonia. As to TV Kultura approximately 7 % of its programming content overlaps with TV Polonia's shows.

**TVP's representatives on the Board of TVP USA**

28.    I have reviewed TVP's business records with respect to TVP's representation on the Board of TVP USA. These records are kept and maintained in the ordinary course of business at TVP.

29.    Since 2005, TVP has not had a representative participating in the meetings of the TVP USA Supervisory Boards and, to the best of TVP's knowledge, TVP USA has not been holding TVP USA board meetings since that time.

30.    On July 5, 2006 TVP's President, Anna Milewska, inquired about the absence of TVP USA board meetings. In a letter dated August 15, 2006, to President Milewska, Mr. Spanski indicated that the legal structure of the companies taking part in the distribution of TVP programs in the Territory does not require that those companies have supervisory boards, and thus there are no supervisory board meetings. The copy of the August 15, 2006 letter and a certified English translation thereof are annexed hereto as Exhibit 4.

**TVP's internet activity**

31.    TVP currently operates two websites – tvp.pl and itvp.pl. <www.tvp.pl> is a portal with information about the program, most of which is corporate information, and itvp.pl is a website with video material, on which viewers can watch some of TVP's shows.

32.    The first website was launched by TVP on March 30, 1995 within the scope of activity of the TVP's Television Press Agency. This was the site www.tvp.com.pl. It is currently continued by www.tvp.pl.

33.    The site www.itvp.pl was launched in January 2005. On this site, within a project of so called interactive television iTVP, on January 16, 2005 a first live transmission

took place (the coverage from the 13th Final of the Great Orchestra of Christmas Charity). On February 9, 2005 the shows from TVP 3 were shown for the first time at itvp.pl. On January 15, 2007 the website changed its graphic layout. Within that new layout certain shows have become available as "simulcast", e.g. "Wiadomości", "Teleexpress", "Panorama" , and on February 26, 2007 "Kurier". Earlier those shows were available "on demand."

34.    The access to most of the audiovisual materials on itvp.pl and tvp.pl is free. Only certain episodes of series and Champions League matches are distributed for a charge. Paid content on itvp.pl was first available on April 19, 2006 (movie "Ode to Joy"). The first series made available for a charge was a series called "Oficerowie". Its premiere on the Internet took place on September 18, 2006.

35.    Contrary to Spanski's allegations that "on or about January 15, 2007 SEI's exclusive rights started to be openly infringed upon. . . and such infringing continued incessantly until September 10, 2007", TVP started geoblocking access to news programs on February 17, 2007 – so that the viewers form North and South America could not have access to it. In connection with this dispute on 31 August 2007 a geoblocking of access to the website www.itvp.pl was implemented. The same geoblocking was done on September 4, 2007 with respect to www.tvp.pl

**SEI's Quarterly Financial Statements**

36.    Throughout the course of the performance of the Agreement, both SEI and co-operating companies submitted quarterly statements to TVP containing only very basic and summary information regarding revenues and calculation of amount owed to TVP under the Agreement.

37.    I have reviewed TVP's business records with respect to these quarterly financial statements.    These records are kept and maintained in the ordinary course of business at TVP

38.    True and correct copies of the quarterly statements from 1999 and certified English translation thereof are annexed hereto as Exhibit 5.    These quarterly statements showed SEI's annual revenue of USD 376,612.00 from distribution of TV Polonia.

39.    TVP relies on these quarterly statements when issuing its invoices to SEI.

40.    SEI's quarterly statements give only a single entry for number of subscribers, without providing the breakdown between number of internet subscribers and television subscribers.    Further, SEI's quarterly statements do not provide a breakdown into the number of television subscribers for each cable and satellite distributor.

41.    SEI's quarterly statements also contained one lump sum represented to be the "Income under the agreement."  SEI's quarterly statements did not define "income," nor did they provide a breakdown of the amounts of "income" attributable to internet subscribers and television subscribers for each cable and satellite distributor.

42.    SEI's quarterly statements do not contain any information regarding any amounts of "income" SEI has attributed to any other radio or television channels other than TV Polonia and/or TVP 3 out of subscriber revenue.

43.    SEI's quarterly statements do not contain sufficient explanation of any deductions or other non-typical quarterly activity used in SEI's calculation.    As an example, SEI's statement for the second quarter of 2007 clearly indicates income from settlements between (a) Time Warner Cable and SEI and (2) EchoStar regarding subscriber fees. However, the statement does not explain that, as we have learned in this litigation, Mr. Spanski deducted amounts from those settlements before calculating the license fee SEI

*Translation from Polish*

*Register No. 157 /2008*

owed to TVP.  True and correct copy of the second quarter of 2007 statement (identified as Exhibit K in the Spanski deposition) and a certified English translation thereof are annexed hereto as Exhibit 6.

44.    TVP received copies of the distribution/affiliation agreements between SEI and cable and satellite distributors in the "Territory" such as Time Warner Cable and DirecTV for the first time in the course of this litigation.  TVP was not a party to any of these agreements between cable and satellite operators and SEI (and/or SEI's operating companies), and TVP had no knowledge of or participation in the drafting and negotiation of those agreements.

45.    In 2003, SEI began sending quarterly statements through a new operating company, EuroVu, S.A., which is organized under the laws of Switzerland.  SEI has alleged that this agrement is "beneficial" to TVP because it permits avoidance of a "withholding tax."

46. As described above, TVP is a Polish government-owned company.  As such, it is not in TVP's interest to "avoid" withholding taxes or paying taxes to a foreign state.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Warsaw, Poland, on September 5, 2008.


_____    *[handwritten signature]*    _____

Joanna Skierska


In witness whereof to be true translation of the copy of the document made in Polish I, Katarzyna Piwowarska, English language certified translator entered in the list of certified translators maintained by the Ministry of Justice in Warsaw under No. TP/3187/05, have hereunto affixed my signature and official seal this 5th day of September 2008.

*Translation from Polish*

*Register No. 157 /2008*



SPANSKI ENTERPRISES, INC. i          :
POLTEL INTERNATIONAL L.L.C.,          :

    Powodowie,                       :

        -przeciwko-              :

TELEWIZJA POLSKA S.A.,                :

  Pozwani i powodowie wzajemni,       :

        -przeciwko-              :    07 CIV 930 (GEL)

SPANSKI ENTERPRISES, INC., POLTEL     :    DEKLARACJA JOANNY SKIERSKIEJ
INTERNATIONAL L.L.C.,
TELEWIZJA POLSKA U.S.A. INC.,         :
TELEWIZJA POLSKA CANADA INC.,
BOGUSLAW M. SPANSKI i EUROVU, S.A.,   :

    Pozwani wzajemni                 :

                             :

                             :

                             :

-------------------------------------------------------X

Joanna Skierska oświadcza co następuje:

    1.         Jestem obecnie zatrudniona w Telewizji Polskiej S.A. ("TVP") w Warszawie, Polska jako Dyrektor Biura Współpracy Międzynarodowej i Handlu.

    2.         Niniejszym składam to oświadczenie w opozycji to wniosku powoda o summary judgment.

**Zarys sprawy**

    3.         TVP i Spanski Enterprises Inc. ("SEI") podpisali umowę licencyjną w dniu 14 grudnia 1994 roku ("Umowa"). Kopie tłumaczenia przysięgłego na język angielski i polski oryginał Umowy stanowią Załącznik nr 1 do niniejszej deklaracji.

4.        Strony zmieniały Umowę dwa razy: za pomocą aneksu z dnia 4 listopada 1994 roku ("Pierwszy Aneks") i aneksu z dnia 29 kwietnia 2002 roku ("Drugi Aneks"). Kopie Pierwszego Aneksu i Drugiego Aneksu (polskie oryginały i tłumaczenie przysięgłe na język angielski) stanowią odpowiednio Załącznik 2 i Załącznik 3 do niniejszej Deklaracji.

5.        Oprócz tych dwóch załączników strony nie dokonywały żadnych pisemnych zmian Umowy.

6.        TVP jest spółką stanowiącą w całości własność polskiego Skarbu Państwa, utworzoną i funkcjonującą na podstawie dwóch aktów prawnych: Ustawy o Radiofonii i Telewizji oraz Kodeksu Spółek Handlowych. TVP jest polską stacją publiczną oraz producentem i nadawcą licznych kanałów telewizyjnych, programów i audycji w języku polskim.

7.        Określone obowiązki są nałożone na TVP jako na publicznego nadawcę, zgodnie z artykułem 21 Ustawy o Radiofonii i Telewizji. Mianowicie, jednym z zadań TVP jest produkcja i nadawanie ogólnokrajowych i regionalnych kanałów, programów i audycji w języku polskim, zarówno dla osób mieszkających w Polsce jak i Polonii mieszkającej za granicą.

8.        Ponadto TVP ma obowiązek wspierać działalność artystyczną, dydaktyczną i naukową oraz produkować i nadawać edukacyjne programy i audycje skierowane do dzieci. TVP relacjonuje również ważne wydarzenia społeczne, ekonomiczne, polityczne (debaty parlamentarne, wybory, programy partii politycznych), kulturalne i sportowe z Polski i innych krajów.

Inne obowiązki nałożone na TVP to między innymi:
- prace nad nowymi technologiami produkowania i nadawania programów telewizyjnych,

- działalność handlowa, produkcyjna i usługowa związana z działalnością audiowizualną, oraz

- budowa i obsługiwanie stacji nadawczych i przekaźnikowych.

TVP jest właścicielem i obsługuje (operates) wiele polskojęzycznych kanałów telewizyjnych, w tym TVP 1, TVP 2 oraz TV Polonia oraz kanały tematyczne: TVP Historia, TVP Kultura, TVP Sport i TVP Info (poprzednio TVP 3).

9.    TVP 1 jest polskim podstawowym kanałem publicznym, utworzonym w październiku 1952 roku.  TVP 1 jest kanałem ogólnym, w którym szczególny nacisk położony został na programy informacyjne („Wiadomości", „Teleexpres") i programy publicystyczne. Ponadto TVP 1 produkuje i nadaje liczne polskie filmy fabularne, przedstawienia teatralne i seriale, oraz programy dokumentalne i przyrodnicze zarówno dla dorosłych, jak i dla dzieci. TVP 1 oferuje również zagraniczne filmy i seriale oraz wydarzenia sportowe i muzyczne.

10.    TVP 2 jest drugim polskim kanałem publicznym, utworzonym w 1970 roku. Podobnie jak TVP 1, nadaje wiadomości i programy dokumentalne, jednak w ostatnich latach programy rozrywkowe zdają się przeważać w jego ofercie programowej.

11.    TV Polonia została utworzona przez TVP w październiku 1992 roku.  31 marca 1993 roku zaczęła regularne nadawanie. TV Polonia jest skierowana głównie do ludzi polskiego pochodzenia mieszkających za granicą. Program TV Polonia składa się z polskich filmów fabularnych i krótkometrażowych, seriali, filmów dokumentalnych oraz kreskówek, z których zdecydowana większość była wcześniej nadawana przez TVP 1 i TVP 2. TV Polonia również produkuje i nadaje własne programy historyczne i kulturalne, jak również interaktywne programy dla widzów mieszkających za granicą.  Koncerty muzyki klasycznej, spektakle Teatru Telewizji, audycje artystyczne i programy dla dzieci stanowią ważną część programu TV Polonia. TVP Polonia informuje widzów o Polskiej Diasporze, polskiej kulturze i historii, promuje polską gospodarkę i turystkę.  TV Polonia jest dystrybuowana w około 27 krajach na

całym świecie, w tym w większości krajów europejskich, w Australii, niektórych częściach

Azji.  Na tych obszarach TV Polonia jest dystrybuowana głównie za pomocą innych

pośredników w telewizji kablowej i satelitarnej.

       12.    Przykładowo, w Australii i Nowej Zelandii pośrednikiem dystrybuującym TV

Polonia jest Puma Media, w Niemczech - Mediapol Content Services GmbH, w Danii -

Copy- Dan. Wszystkie z tych firm posiadają niewyłączną umowę licencyjną z TVP na

dystrybuowanie TV Polonia i, bez względu na kwoty swoich przychodów, płacą TVP z góry

określoną kwotę od każdego pozyskanego abonenta.

       13.    TVP Info (poprzednio TVP 3) jest kanałem informacyjnym Telewizji Polskiej.

TVP Info nadaje wiadomości z Polski i z zagranicy, konferencje prasowe, debaty

parlamentarne i inne ważne wydarzenia polityczne.  TVP Info ma również swoje własne

programy sportowe, ekonomiczne i publicystyczne.

**Kanały Tematyczne TVP**

       14.    W 2004 roku albo około 2004 roku w odpowiedzi na badania i potrzeby

wewnętrznego, polskiego rynku TVP zdecydowała się stworzyć trzy nowe kanały: TVP Sport,

TVP Kultura i TVP Historia ("kanały tematyczne TVP").

       15.    Stworzenie kanałów tematycznych TVP było rezultatem wzrostu zainteresowania

tego rodzaju wyspecjalizowanymi kanałami. W 2003 roku w większości krajów europejskich

70% widzów mogło oglądać tylko od 3 do 6 kanałów. Zaledwie pięć lat później, w 2008 roku,

np. w Niemczech, przeciętny widz miał dostęp do ponad 50 różnych kanałów telewizyjnych.

       16.    Ten wzrost liczby oferowanych kanałów telewizyjnych zbiegł się w czasie ze

zmianami zachowań widzów, którzy zmienili się z biernych widzów w aktywnych

użytkowników mediów. W związku z tym proces fragmentaryzacji rynku pogłębia się:

tradycyjna dystrybucja adresowana do ogółu widzów ustępuje miejsca zindywidualizowanej

komunikacji z wąsko określonym kręgiem odbiorców. W 1995 r. w Wielkiej  Brytanii 225

programów miało widownię ponad 15 mln osób, natomiast w 2005 r. już żaden nie osiągnął tej wielkości.

17.        Wśród publicznych nadawców w Europie, takich jak TVP, można zaobserwować wzrost ilości wyspecjalizowanych kanałów tematycznych. Europejscy nadawcy zaczęli wprowadzać edukacyjne, w tym historyczne, kanały w połowie lat 90. Jak pokazują ich doświadczenia sukces kanału na rynku zależy od opinii, jaką cieszy się stacja, która ten kanał wprowadziła. Im bardziej ta stacja jest rozpoznawalna i godna zaufania, tym większe szanse na sukces ma nowy kanał.

18.        Polska z około 12,5 milionami gospodarstw domowych posiadających odbiorniki TV jest szóstym co do wielkości rynkiem w Europie. W związku ze rozwojem dystrybucji kablowej i satelitarnej, segment kanałów tematycznych rozwinął się również w Polsce. Obejmuje on obecnie ponad 50 polskojęzycznych kanałów, z których 6 już ma widownię przekraczającą 10% w grupie wiekowej 15+ (grupa docelowa dla większości stacji telewizyjnych). Od 1997 ich łączny udział w rynku systematycznie wzrasta, szczególnie w dużych miastach.

19.        Możliwości sieci kablowych i satelitarnych są ograniczone, więc TVP w 2005 roku rozpoczęła intensywny rozwój swoich kanałów tematycznych w celu zabezpieczenia wymaganej przestrzeni w sieci. Zgodnie z regulacjami unijnymi, Polska musi przejść z sygnału analogowego na cyfrowy do końca 2015 roku, albo wcześniej. Po tej dacie kanały będą musiały być umieszczone w „multipleksach" o ograniczonej ilości miejsca, o które będą konkurować nadawcy.

20.        Procedura otrzymania koncesji na nowy kanał telewizyjny w Polsce jest długa i obszerna. Wnioskodawca  musi złożyć specjalny formularz aplikacyjny w Krajowej Radzie Radiofonii i Telewizji, zgodnie z wytycznymi z odrębnych regulacji. Jeśli wnioskodawca jest osobą prawną, wraz z wnioskiem o koncesję musi zostać złożony

dokładny opis planowanego kanału, umowa spółki z wszelkimi zmianami, odpis z rejestru przedsiębiorców, dane osobowe członków organów zarządzających i nadzorczych wraz z informacją o ich obywatelstwie i miejscu stałego pobytu, informacje dotyczące udziałowców oraz dokumenty finansowe (np. zaświadczenie o braku zaległości podatkowych). Procedura, która następuje później składa się z różnego rodzaju przesłuchań i prezentacji przedstawianych przez wnioskodawcę i zajmuje około 6 miesięcy. Nie wszystkie wnioski rozpatrywane są pozytywnie. Organ udzielający koncesji ma obowiązek odmówić jej przyznania, jeśli potencjalna działalność wnioskodawcy w związku z dystrybucja kanałów byłaby  zagrożeniem interesów kultury narodowej, bezpieczeństwa i obronności państwa lub naruszała normy dobrego obyczaju. Ponadto organ odmawia przyznania koncesji, jeśli w wyniku przyznania koncesji wnioskodawca mógłby stać się podmiotem dominującym w działalności środków masowego przekazu. Koncesje nie są przyznawane wszystkim wnioskodawcom również z powodu ograniczonej dostępności częstotliwości.

21.        Licencja na kanał telewizyjny przyznawana przez polską Krajową Radę Radiofonii i Telewizji jest bardzo szczegółowa, określa (1) nazwę kanału, która musi pozwolić zidentyfikować nadawaną treść oraz (2) konkretną zawartość kanału. W związku z tym kanały nie mogą być traktowane zamiennie czy znacznie zmieniane przez nadawcę bez przejścia procedury przed organem wydającym koncesje.

22.        Poza tym, wewnętrzne procedury TVP związane z tworzeniem nowego kanału są długie i obszerne. Wymagają między innymi:

- Przygotowania wstępnej zawartości programowej, planów programowych

- Przekazania wstępnych założeń programowych zarządowi celem akceptacji

- Zlecenia i wykonania analiz (dotyczących możliwości dystrybucji, analiz ekonomicznych, przychodów reklamowych, badań marketingowych, badan rynkowych)

- Przedstawienia wyników badań zarządowi celem akceptacji i podjęcia decyzji o tworzeniu programu

- Zatwierdzenia przez zarząd dokumentów koncesyjnych

- Złożenia wniosków o koncesją

- Postępowania koncesyjnego (prezentacje, przesłuchania, odpowiedzi na pytania)

- Analizy zapotrzebowania na pracowników, planowanie struktury organizacyjnej

- Uchwalenia wewnętrznych regulaminów organizacyjnych

- Zatrudnienia pracowników, castingów na prowadzących

- Urządzenia i wyposażenia biur i studia, zakupu sprzętów i scenografii

- Zapewnienia obecności w platformach cyfrowych i sieciach kablowych

- Rozpoczęcia działalności marketingowej

- Rejestracji znaku towarowego

- Próbnej emisja

- Rozpoczęcia stałej emisji programu

23.        TVP Kultura rozpoczęła nadawanie w Polsce 1 kwietnia 2005 roku. TVP zaczęła prace nad rozwojem kanału w styczniu 2004 roku, jako wyspecjalizowanego kanału dotyczącego polskiej kultury i sztuki. Obecnie TVP Kultura jest dostępna w Polsce, Danii, Francji, Holandii, na Litwie, w Niemczech, Norwegii, na Słowacji, w Szwajcarii i Szwecji. TVP poświęciła ponad 7 miesięcy na rozwój tego kanału (m.in. na rozwój strategii marketingowej, przygotowanie zawartości programowej i programów tematycznych TVP Kultura, negocjacje z licencjodawcami i artystami, etc). TVP wystąpiła o koncesję na

nadawanie TVP Kultura 28 czerwca 2004 roku, a koncesja została przyznana 11 lutego 2005 roku.

24.        TVP Sport rozpoczęła nadawanie w Polsce 18 listopada 2006 roku. TVP rozpoczęła rozwijanie tego kanału w marcu 2005 roku jako wyspecjalizowanego kanału z programami i wydarzeniami sportowymi. Ten kanał jest dystrybuowany tylko w Polsce. TVP poświęciła prawie piętnaście miesięcy na badanie i rozwój tego kanału (np.: badania rynku, analizy ekonomiczne, szkolenia personelu, przygotowanie zawartości programowej). TVP wystąpiła o koncesję 29 grudnia 2005 roku, a koncesja została przyznana 14 czerwca 2006 roku.

25.        TVP Historia rozpoczęła nadawanie w Polsce 7 maja 2007 roku. TVP rozpoczęła rozwijanie tego kanału w lipcu 2006 roku jako wyspecjalizowane kanału z programami historycznymi dotyczącymi głównie Polski. Zamierzano najpierw nadawać program w Polsce, później ewentualnie rozszerzyć dystrybucję na Europę. Obecnie TVP Historia jest nadawana w Polsce, Danii i na Litwie. TVP wystąpiła o koncesję 31 lipca 2006 roku, a koncesja została przyznana 12 lutego 2007 roku.

26.        TVP nigdy nie występowała o koncesję na kanał o nazwie „TV for Polonia" (ani na żadną inną kopię TV Polonia, jak twierdzi SEI). TVP nigdy nie wszczęła wewnętrznego procesu opisanego powyżej dla stworzenia i rozwoju takiego kanału. TVP nie ma zamiaru stworzenia takiego kanału.

27.        Występują pewne małe zbieżności zawartości programowej kanałów tematycznych a TV Polonia. Około 2 audycje TV Polonia i TVP Sport pokrywają się w ciągu tygodnia. Jeśli chodzi o TVP Historia, to od powstania tego kanału około dwóch serii programowych i około 32 audycje (z tysięcy audycji pokazywanych rocznie) było wspólnych z TV Polonia. Jeśli chodzi o TV Kultura, około 7% jej zawartości programowej stanowią audycje emitowane w TV Polonia.

**Przedstawiciele TVP w Radzie TVP USA**

28.          Przeglądałam dokumentację TVP dotyczącą reprezentacji TVP w

Radzie TVP USA. Prowadzenie i utrzymywanie takiej dokumentacji stanowi cześć zwykłej

działalności TVP.

29.          Od 2005 roku TVP nie miała przedstawiciela biorącego udział w

posiedzeniach Rady Nadzorczej TVP USA i, zgodnie z najlepszą widzą TVP, posiedzenia

rady TVP USA nie odbywały się od tego czasu.

30.          Dnia 5 lipca 2006 roku Prezes TVP Anna Milewska zapytała o

przyczynę nieodbywania się posiedzeń Rady TVP USA. W liście z dnia 15 sierpnia 2006

roku do Prezes Milewskiej, Pan Spanski wskazał na strukturę prawną spółek biorących

udział w dystrybuowania programów TVP na Terytorium, która nie wymaga od nich

posiadania rad nadzorczych i z związku z tym posiedzenia takich rad nie odbywają się.

Kopia listu z dnia 15 sierpnia 2006 wraz z tłumaczeniem przysięgłym na język angielski

stanowią Załącznik 4 do niniejszej Deklaracji.

**Działalność internetowa TVP**

31.          Obecnie TVP obsługuje dwie strony internetowe – tvp.pl oraz itvp.pl.

<www.tvp.pl> jest portalem z informacjami o programie, z których większość to informacje

korporacyjne a  itvp.pl jest stroną internetową z materiałami video, na której widzowie

mogą zobaczyć niektóre z audycji TVP.

32.          Pierwsza strona internetowa została uruchomiona przez TVP 30

marca 1995 roku w ramach działalności Telewizyjnej Agencji Prasowej TVP. Była to strona

www.tvp.com.pl. Obecnie działa ona jako www.tvp.pl.

33.          Strona www.itvp.pl została uruchomiona w styczniu 2005. Na tej

stronie, w ramach projektu tzw. interaktywnej telewizji iTVP, 16 stycznia 2005 roku miała

miejsce pierwsza transmisja na żywo (relacja z XIII finału Wielkiej Orkiestry Świątecznej

Pomocy). 9 lutego 2005 roku audycje z TVP 3 zostały pokazane po raz pierwszy na stronie itvp.pl. 15 stycznia 2007 roku strona miała zmienioną oprawę graficzną. W ramach nowej oprawy graficznej niektóre audycje stały się dostępne jako „simulcast", np.: „Wiadomości", „Teleexpress", „Panorama" , a 26 lutego 2007 roku „Kurier". Wcześniej te audycje były dostępne „on demand".

34.         Dostęp do większości materiałów audiowizualnych na stronach itvp.pl oraz tvp.pl jest bezpłatny. Tylko niektóre odcinki seriali i mecze Ligi Mistrzów są dystrybuowane za opłatą. Płatna zawartość na stronach itvp.pl po raz pierwszy była dostępna 19 kwietnia 2006 roku (film "Oda do Radości"). Pierwszym serialem dostępnym odpłatnie był serial „Oficerowie". Jego premiera w internecie miała miejsce 18 września 2006 roku.

35.         Wbrew zarzutom Spanskiego, że „dnia 15 stycznia albo około 15 stycznia 2007 roku  zaczęto jawnie naruszać wyłączne prawa SEI... i takie naruszenie trwało bez przerwy do 10 września 2007 roku", TVP zaczęła geoblocking programów informacyjnych 17 lutego 2007 roku - tak, że widzowie z Ameryki Północnej i Południowej nie mieli do nich dostępu. W związku z tym sporem dnia 31 sierpnia 2007 roku zostało zastosowane blokowanie (geoblocking) dostępu do strony internetowej www.itvp.pl. Takie samo blokowanie (geoblocking) zostało zastosowane 4 września 2007 roku w stosunku do strony www.tvp.pl.

**Kwartalne Sprawozdania Finansowe SEI**

36.         Przez cały czas wykonywania Umowy zarówno SEI, jak i współpracujące firmy dostarczały TVP co kwartalne sprawozdanie zawierające tylko bardzo podstawowe i streszczone informacje dotyczące przychodów i obliczenia kwot należnych TVP z tytułu Umowy.

37.          Przeglądałam dokumentacją dotyczącą działalności TVP odnośnie kwartalnych sprawozdań finansowych. Prowadzenie i utrzymywanie tych zapisów stanowi cześć zwykłej działalności TVP.

38.          Zgodne z oryginałem kopie kwartalnych sprawozdań z roku 1999 oraz ich przysięgłe tłumaczenie na język angielski stanowią Załącznik 5. Sprawozdania kwartalne wykazywały roczny przychód SEI w wysokości ok. 376,612.00 USD z dystrybuowania TV Polonia.

39.          TVP polega na tych kwartalnych sprawozdaniach podczas wystawiania faktur dla SEI.

40.          Kwartalne sprawozdania SEI podają tylko jeden wpis liczby abonentów, bez podziału na liczby abonentów internetowych i abonentów telewizyjnych. Ponadto sprawozdania kwartalne SEI nie zawierają podziału na liczby abonentów każdego dystrybutora kablowego i satelitarnego.

41.          Sprawozdania kwartalne SEI zawierały również jedną ogólną sumę określaną jako „dochód z tytułu umowy". Sprawozdania kwartalne SEI nie zawierały definicji „dochodu", nie zawierały również wskazania, jaka część dochodu pochodzi od abonentów internetowych, a jaka od abonentów telewizji od dystrybutorów kablowych i satelitarnych.

42.          Sprawozdania kwartalne SEI nie zawierają informacji dotyczących kwot „dochodu", które SEI przypisała innym kanałom radiowym i telewizyjnym niż TV Polonia i/lub TVP 3 z przychodu z abonamentu.

43.          Sprawozdania kwartalne SEI nie zawierają wystarczającego wytłumaczenia potrąceń ani żadnych innych nietypowych kwartalnych działań zawartych w obliczeniach SEI. Na przykład sprawozdanie SEI za drugi kwartał 2007 roku wyraźnie wskazuje dochód z ugód pomiędzy (a) Time Warner Cable i SEI oraz (2) EchoStar

dotyczącej abonamentów. Jednak sprawozdanie nie wyjaśnia, że - jak się dowiedzieliśmy w

trakcie tej sprawy - pan Spanski dokonał potrącenia kwot z tych ugód przed obliczeniem

opłaty licencyjnej należnej TVP od SEI. Zgodna z oryginałem kopia kwartalnego

sprawozdania za drugi kwartał 2007 roku (oznaczona jako Dowód K w zeznaniu

Spanskiego) i jej przysięgłe tłumaczenia na język angielski stanowią Załącznik nr 6.

44.     TVP otrzymała kopie umów dystrybucji/przynależności pomiędzy

SEI a dystrybutorami kablowymi i satelitarnymi na „Terytorium", takimi jak Time Warner

Cable i DirecTV po raz pierwszy w toku tej sprawy. TVP nie była stroną żadnej z tych

umów pomiędzy operatorami kablowymi i satelitarnymi a SEI (i/lub jej spółkami

operacyjnymi), ani nie miała żadnej wiedzy o tych umowach, ani nie brała udziału w

projektowaniu i negocjowaniu tych umów.

45.     W 2003 roku SEI zaczęło przesyłać kwartalne sprawozdania poprzez

nową spółkę operacyjną, EuroVu, S.A., utworzoną na podstawie prawa szwajcarskiego. SEI

utrzymuje, że ta umowa jest „korzystna" dla TVP ponieważ pozwala na unikanie potrącenia

podatku pobieranego u źródła ('withholding tax').

46.     Jak opisano powyżej, TVP jest polską spółką Skarbu Państwa. Jako

taka nie ma interesu w „unikaniu" potrącania podatku lub płacenia podatków w innym

kraju.

Oświadczam pod groźbą kary za krzywoprzysięstwo przewidywanej przez prawo Stanów

Zjednoczonych Ameryki, że powyższe jest zgodne z prawdą.

Sporządzono w Warszawie, dnia 5 września 2008 roku.

Joanna Skierska